DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    David.Countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 20-7811 VC |
|     Plaintiff, | NOTICE OF FORFEITURE ACTION |
|   v. | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) SEIZED FROM 1HQ3GO3GGS8PFNXUHVHRYTPCQ5FGG8HBH, | |
|     Defendant. | |

      A civil complaint seeking forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 981(b), and 21 U.S.C. § 881(a)(6), was filed on November 5, 2020, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant, approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh.

      All persons asserting an interest in or claim against the defendant and who have received direct

Notice of Forfeiture Action
CV 20-7811 VC

1

notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, within thirty-five (35) days after the notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture website (www.forfeiture.gov); or within the time that the Court allows. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedures within 21 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th floor, San Francisco, California 94102, and copies should be served on Gregg W. Lowder, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

DATED: November 5, 2020                         Respectfully submitted,

                                                DAVID L. ANDERSON
                                                United States Attorney

                                                          /S/
                                                DAVID B. COUNTRYMAN
                                                Assistant United States Attorney

.