1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   DAVID B. COUNTRYMAN (CABN 226995)
    CHRIS KALTSAS (NYBN 5460902)
5   CLAUDIA QUIROZ (CABN 254419)
    WILLIAM FRENTZEN (LABN 24421)
6   Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7303
        FAX: (415) 436-7234
9       David.Countryman@usdoj.gov

10  Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 20-7811 VC |
| Plaintiff, | WARRANT OF ARREST OF PROPERTY *IN REM* |
| v. | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) SEIZED FROM 1HQ3GO3GGS8PFNXUHVHRYTPCQ5FGG8HBH, | |
| Defendant. | |

TO:     ANY SPECIAL AGENT OF INTERNAL REVENUE SERVICE

YOU ARE HEREBY COMMANDED to arrest and seize the defendant Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Warrant of Arrest of Property *IN REM*
CV 20-7811 VC

1

1  Claimants of the above-described property which is the subject of this action shall file their claims with Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: David B. Countryman, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days thereafter or within such additional time as may be allowed by the Court.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th floor, San Francisco, California 94102, and copies should be served on David B. Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

SUSAN Y. SOONG
United States District Clerk

Dated:                    By: _____

Warrant of Arrest of Property *IN REM*
CV 20-7811 VC

2