1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   CHRIS KALTSAS (NYBN 5460902)
5  CLAUDIA QUIROZ (CABN 254419)
   WILLIAM FRENTZEN (LABN 24421)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7200
        Facsimile: (415) 436-7234
9       Email:  david.countryman@usdoj.gov

10 Attorneys for United States of America

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,           ) CASE NO:  CV 20-7811 RS
                                         )
15 |       Plaintiff,                    )
                                         )
16 |    v.                               ) CERTIFICATE OF SERVICE
                                         )
17 |                                     )
   Approximately 69,370 Bitcoin (BTC), Bitcoin )
18 Gold (BTG), Bitcoin SV (BSV), and Bitcoin )
   Cash (BCH) seized from                )
19 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,   )
                                         )
20                                       )
           Defendant.                    )
21

22       The undersigned hereby certifies that she is an employee in the Office of the United States

23 Attorney for the Northern District of California and is a person of such age and discretion to be

24 competent to serve papers.  The undersigned further certifies that she caused a copy of

25      • Amended Complaint for Civil Forfeiture;

26      • Amended Notice of Forfeiture Action;

27      • Amended Warrant of Arrest of Property *in Rem*;

28

CERTIFICATE OF SERVICE
CV 20-7811 RS                          1

- Related Case Order;
- Judge Seeborg's Standing Order re: Initial Case Management Conferences;
- Judge Seeborg's Guidelines for Final Pretrial Conference in Jury Cases;
- Judge Seeborg's Standing Order for Civil Bench Trial;
- Standing Order for All Judges of the Northern District of California;
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
- Dispute Resolution Procedures in the Northern District of California; and
- ECF Registration Information

to be served this date via United States Certified Mail and United States First Class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| Ross William Ulbricht<br>Register Number: 18870-111<br>U.S. Penitentiary, USP Tucson<br>P.O. Box 24550<br>Tucson, AZ 85734 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of November, 2020, at San Francisco, California

/S/ *Carolyn Jusay*
CAROLYN JUSAY
FSA Paralegal Asset Forfeiture Unit