**UNITED STATES POSTAL SERVICE**

Retail

US POSTAGE PAID
**$7.75**
Origin: 32257
11/23/20
1144110217-19

PRIORITY MAIL 2-DAY®

0 Lb 8.10 Oz
1021

EXPECTED DELIVERY DAY: 11/28/20

C004

SHIP TO:
450 GOLDEN GATE AVE
San Francisco CA 94102-3661

USPS TRACKING® NUMBER

9505 5122 3225 0328 5067 55

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

RECEIVED
NOV 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

FROM: ADESIJUOLA OGUNJOBI
10200 BELLE RIVE BLVD
#45
JACKSONVILLE, FL 32256

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
FEDERAL COURTHOUSE
COURTROOM 4 – 19TH FLOOR
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102





NOV 25 2020
INSPECTED BY