```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 20-7811 RS |
| Plaintiff, | MOTION TO CONTINUE HEARING DATE PURSUANT TO LOCAL CIVIL RULE 7-2(a) |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | |
| Defendant. | |

Litigant Adesijuola Ogunjobi[1] filed a motion to intervene in the instant civil forfeiture action on November 25, 2020. Dkt. No. 15 at 1. Counsel for the United States were alerted to Mr. Ogunjobi's motion today, on December 1, 2020, after it was filed on the CM/ECF system. Mr. Ogunjobi's motion

---

[1] At this juncture, it is unclear if Mr. Ogunjobi is represented as his filing appears to have been signed by several attorneys at Sidley Austin, a prominent law firm. Dkt. No. 15 at 11-12. Mr. Ogunjobi simultaneously filed a motion to appoint the same counsel that signed his motion to intervene. Dkt. No. 16 at 3.

noticed a hearing on December 3, 2020 at 9:00 am. <u>Id.</u>  The notice of hearing, however, fails to comport with the Northern District of California's Local Civil Rules, which requires motions in civil cases to "be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." N.D. Cal. Civ. R. 7-2(a). Even assuming that service of Mr. Ogunjobi's motion occurred on November 25, 2020, the earliest date the hearing may take place is on December 30, 2020.  Accordingly, in light of the timeframe governed by the Court's local rules, the Court should move the hearing date in this case to a day no earlier than December 30, 2020, or any other day thereafter which suits the Court's schedule.

DATED:      December 1, 2020                              Respectfully submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                        /s/
                                                        CHRIS KALTSAS
                                                        Assistant United States Attorney