1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   CHRIS KALTSAS (NYBN 5460902)
5  CLAUDIA QUIROZ (CABN 254419)
   WILLIAM FRENTZEN (LABN 24421)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102-3495
8       Telephone: (415) 436-7200
        Facsimile: (415) 436-7234
9       Email:  david.countryman@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA, | ) CASE NO: CV 20-7811 RS |
15 |         Plaintiff,         | ) |
16 |    v.                      | ) CERTIFICATE OF SERVICE |
17 |                            | ) |
18 | Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from | ) |
19 | 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | ) |
20 |                            | ) |
21 |         Defendant.         | ) |

22       The undersigned hereby certifies that he is an employee in the Office of the United States

23 Attorney for the Northern District of California and is a person of such age and discretion to be

24 competent to serve papers. The undersigned further certifies that he caused a copy of

25       • Motion to Continue Hearing Date Pursuant to Local Civil Rule 7-2(a)

26 to be served this date via United States First Class mail delivery upon the person(s) below at the place(s)

27 and address(es) which is the last known address(es):

28

CERTIFICATE OF SERVICE
CV 20-7811 RS                               1

| | |
|---|---|
| Adesijuola Ogunjobi<br>10200 Belle Rive Blvd.<br>Bldg. 6, Unit #45<br>Jacksonville, FL 32256 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2020, at San Francisco, California

                                             /S/_____
                                             HECTOR LOPEZ
                                             Legal Administrative Supervisor

CERTIFICATE OF SERVICE
CV 20-7811 RS                                             2