UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH),<br><br>Defendant. | Case No. 20-cv-07811-RS<br><br>**ORDER DENYING MOTION TO INTERVENE AND MOTION TO APPOINT COUNSEL** |

This is a civil forfeiture action arising from the seizure of approximately 69,370 Bitcoin, Bitcoin Gold, Bitcoin SV, and Bitcoin Cash allegedly derived from certain unlawful activity. Adesijuola Ogunjobi, appearing *pro se*, has filed a motion for leave to intervene, purportedly set for December 3, 2020. Ogunjobi separately moves for appointment of counsel. Pursuant to Civil Local Rule 7-1(b), both motions are suitable for disposition without oral argument, and no hearing will be held.

Ogunjobi's pleadings are disjointed and rambling. As best as can be discerned from the motions and a cover letter that accompanied them (Dkt. No. 13), Ogunjobi wants 3083 of the seized bitcoins transferred to him so that he can use them as collateral to secure a $250 million loan he contends has been lined up. That loan, in turn, will allow Ogunjobi to access a $5 trillion "credit facility," from which he apparently intends (1) to pay $2.5 billion to purchase outright all the bitcoin assets seized that are the subject of this action, and (2) to fund a "global class action" to prove the COVID-19 pandemic is fraudulent. Ogunjobi lists as his proposed co-intervenors a

diverse group of well known entities and individuals, including the United States, The Peoples Republic of China, OPEC, the Federal Reserve, the National Football League, Major League Baseball, Donald and Melania Trump, Prince Charles, Idris Elba, Madonna, and various members of the Dallas Cowboys football team.

The motion to intervene is frivolous and is denied. The motion to appoint counsel requests that Sidley Austin and/or the U.S. Attorney's Office for this district be appointed to represent the proposed intervenors in this matter.[1] It is likewise frivolous and is denied. In view of this order, plaintiff's motion to continue the hearing is moot.

Dated: December 1, 2020

RICHARD SEEBORG
United States District Judge

---

[1] Ogunjobi affixed signature blocks for Sidley Austin attorneys and Assistant U.S. Attorneys to his papers as if those attorneys had signed and were filing the motions, although he elsewhere explained they are not in fact representing him. While no one would mistake the documents for work product of the U.S. Attorney's office or Sidley Austin, the misleading appearance of the signature blocks cannot be condoned.