## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

Case No. 3:20-cv-07811-VC

FILED

DEC 2 1 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFFS,

V.

Approximately 69,370 Bitcoin (BTC),
Bitcoin Gold (BTG),
Bitcoin SV (BSV), and Bitcoin Cash (BCH)
seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh,

DEFENDANTS.

---

### MOTION OF ADESIJUOLA OGUNJOBI TO FILE MOTION FOR INTERVENTION PRO SE

I, the above named as the  Plaintiff/Petitioner (Adesijuola Ogunjobi) to file Motion For

Intervention (See accompanying documents) on its own behalf, do hereby swear that United

States Attorney's Office For the Northern District of California received $2.5 billion in cash

"pending" offer to acquire 69,370.22491543 Bitcoin (BTC), 69,370.10730857 Bitcoin Gold

(BTG), 69,370.10710518 Bitcoin SV (BSV), and 69,370.12818037 Bitcoin Cash (BCH) assets

which was seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh and now forfeiture civil

suit filed before this court. I opened an account  as "partnership" with United States and notified

David L. Anderson, United States Attorney for the Northern District of California and other

Assistant United States Attorneys to make deposit of 69,370.22491543 Bitcoin (BTC),

69,370.10730857 Bitcoin Gold (BTG), 69,370.10710518 Bitcoin SV (BSV), and

69,370.12818037 Bitcoin Cash (BCH) seized from

1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh in order to deposit 3,083 Bitcoins into another

account of a cryptocurrencies lender (BlockFi with website at www.blockfi.com) in return for

$25,000,000 in capital ("Loan") to start the funding cost of the pre-trial of global class action

that's now pending before District Court in Richmond, Virginia that challenged the veracity of

COVID-19 and the lawsuit to declare COVID-19 a total hoax and just mere fraud, scam and

bogus.

This court has previously received the same motion for intervention under

recommendation/court appointed attorneys on November 23, 2020 which was dismissed and the

United States Attorney's Office for the Northern District of California objected to the date due to

it violates local rule of 30-day notice, but not objection to the proposed motion seeking assets to

be transferred to accounts already established based on $2.5 billion pending offer to buy assets.

This court must realize this is a very, very serious matter before this court. Society is now

undergoing another era that will make Draconian era pale. The abuse of COVID-19 scam is

extraordinary. Scams are never respectful of victims. People are forced to wear masks, now they

say masks are not working. People are locked up every opportunity they can find when in reality

no one has ever shown the public COVID-19 exists other than corrupt media getting paid to

promote COVID-19 for the beneficiaries (vaccines manufacturers). Mere sickness and death

don't constitute pandemic. It is natural to get sick and die and the COVID-19 scammers are

telling the whole world it is unnatural to get sick and die, so everybody stay home. COVID-19 is

not real and this court and all institutions across United States and around the globe have

suffered the siege. The vaccines are not real, they're as bogus as COVID-19.

As the party in charge of this, United States as a part of parties of the class action is able to pay the costs of said proceeding or give security therefor, that I believe am entitled to redress, and that I am able to file this motion on my own behalf because I paid for all the costs to file lawsuit in Virginia, set up the website, pay for postage and stamps, established entities that will hire people for work, in order for me to make a living. This is a living for me and entitled to seek loan like any other citizen under Equal Credit Opportunity Act. I structured the whole thing and even signed the document to secure the loan which is $25,000,000 (loan) and all needed is the court to allow the assets to be transferred into the account which United States Attorney's Office for the Northern District of California has the username and password to make such transfer and allow the collateral to be deposited since the loan has been approved and awaiting collateral.

In support of this motion, Plaintiff/Petitioner states that the court does not require any attorney to represent me since Pro Se is allowed and any evidence to demonstrate diligence exercised to employ counsels is not required.

In support of this motion, Plaintiff/Petitioner on his own behalf involved in this motion for intervention to free up the capital ($25,000,000) states that I made a diligent effort to obtain capital and utilize the law that governs my right to make a living and seek any opportunity out there which I must not be afraid to seek. It is not the role of courts to purposely deny others right to liberty and pursuit of happiness. Courts cannot afford to insult people. This is a business. The brainwash of COVID-19 which is now a "global cult" is contributing to others' right to make a living while others are given the right to make a living which is bigotry. Ironically, this unprecedented situation is the very reason a global class action is now pending before district court in Richmond, Virginia for prosecution. The paranoia of COVID-19 has validated COVID-19 is BOGUS.

3

I have established and demonstrated to this court that United States has in its possession over $1 billion cryptocurrencies which $25,000,000 in loan document against the assets already pledged which translates to financially able to hire attorneys because this situation before global community must be addressed. COVID-19 does not exist and let the defendants accused of false information of a deadly virus they invented in their head show up in court and dispute COVID-19 is not a hoax.

All documents are prepared and drafted by me alone. I also have discussed this with local attorneys in State of Virginia that have agreed on paying them retainer  to start the process to prosecute COVID-19 class action and exposing this scam for what it is, a scam. COVID-19 is a scam, total brainwash. Plus the $5 Trillion credit facility is awaiting to be drawn against global bond offering. Capitalism is legal and the court cannot support denial of others to gain access to capital markets.

This is an opportunity to point out that the order issued dismissing the first motion for intervention and mailed to me which I received is a total disgrace and supported COVID-19 is now a "global cult." The pattern of cult members is they engage in irrational behavior, not coherent, angry and very defensive. For example, the person that drafted the order stated I was "rambling" borrowing a phrase from Henry Hudson of District Court in Richmond, Virginia which is antithesis of civility. A court is a forum for civilized people, unfortunately the order is a classic barbarism parading as public virtue. Racist to the core. HATE is a pale word to use here. Rambling? Whoever wrote that forgot slavery was abolished long time ago because that was what slave owners used to say after they finished administering brutal corporal punishment on a slave tied to the ground and joked he was rambling. Let's not forget lynching, they joked the victim dangling by the tree is "rambling." Or sexual assault ("rape") on a female slave followed

4

with joke of her "rambling." People lack values in our society and the reason is how humans are brought to this world via a female genital and the purpose of genital is to pass out toxins as waste known as urination validating the ugliness of human nature can be validated humans are delivered via genital. Any party that engages in insult (like the order that stated  I was "rambling") better prepare for response. This is no one's planet and that's no "rambling." Not only that they stated a loan for $250 million inside the order which is not true, it is $25,000,000 validating the person responsible for drafting the order is consumed with "hate" that clouded them to comprehend simple arithmetic (numbers) or it must be the mask (ouch!!!). That order is a pattern of "cult." Cult members get angry when they're informed of what's unfolding. Everyone including officers of the court are now brainwashed beyond repair. Society is now brainwashed beyond repair by COVID-19 scammers. Throw in bogus vaccines to terminate virus that doesn't even exist. The scams are so huge, all it takes is someone to show up at the hospital and say they got COVID-19 and the corrupt medical establishment run by crooked doctors, nurses and medical management glad to accommodate because either the insurance companies pay them or government reimburse the bogus COVID-19 treatment. DELUSION. Adesijuola Ogunjobi is not DELUSIONAL and I am proud of it.

Come on, whomever you're that penned that order, bring it on. I will respond as usual. [Me] rambling? I don't ramble, I speak the truth and as usual [whites] are so resentful of truth especially when it comes from a black person. I am happy to be black. The first humans on this planet were black and their descendants subscribing to bigotry and racism disguised as virtues is the reason society continues to disrespect black people. That's their problem. I am not part of that nonsense. I am representing myself. I put together the website, I used card to make payments out few savings as opposed to buying drugs. I open the account with BlockFi using my ID. I did

5

it all. I prepared the last motion and this current motion. Now, I am representing myself, period. No attorney. Of course, the $25,000,000 secured will be enough to get attorneys. No doubt people are afraid to find out COVID-19 is bogus because it is a nightmare on its own to wake up one day and find out COVID-19 is BOGUS. (Am I still rambling?). Truth hurts.

Same mindset, cowardice Judge Henry Hudson displayed. Stated I am rambling and never presented any evidence of COVID-19 is real just like the order from Richard Seeborg has no evidence COVID-19 is real, just insult I am rambling. Show us the evidence COVID-19 is not BOGUS, I will show you how to visit GOD which we all know it is virtually impossible.

I want to share the ugliness of COVID-19 scam (COVID-19 will remain a scam until proven otherwise and we intend to prove it is a scam) regarding a judge that issued order to release prisoners under the guise of COVID-19 spread which is bogus because no disease spreads and COVID-19 is a virus scam with no disease to attribute with like other diseases. The Sheriff department bulked because the prisoners are deemed dangerous. Of course, the judge got protection, but he doesn't care about the public just like the judge in El Paso wants everyone to stay home while he's collecting his paycheck. COVID-19 scam demonstrates the true ugliness of human nature and validates human's existence via female genital and that's why people are ugly and engage in barbarism they parade as public virtue just like COVID-19. I will say whatever I want to say because people sometimes deserve strong language that will hit them in the guts, not giving them free pass. No too long ago I disagreed when white people say the evil of "America." I say evil of white people because white people (not this land) engaged in brutal slavery, kidnapped black people (right here on this land because it was part of Africa, not Europe validating there were no Indians invented by whites) enslaved them, engaged in lynching, invented segregation ("For Whites Only" signs), racism, crucifix arson (cross burning in front of

6

homes owned by blacks), "white store syndrome" which means a white store owner will deny a black customer access to buy items in their store because they got enough white customers, they can afford to say no to a black customer, etc. Now white people just invented COVID-19 telling people how not to get sick and die (hilarious---because it is natural to be sick and die) just like they used to pay people to pretend they can't walk and invite them to church to cure them and after service, the scammer pays the co-scammer that got out of the wheelchair (laughs). Now they got bogus vaccines to cure their bogus COVID-19 which they already stated the vaccines will not cure permanently, COVID-19 is with us forever so the COVID-19 scammers can make their trillions for centuries to come administering the vaccines forever. [Call it "rambling" all you want—truth hurts]. COVID-19 is BOGUS.

Message to this court: if this court believes COVID-19 is not BOGUS, then let everyone head to court and prove their case in Richmond, Virginia. Again, let this court allow that so we can put it to rest. Everybody that believes in COVID-19, allow us to be in court so you can be justified. Denying prosecution of COVID-19 class action is like a big cover-up. Society cannot have it both ways.

For the record, COVID-19 will be proven in the court of law it is BOGUS and no doubt that's what everyone is afraid of and that's ugly. No one has any authority to force people to believe in something that doesn't exist. I don't believe in Christmas. I am not a Christian nor Muslim or do I practice any form of religion because religions are for radical minds. However I wouldn't want anyone to force me to go to church or mosque and now COVID-19 is another cult like religion forcing people to engage in radical behavior (masks wearing, excessive sanitizer use, practicing bogus social distancing from the era of slavery, lockdowns, yellow journalism, indignation against people that are not afraid to die and when they die, they labelled them

COVID-19 because those people refused to embrace COVID-19 and articles have been written about people that refused to embrace COVID-19 and the minute the pass on, the media quick to ridicule them as if COVID-19 is a big bad wolf that will come after you if don't respect the virus—totally "juvenile."). A great deal of people like myself are still alive and we don't subscribe to COVID-19. What's next, kill people that refused to wear that "placebo masks" so they can justify COVID-19. Nonsense.

LOCK people up all they want, people will get sick and die, period. That's realty. We're all going to get sick and die, period. But not from COVID-19 because it doesn't exist.

The Governors in United States never had enough of lock downs, orders to shut down restaurants (yeah, governors are collecting their paychecks like judges) banning indoor and outdoor dining, arrests of people they labelled COVID-19 because they violated some bogus self-quarantine. Bogus "positive" or "negative" tests no one knows how they arrive at such results. Bogus virus image like a science fiction movie. COVID-19 image is a classic "brainwash."

HUMAN NATURE is ugly. They use the phrase "cover your mouth" or "nose." WOW!!! Is the perfect response. The mouth is used to eat with and if you can't eat with your mouth, you will starve. The nose is used to breathe with and if you can't breathe, you're dead.

Now this court can now understand why I file this motion on my own behalf all over again. Forcing people to engage in something they just throw out there is not what we must encourage. Another idiot will show up with another bogus virus and time to make more money. Make money all you want, not at our expense.

Any officer of this very court that wants to get angry, get angry all you want. The fight to expose COVID-19 as a scam will not be civil, period. Any officer that engage in insults of others

in court will get that reply back. White people are notorious for this mindset dating back to the era of slavery where they were allowed under the rule of law to do whatever they want to another fellow human beings. [spare me evil of "America" nonsense]. We abolished slavery and anyone (especially a white person) will be reminded slavery was over long time ago. White people nearly destroyed this land with atrocities, GOD saved HIS own land as usual, this is GOD's land not your bogus Indian's land. [I am still rambling]. I am on record, this land that was part of AFRICA and today they call it United States never belonged to the so-called Indians validating everyone born on this land are actually AFRICANS (not "Americans" no such thing as "American"). Everyone on this land speaks black people's languages they invented (including Hispanic that speak Spanish—every language on this planet were invented by black people they were all over the world before GOD decided to introduce "diversity" by creating other non-blacks). Invented indigenous like COVID-19 scam virus. The Indians are bogus and they're delusional to think this is their land. We will remind society this land was part of AFRICA and never belonged to so-called Indians bogus like COVID-19 scam. It is a fact, BLACK people were on this land before those bogus Indians showed up (typical white man Christopher Columbus ignored blacks and others and invented indigenous just like today, COVID-19). BLACK people invented all languages including English due GOD gave them knowledge to do so. GOD was not racist, black people were his first creatures and pride of joy that's why black people got hair different from the rest (tell it to some stupid black people still trying to be white twisting their beautiful hair to be straight). Mind you, your Obama is not a black man or your Kamala Harris because their hair is not the same like real black people's hair sans perm. I am a black man, I belong here, period. I got the original black hair not because am a Nigerian ( some

9

Nigerians are mixed and lack original black hair) is because my parents are black and I was not even born in AFRICA, but still got the black hair associated with black people.

True story: Someone just asked me where I am from: my answer was vintage: from here. We both laughed because I told him this is part of AFRICA. I showed up in court, some idiot stated I was rambling. No doubt, that person is white. White people are the only ones with that mindset, they can't stand people—that's their problem. This is nobody's land or planet--- including those bogus Indians.

What I found very interesting about white people is they're quick to hit and in your face, but take offense when such person fights back.

Another good example to validate how paranoid people are today regarding the "cult" which is COVID-19 scam is the lawsuit filed in Florida by an attorney (citation omitted) against Governor of Florida that he failed to protect the citizens of Florida by not closing down all the beaches. The case was dismissed and appealed as usual. Interestingly, the attorneys that signed on the appeal never practiced such field to litigate, however the paranoia of COVID-19 is huge inside the brief. Below is the classic precedent of paranoia as stated inside the appellate brief the attorneys submitted:

> The case involves Uhlfelder's request for emergency injunctive relief against DeSantis to compel him to comply with his most basic constitutional duties to protect the health and welfare of Florida's citizens during the current **deadly global pandemic where Florida has now become its epicenter**. Uhlfelder specifically prayed for the trial court to issue two preliminary injunctions directing DeSantis to order: (i) a temporary statewide Beach Closure Order and (ii) a statewide Safer-at-Home Order. (R. 10-21).

Now, "...deadly global pandemic where Florida has now become its epicenter..." Really? Hey, New York is epicenter. What about California? Texas is one, too. Illinois with Draconian orders. Michigan was dubbed "dictatorship" by one of NFL player's wife. Don't forget Georgia

and Atlanta Mayor was sued by that Governor. The attorneys (all white) here literally want the Governor of Florida to keep people locked up disguising it as "virtue." Let's get one thing straight, stay home if you want that, don't force others to do the same. No offense, white people never ceased to amaze me with their narrow minds. It is a fact. There's no global pandemic, total DELUSION and if any officer of this court wants to know what rambling means, just read the appellate brief.

This is nothing new. The ego of people in our society to force others to embrace their belief is classic of human nature being ugly. Long time ago people were roaming across the globe preaching that nonsense of Christianity and Islam. Today, COVID-19 has replaced the radical cults of Christianity and Islam.

Amazing how white people are now telling the whole world that GOD is crazy, wear your mask, use your elbow to greet each other, don't visit family and friends, we're the savior just like they invented their Jesus, a fiction, an homosexual washing feet of other men and labeled him "savior" of what? There's no Jesus just like there's no COVID-19. Forcing people to wear masks against a virus that doesn't even exist, just mere promotion by the media getting paid to manipulate and just plain ugliness because some idiots want to sell bogus vaccines.

The immune system is designed to handle daily discomforts humans naturally experience like sneezing, coughing, slight fever, fatigue, shortness of breath, etc. These are typical discomforts that can be handled by the immune system. Turned the whole planet into mask wearing creatures. Come on, let's be in court and prove it. Slavery was abolished and COVID-19 will be abolished because this generation is heading to a very dark era that will make the next generations "cringe" that they must be really "sick" in the head back then (not me, I filed lawsuit in Richmond, Virginia and my name is on it) not to fight back. Well, we're fighting back and the

cowards don't want to be in court so they can tell the whole world they're protecting people on false pretense. Typical (read between the lines). You're the cowards. We know what your ancestors did during slavery, it was ugly beyond ugly. They blame their ugliness on "America." You did white people, no one else did it. Don't blame your ugliness on "America." 'America" didn't do nothing to no one as in rape, brutal corporal punishment, lynching, crucifix arson, segregation, terrorism (bombing black homes and burning down black businesses See Black Wall Street white people set fire on) or 100 March when blacks wore whites to protest the enormous and staggering lynching of blacks back then. White people did it, no one else did.

As far as I am concerned, when it comes to white people, no free pass. I will call it by its name. I am not that kind of individual. White people better hate me. I know what they did to me when they joined hands together and display that cowardice just like their ancestors and I fought back like my great ancestors or fore parents did back then in AFRICA (anyone reading this part, you don't have a clue-- I do).

A white Mayor just resigned because she voted for mandatory mask wearing and received threats. White people are turning our planet to mask wearing creatures. So help us GOD. They did it during slavery when they kidnapped people based on color of their skin and forced the whole planet to embrace certain creatures are meant to be enslaved. Now, they're back with COVID-19 ugliness, a total delusion and scam forcing people to embrace via laws just like Slavery Act and the one and only Dred Scott went to court and fought back validating the outcome of a fight is not the issue, is how you fought. I have more respect for Dred Scott than the white justices back then that ruled he was not a citizen. Are white people citizens?  Dred Scott was not a citizen according to them, but he could be used to work for nothing just like he

was incarcerated with his wife and children and they loaned them out for a fee to work as a slave and turned over the fee to his so-called owner back then in California.

Spare me your German accents, white people. Who is truly an "American" here? Show me your language (bogus American English they move letters around they call it bogus "American English" as in "utilise" v. "utilize" what difference does it make?), show me your letters you invented, show me your cultures you invented, show me the numbers you invented, show me anything that can justify the word "American." The white man from Italy they named this land after they took it away from Africa just like they nearly did in South Africa and turned blacks born in South Africa into illegal citizens, he never spoke one word of English. The so-called Indians they called "Native Americans" never spoke one word of English—so much for "Native American." We're all U.S. citizens and fine by me. This land like all lands will remain in the possession of GOD, not in the hands of no one.

Go back to AFRICA? Blacks in AFRICA, white people went over there and scream they gave them their independence, really. FREEDOM is never earned, FREEDOM is a gift of life that came with one being born. My point, a black person in AFRICA cannot live in peace. When they're out of AFRICA, they still don't want them to live in peace. So, what difference does it make if one is told to go back to AFRICA. You don't want them on this land they used to occupy and those in Africa, you don't want them there either. Good luck on that one, this is not your planet and no one, I repeat, no one owes anyone anything on this planet, period. Pile up all the nuclear weapons all you want, this planet will never belong to no one and the person that pushes that button, will gone one day.

The atrocities white people engaged in against blacks in South Africa was as brutal as the one on this land. Winnie Mandela was arrested so many times without provocation. She was in

solitary confinement for over 15 months with no access to clean water and decent food. Steve Biko, another black man and South African was brutally beaten to death and his crime was teaching black kids how to read and write. It is true, he was murdered for providing education to black children.

Everyone is limited on this planet. There lines we cannot cross no matter what. And COVID-19 is that line that will never last. Power? What does Ppower mean? The only power is upstairs, not down here. Anyone with power declare San Francisco three days of darkness like GOD did in Egypt sending that message to that idiot: "you son of a bitch, this is my planet." That's power, not nuclear weapon crap. That statement goes to everyone on this planet, let them call you "your honor" nonsense.

Forget the order you issued against me. Issue the order to declare San Francisco three day of darkness like GOD did in Egypt. I will be waiting.

I file this motion on my own so I can really vent the truth for the next generation to read it and let them learn from it. I will not be part of the cowardice of white people they disguise as virtues. I got a kick out of the bogus local rule that mandates 30 day to hear a motion which is narrow because attorneys move all the time during proceedings and such motion can be granted and denied and proceedings will continue. 30 days to conduct a simple hearing? Lousy local rule and total nonsense. I am glad I didn't know that, but now I know and still see it as nonsense.

This is a reminder for California to abandon that side numbers required inside legal briefs submitted. It is total antiquated. They used that during era of typing. Numbers on the side, total useless format. I will not comply to that format because the numbers on the side column don't make any sense just like Electoral College and 2-Party System in the United States is not democracy.

Your COVID-19 will be defeated just like slavery was defeated.

Additionally, the problem is not finding attorneys, it is the money to cover the costs and service attorneys bill clients. I have every right to be in this court. Get angry all you want. $25,000,000 will be enough to cover legal costs and all other costs. Currently, the Equal Access To Justice Act may apply, but $25,000,000 has been established to supersede such right under Equal Access To Justice Act.

I declare that my answers to the foregoing are true and correct.

December 16, 2020                                    /s/ Adesijuola Ogunjobi
                                                    _____

                                                    Adesijuola Ogunjobi
                                                    10200 Belle Rive Blvd
                                                    Bldg 6 Unit 45
                                                    Jacksonville, FL 32256
                                                    Cell: (904) 894-1466
                                                    Email: info@toksbancorpetal.com
                                                    Website: www.toksbancorpetal.com

## CERTIFICATE OF SERVICE

I, ADESIJUOLA OGUNJOBI,  certify that a true copy hereof of this document
MOTION TO INTERVENE, NOTICE AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE and MOTION OF
ADESIJUOLA OGUNJOBI TO FILE MOTION FOR INTERVENTION PRO SE filed and
mailed via U.S. Mailto the persons listed below on December 16, 2020.

Copies to:

Judge Richard Seeborg
United States District Court For the Northern District of California
Federal Courthouse
Courtroom 3-17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
Via Mail

David L. Anderson
United States Attorney
United States Attorney's Office for the Northern District of California
Federal Courthouse
450 Golden Gate Avenue
Sand Francisco, CA 94102
Via Mail

/s/ Adesijuola Ogunjobi

_____

ADESIJUOLA OGUNJOBI
10200 Belle Rive Blvd
Bldg 6 Unit 45
Jacksonville, FL 32256
904-894-1466