


**UNITED STATES POSTAL SERVICE**

Retail

**P** US POSTAGE PAID
**$7.75**
Origin: 32257
12/16/20
1144110217-19

PRIORITY MAIL 2-DAY®

0 Lb 7.20 Oz

1021

EXPECTED DELIVERY DAY: 12/19/20

C004

SHIP TO:
450 GOLDEN GATE AVE
San Francisco CA 94102-3661

USPS TRACKING® NUMBER



9505 5122 3225 0351 5224 94

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRIORITY® MAIL

FROM: ADESUKOKA OGUNJOBI
10200 BELLE RIVE BLV
BLDG 6 # 45
JACKSONVILLE, FL 32256

RECEIVED
DEC 21 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TO:
JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
FEDERAL COURTHOUSE
COURTROOM - 3 - 17TH FLOOR
450 GOLDEN GATE AV
SAN FRANCISCO CA
94102



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014   EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.