1  Rebecca L. Wilson (SBN 257613)
   KUTAK ROCK LLP
2  5 Park Plaza, Suite 1500
   Irvine, California  92614-8595
3  Telephone:      (949) 417-0999
   Facsimile:      (949) 417-5394
4  Email:          Rebecca.wilson@kutakrock.com

5  David A. Warrington (VSB 72293)
   KUTAK ROCK LLP
6  901 East Byrd Street, Suite 1000
   Richmond, Virginia 23219-4071
7  Telephone:  (202) 828-2437
   Facsimile:   (202) 828-2488
8  Email:          david.warrington@kutakrock.com
   (*pro hac vice motion forthcoming*)

9

   Attorneys for Respondent
10 ROSS WILLIAM ULBRICHT

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANSISCO DIVISION

14

15 UNITED STATES OF AMERICA,          Case No.:  CV 20-7811 RS

16              Plaintiff,            Assigned to:
                                      The Honorable Richard Seeborg:
17         v.                         Courtroom 3, 17th Floor

18 Approximately 69,370 Bitcoin (BTC), **[PROPOSED] ORDER**
   Bitcoin Gold (BTG), Bitcoin SV (BSV),
19 and Bitcoin Cash (BCH) seized from  [Filed Concurrently with Motion for an
   1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8H     Enlargement of Time to File a Notice of
20 bhx,                                Claim and Declaration of David A.
                                       Warrington]
21              Defendant.
                                       Date:      February 4, 2021
22                                     Time:      1:30 p.m.
                                       Courtroom:  3
23

24

25     Before the Court is Respondent Ross William Ulbricht's ("Ulbricht") Motion For an

26 Enlargement of Time to File a Notice of Claim or Otherwise Respond to the Plaintiff's Amended

27 Civil Complaint pursuant to Fed. R. Civ. P. 6(b)(1)(A).

28     It appearing that for good cause shown that the Motion should be granted;

KUTAK ROCK LLP                                              CV 20-7811 RS
ATTORNEYS AT LAW
IRVINE
                         [PROPOSED] ORDER

1  Ulbricht's Motion For an Enlargement of Time to File a Notice of Claim or Otherwise

2  Respond to the Plaintiff's Amended Civil Complaint is hereby GRANTED.  Ulbricht has an

3  extension of time through February 5, 2021, to file a Notice of Claim or Otherwise Respond to the

4  Plaintiff's Amended Civil Complaint.

5

6  DATED: _____ _____

7

8  _____

9  Honorable Richard Seeborg
United States District Court
Northern District of California

10

Kutak Rock LLP
Attorneys at Law
Irvine

CV 20-7811 RS

[PROPOSED] ORDER