# CERTIFICATE OF SERVICE

*United States of America v. Approximately 69,370 Bitcoin (BTC), et al.*
United States District Court of California – San Francisco Division
Case No. CV 20-7811 RS

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Suite 1500, 5 Park Plaza, Irvine, California 92614.

On **December 30, 2020**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**NOTICE OF MOTION AND MOTION FOR AN ENLARGEMENT OF TIME TO FILE NOTICE OF A CLAIM OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED CIVIL COMPLAINT**

[X]  **(BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[X]  **(BY MAIL, 1013a, 2015.5 C.C.P.)**  I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

SEE ATTACHED SERVICE LIST

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **December 30, 2020**, at Irvine, California.

*/s/ Wendy Bonsall*
WENDY BONSALL

SERVICE LIST

| **Adesijuola Ogunjobi**<br>10200 Belle Rive Boulevard<br>Building 6 Unit 45<br>Jacksonville, FL 32256 | |
|---|---|