1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CABN 226995)
   CHRIS KALTSAS (NYBN 5460902)
5  CLAUDIA QUIROZ (CABN 254419)
   WILLIAM FRENTZEN (LABN 24421)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-6915
        FAX: (415) 436-7234
9       Email: chris.kaltsas2@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           ) CASE NO.: CV 20-07811 RS
15                                     )
        Plaintiff,                     )
16                                     )
        v.                             ) CERTIFICATE OF SERVICE
17                                     )
   Approximately 69,370 Bitcoin (BTC), Bitcoin )
18 Gold (BTG), Bitcoin SV (BSV), and Bitcoin )
   Cash (BCH) seized from               )
19 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx )
                                       )
20      Defendant.                     )
                                       )
21 _____)

22      The undersigned hereby certifies that he is an employee in the Office of the United States Attorney

23 for the Northern District of California and is a person of such age and discretion to be competent to serve

24 papers. The undersigned further certifies that he caused a copy of

25      • Government's Opposition to Second Motion to Intervene

26 to be served this date via United States Certified mail delivery upon the person(s) below at the place(s)

27 and address(es) which is the last known address(es):

28

CERTIFICATE OF SERVICE
CV 20-07811 RS                          1

1  Adesijuola Ogunjobi
   10200 Belle Rive Blvd. Bldg. 6, Unit #45
2  Jacksonville, FL 32256

3

4     I declare under penalty of perjury under the laws of the United States of America that the

5 foregoing is true and correct to the best of my knowledge.

6     Executed this 5th day of January 2021, at San Francisco, California.

7

8                               HECTOR LOPEZ
                                Legal Administrative Supervisor
9                                 United States Attorneys' Office

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CV 20-07811 RS                               2