UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH), et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07811-RS<br><br>**ORDER DENYING SECOND MOTION REGARDING INTERVENTION** |

On December 1, 2020, the motion of Adesijuola Ogunjobi for leave to intervene in this action was denied as frivolous.[1] See Dkt. No. 19. On December 21, 2020, Ogunjobi filed a document entitled "Motion of Adesijuola Ogunjobi to File Motion for Intervention Pro Se." If deemed to be a motion for reconsideration, it must be denied because Ogunjobi has not established any of the grounds for reconsideration exist, or that the prior order was erroneous.[2]

It appears Ogunjobi may not be seeking reconsideration and instead believes the present

---

[1] To the extent Ogunjobi believes the motion was denied based on his failure to follow any local rule regarding timing, giving notice, or formatting of documents, he is mistaken. While no failure to comply with local rules can be condoned, the motion was denied on the merits as wholly frivolous, and not for any procedural shortcoming.

[2] Ogunjobi does identify a typographical error in the prior order where the figure $250 million was inadvertently substituted for $25 million. That has no bearing on the substance of the order.

motion differs from the prior motion in that he now is seeking to proceed pro se, whereas he previously requested appointment of counsel to act on his behalf. The asserted basis of the motion and the substantive relief sought, however, is the same. It remains frivolous and is denied.

**IT IS SO ORDERED**.

Dated: January 5, 2021

RICHARD SEEBORG
United States District Judge