# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 24. Motion for Appointment of Counsel

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name**

**Lower Court or Agency Case Number**

1. My name is
2. I am asking the court to appoint an attorney to help me with this case.
3. My fee status is as follows *(select one)*:
   - ○ The district court or this court granted my motion to proceed in forma pauperis.
   - ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.
   - ○ This motion is accompanied by a motion to proceed in forma pauperis.
   - ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

4. Is this a civil appeal or petition for review?   ○ Yes   ○ No
   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

City                    State              Zip Code

Prisoner Inmate or A Number (if applicable)

**Signature**                                                **Date**

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 24**                                                   *New 12/01/2018*