≈ CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT  or  ☐ OTHER PANEL (Specify below)
IN THE CASE

_____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER ▶ _____

PERSON REPRESENTED (Show your full name) ▶ _____

1 ☐ Defendant-Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate _____
District Court ▶ _____
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT   $ _____  _____
RECEIVED & IDENTIFY   $ _____  _____
THE SOURCES   $ _____  _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND  $ _____  _____
DESCRIBE IT  $ _____  _____
$ _____  _____
$ _____  _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  |  | $ _____ | $ _____ |
|  |  | $ _____ | $ _____ |
|  |  | $ _____ | $ _____ |
|  |  | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ _____