**Proposed Plaintiff-Intervenor**

**ADESIJUOLA OGUNJOBI**

### UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA

Appeals Court Case No.

PLAINTIFFS,

Lower Court Case No. 20-cv-07811-RS

V.

Approximately 69,370 Bitcoin (BTC),
Bitcoin Gold (BTG),
Bitcoin SV (BSV), and Bitcoin Cash (BCH)
seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh,

DEFENDANTS.

_____

### ADESIJUOLA OGUNJOBI'S  MOTION FOR COUNSEL APPOINTED,
### FEES AND FUNDS SUPPLEMENT TO COUNSEL REQUSET FORM

United States of America and the global community are experiencing one of the worst

scams of modern history under COVID-19 scam which is now disrupting this country. Please

read this very carefully because this very document can save this country from another CIVIL

WAR. This court needs to act due to my predictions in filings with United States Court of

Appeals For the Fourth Circuit there will be COVID-19 atrocities and the riot in Washington,

1

DC on January 6, 2021 is now a classic example of one my predictions. COVID-19 scam that disrupted people across the globe in terms of living and affected United States election is to blame for this crisis that may extend to another civil war in this country, again. There was civil war in the United States and it could happen again. Please note this document is being submitted to United States Court of Appeals For the Ninth Circuit.

## BACKGROUND

On June 1, 2020, I filed a class action lawsuit with United States District Court Eastern District of Virginia, Richmond Division to declare COVID-19 a HOAX, FRAUD and a SCAM.

On June 9, 2020, the class action was dismissed without due process meaning the lawsuit was never allowed to be served, solicit attorneys, etc. So I appealed the order to dismiss and filed numerous documents with United States Court of Appeals For the 4th Circuit.

Due to my ongoing effort to secure funding to retain attorneys which many resources were tapped, I ran into one of such resources which is *United States of America v. Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh* pursuant to pursuant to pursuant to judicial forfeiture action, as authorized by 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 981(b), and 21 U.S.C. § 881(a)(6). There was a press release back on November 1, 2020 due to the assets seized valued $1,000,000,000.

I sent emails and faxes to United States Attorney's Office for the Northern District of California making an offer to pay $2.5 billion in cash and referred the office to a website at www.toksbancorpetal.com in reference to Toks' $100 Quadrillion all stock tax free global transaction. I also sent documents about $5 Trillion credits facility Toks Banc Corp will tap on to

make acquisition of three Bank Holding Companies, structure global bond offering and pay DOJ $2.5 billion cash for the assets seized.

Then I opened account with BlockFi and apply for $25,000,000 ($25 million loan) and I was told to deposit 3,083 bitcoins for collateral. The $25,000,000 loan will pay retainers to attorneys and start the process to conduct hearings, filings with United States Court of Appeals for the Fourth Circuit. I notified United States Attorney's Office in San Francisco, CA that they should prepare some form of legal documents for me to sign that $2.5 billion in cash offer made to buy the bitcoin assets. Plus they can just transfer the assets to the account opened with BlockFi and I gave them the username and password they can use to monitor the account since my ID and profiled was used to open the account. Also the transfer will allow $25 million loan released.

I prepared Motion For Intervention Plaintiffs-Intervenor and requested attorneys I submitted to consider to the District Court on one condition to make the offer public and legal. The motion was denied and dismiss and attorneys request also denied because I based this on using the $25 million loan to pay the attorneys to start working with me and other local attorneys in Virginia regarding the class action and the transaction.

I filed another Motion For Intervention as Pro Se because it is virtually impossible to appeal the first one filed because the parties required counsel representation since funds not available to retain attorneys to do so. This motion for intervention was also denied and DOJ in San Francisco opposed it.

My appeal is based on legal grounds that the assets DOJ seized received proper cash offer because DOJ is going to auction them off anyway and the $25,000,000 loan is not coming from DOJ, District Court or any government agency even though $5 trillion credit facility will be

more than enough to pay $2.5 billion to DOJ and 3,083 bitcoins used as collateral can be liquidated or we can pay off the $25 million loan and collateral is returned.

I can't pay the fees to appeals court and attorneys appointed. But, the $25 million loan can cover all these costs as soon as appeals court issue order to allow the $2.5 billion cash offer stand and order to DOJ to transfer all the seized assets to the account opened at BlockFi which DOJ has username and password to monitor until the $5 Trillion credit facility has been green lighted to draw on which will allow DOJ to get paid.

## EQUAL ACCESS TO JUSTICE ACT (EAJA)

Equal Access To Justice Act is another way to pay the attorneys' fees and court costs since United States and other agencies are parties to the class action which cannot be applied for until attorneys have been appointed. Please note the attorneys appointed here will serve as Pro Hac Vive in Virginia as well regarding the prosecution of COVID-19 class action.

## ROSS WILLIAM ULBRICHT

Ross William Ulbricht is an inmate serving double life sentences in prison located in Tucson, Arizona under Federal Bureau of Prisons. He just submitted Notices on December 30, 2020 to claim ownership of the assets seized by DOJ which I proposed to buy via intervention. This is a total fantasy from Ross Ulbricht because he was never the owner of these assets. The assets were seized from a wallet and it appears Ross Ulbricht stole some of these assets from his Silk Road customers , a website he launched  back then and those customers found out and demanded he returned them which he refused because it was a blackmail from him due to the fact the customers couldn't go to authorities or retain attorneys to sue him because they were engaging in criminal activities themselves on Silk Road website. But Ross Ulbricht overestimated his intellect due to the customers threatened to expose him anonymously which

4

led him to solicit murder-for-hire that cost him $700,000. Of course, DOJ never prosecuted the allegations, but they were introduced which the judge used as a factor to sentence him to double life.

For the record I submitted motion to dismiss the notice because it is futile for him to present strong evidence he owned the assets. And if evidence actually points to his ownership, he will still be denied to gain control because he obtained them engaging in criminal activities.

## TRANSACTION

It is very important to understand that Toks' $100 Quadrillion all stock tax free global transaction is part of this, so the prosecution of COVID-19 is not the only factor, here. Actually, Toks' $100 Quadrillion is a bigger factor than COVID-19 and the website outlined such transaction via Global Press Release posted on the website at www.toksbancorpetal.com for public review. This demonstrates that the $25 million loan is proper and will cover the preliminary of thgis transaction. The transaction is creating jobs cross the globe and the challenge to COVID-19 is part of the jobs that will be created. Society cannot afford "essential worker" and "non-essential" idioms here because that's legal discrimination. Discrimination must not be entertained to interfere with others.

## ORDER

On January 12, 2021, United States For the Fourth Circuit issued 2-page unpublished opinion in the order to remand, partial affirmed, vacated of the class action. Since unpublished order or opinions are never standards for "precedent," my agenda is to follow instruction appeals court attached to engage in filing for Rehearing En Banc which I will do with attorneys. The appeals court wanted to know where they erred. These factors will be entertained before the appeals court: a) COVID-19 is a very serious topic that must not be subjected to "academic"

standard, only be guided by the rule of law and prosecuted to the full extent of the law that will allow the defendants and their counsels to refute any evidence to COVID-19 is bogus; b) I did not file the class action pro se, I filed to establish the foundation because I did a lot of research to file this and get attorneys to take over, amend the complaint and we prosecute rendering the order from appeals court to label the whole class action pro se illegal because a pro se cannot represent class action members, only attorneys are allowed to do so; c) Subject matter jurisdiction the lower court used is designed to suppress evidence COVID-19 is a scam, total hoax. The matter can be adjudicated in the jurisdiction the class action is filed because this is only a challenge and court is court, no matter what and United States Courts have allowed foreign litigants file lawsuits in the United States, so why can't we file lawsuit challenging COVID-19 in the United States?; d) Appeals Court should have issued an order for attorneys to take over because it is a class action; e) District Court order and Appeals Court order did not contain any evidence of COVID-19 is real. The appeals court did not even address the COVID-19 topic and anyone reading the order wouldn't know what the order is all about. This is a very important factor here because no one has any information COVID-19 is real, only what the media are reporting according to WHO and CDC and governments across the globe supporting this global COVID-19 scam without any evidence it exists. Anybody can put information out here and manipulate everybody. The court is the proper forum to engage in such contest.

This is to inform the court I waived to file Motion and Affidavit for Permission to Proceed in Forma Pauperis because of funds to pay attorneys can be accessed via the $25 million loan or via Equal Access to Justice Act funds normally paid out.

However, the order from United States Court of Appeals For the Fourth Circuit is not a "death sentence" because it allows room to get attorneys and prepare for prosecution of this

COVID-19 scam which requires us to gain access to the $25 million loan to cover costs to prosecute the declaration of COVID-19 a scam. No one can handle the challenge of COVID-19 class action lawsuit on their own, including a billionaire who will use some of his assets to secure funds like I am doing now securing $25 million in loan to pay attorneys and other costs associated with the prosecution of COVID-19 fraud.

My position is clear for the court to defer the payment of the fee issue an order to allow the assets transferred in order for the $25 million loan to be transferred because this loan is not coming from the court, DOJ in San Francisco or any government agency. This is an offer to pay $2.5 billion in cash offer. This is also an opportunity to attach the order from United States Court of Appeals For the Fourth Circuit.

Dated: January 13, 2020                              Respectfully submitted,

                                                     /s/ Adesijuola Ogunjobi

                                                     Adesijuola Ogunjobi
                                                     10200 Belle Rive Blvd
                                                     Bldg 6 #45
                                                     Jacksonville, FL 32256

                                                     **Proposed Plaintiff-Intervenor**