**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1688

ADESIJUOLA OGUNJOBI,

    Plaintiff - Appellant,

  and

TOKS BANC CORP; TOKS; 5 WORLD MARKETS CORPORATION; WORLD MARKETS TRANSFER AGENCY CORPORATION; GLOBAL PROSPERITY CORPORATION; UNITED STATES OF AMERICA; THE PEOPLE'S REPUBLIC OF CHINA; ORGANIZATION OF THE PETROLEUM EXPORTING COUNTRIES (OPEC); TREASURY DEPARTMENT OF THE UNITED STATES; FEDERAL RESERVE BOARD OF THE UNITED STATES; FEDERAL RESERVE BANK OF RICHMOND; INTERNATIONAL OLYMPIC COMMITTEE; ASSOCIATION OF TENNIS PROFESSIONALS; WOMEN'S TENNIS PROFESSIONALS; INTERNATIONAL TENNIS FEDERATION; NATIONAL FOOTBALL LEAGUE; NATIONAL BASKETBALL ASSOCIATION; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE SOCCER; CHARLES, PRINCE OF WALES; IDRIS ELBA, Actor, Singer, Producer; SABRINA DHOWRE ELBA, Fashion Model; DAK PRESCOTT, Quarterback; DALLAS COWBOYS; BRIAN ALLEN, Offensive Lineman; LOS ANGELES RAMS; MADONNA LOUISE CICCONE, Singer, Songwriter; DEMOCRATIC PARTY; REPUBLICAN PARTY; MEMBERS OF THE CLASS AND SUBCLASSES, and those similarly situated,

    Plaintiffs,

  v.

UNITED NATIONS; WORLD HEALTH ORGANIZATION; CENTERS FOR DISEASE CONTROL AND PREVENTION,

    Defendants - Appellees.

2

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:20-cv-00393-HEH)

Submitted: December 31, 2020                              Decided: January 12, 2021

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed in part, vacated in part, and remanded by unpublished per curiam opinion.

Adesijuola Ogunjobi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Adesijuola Ogunjobi appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and conclude that the district court correctly determined that Ogunjobi's complaint failed to demonstrate a basis for subject matter jurisdiction. However, the district court erred by dismissing the complaint with prejudice. Fed. R. Civ. P. 41(b); *see S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013) ("A dismissal for ... [a] defect in subject matter jurisdiction[ ] must be one without prejudice, because a court that lacks jurisdiction has no power to adjudicate and dispose of a claim on the merits.").

Accordingly, we affirm the district court's judgment to the extent that it dismissed the complaint for lack of subject matter jurisdiction, but vacate the judgment to the extent that the dismissal was with prejudice, and remand to the district court for dismissal of the case without prejudice. We also deny Ogunjobi's motions to reverse the dismissal of his complaint and to waive submission of an informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*VACATED IN PART,*
*AND REMANDED*