# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California San Francisco

U.S. District Court case number: 20-cv-07811-RS

Date case was first filed in U.S. District Court: November 5, 2020

Date of judgment or order you are appealing: January 5, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◯ Yes   ● No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Adesijuola Ogunjobi--Plaintiff-Intervenor

Is this a cross-appeal?  ◯ Yes   ● No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?  ◯ Yes   ● No

If Yes, what is the prior appeal case number? 

Your mailing address:

10200 Belle Rive Blvd Bldg 6 Unit 45

City: Jacksonville   State: FL   Zip Code: 32256

Prisoner Inmate or A Number (if applicable): 

**Signature** Adesijuola Ogunjobi    **Date** 1/20/2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
```
Adesijuola Ogunjobi----Plaintiff-Intervenor
```

Name(s) of counsel (if any):
```
See attached Motion For Appointement of Counsel (Pending)
```

Address: `10200 Belle Rive Blvd Bldg 6 Unit 45 Jacksonville FL 32256`

Telephone number(s): `(904) 894-1466`

Email(s): `adesijuolaogunjobi@gmail.com`

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
```
David L. Anderson United States Attorney for the Northern District of California
```

Name(s) of counsel (if any):
```
Chris Kaltsas--Assistant United States Attorney for the Northern District of California
```

Address: `450 Golden Gate Avenue Box 36055 San Francisco, California 94102`

Telephone number(s): `(415) 436-7200`

Email(s): `chris.kaltsas2@usdoj.gov`

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    1                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Approximately 69,000 Bitcoin (BTC), Bitcoin Goldseized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh

Name(s) of counsel (if any):

Rebecca Wilson

Address: 5 Park Plaza Suite 1500 Irvine, California 92614

Telephone number(s): (949) 417-0999

Email(s): rebecca.wilson@kutakrock.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                  2                           Rev. 12/01/2018