UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 24. Motion for Appointment of Counsel

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name** United States of America v. Approximately 69,370 Bitcoins (BTC)

**Lower Court or Agency Case Number** 20-cv-07811-RS

1. My name is Adesijuola Ogunjobi
2. I am asking the court to appoint an attorney to help me with this case.
3. My fee status is as follows *(select one)*:
   - ○ The district court or this court granted my motion to proceed in forma pauperis.
   - ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.
   - ● This motion is accompanied by a motion to proceed in forma pauperis.
   - ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

4. Is this a civil appeal or petition for review?   ● Yes   ○ No

   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

10200 Belle Rive Blvd Bldg 6 Unit 45

City Jacksonville   State FL   Zip Code 32256

Prisoner Inmate or A Number (if applicable) N/A

Signature Adesijuola Ogunjobi   Date 1/20/2021

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 24                                                                New 12/01/2018