# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev. 5/98

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: United States of America V.S. Approx 69,000 et al

FOR: Northern District of California
AT: San Francisco

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Adesijuola Ogunjobi

| | |
|---|---|
| 1 ☐ | Defendant-Adult |
| 2 ☐ | Defendant - Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☒ | Other — Plaintiff-Intervenor |

DOCKET NUMBERS
- Magistrate: 
- District Court: 20-cv-07811-RS
- Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ 00

IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: $ 456 — SOURCES: Florida Pamdemic Unemployment Assistance Benefits

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 800

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |
| | |
| | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 

List persons you actually support and your relationship to them: 

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Walter Moran | | $3,000 | $1,500 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on (date): 1/20/2021

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Adesijuola Ogunjobi