(Form 63)

IN THE COUNTY COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 20 20-CC-11758
DIVISION: CC-K

Walter moraN
_____
(Insert name of Landlord)
**Plaintiff(s)**

vs.

Adesijuola ogunjobi
_____
(Insert name of Tenant)
**Defendant(s)**

A TRUE COPY (Seal)
MIKE WILLIAMS
Sheriff, Duval County, FL
Date: 1/14/ Time: 1:45/ m
By: _____
SPECIAL PROCESS SERVER

EVICTION SUMMONS - RESIDENTIAL

TO: Adesijuola ogunjobi
_____
(Insert name of tenant)
10200 Belle Rive Blvd, unit #45-Building 6
Jacksonville, Fla. 32256
(Address)
904-894-1466
(Phone number)

PLEASE READ CAREFULLY

You are being sued by Walter moraN to require you to move out of the
              (insert Landlord's name)
place where you are living for the reasons given in the attached complaint. You are entitled to a trial to decide whether you can be required to move, but you MUST do ALL of the things listed below. You must do them within 5 days (not including Saturday, Sunday or any legal holiday) after the date these papers were given to you or to a person who lives with you or were posted at your home.

THE THINGS YOU MUST DO ARE AS FOLLOWS:

1. Write down the reasons why you think you should not be forced to move. The written reasons must be given to the Court Clerk at Duval County, 501 West Adams Street, Room 1051, Jacksonville, Florida 32202, with signature, phone number and case number on reason.

(Form 61)

IN THE COUNTY COURT, FOURTH
JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 2020-CC-11758
DIVISION: CC-K

Walter Moran
_____
(insert name of Landlord)
                    **Plaintiff(s)**

vs.

Adesijuola Ogunjobi
_____
(insert name of Tenant)
                    **Defendant(s)**

## COMPLAINT FOR EVICTION

Plaintiff, Walter Moran, sues Defendant, Adesijuola Ogunjobi and alleges:

1. This is an action to evict a tenant from real property in Duval County, Florida.

2. Plaintiff owns the following described real property in said County: _____

   10200 Belle Rive Blvd, Unit 45-Building 6, Jacksonville, Fla, 32256
   (insert street description of rental property including unit number)

3. Defendant has possession of the property under (circle one) oral/**written** agreement to pay rent of $ 1500.00 payable monthly
   (insert rental amount)    (insert terms of rental payments, i.e., weekly, monthly, etc.)
   A copy of the written agreement, if applicable, is attached hereto as Exhibit "A."

4. Defendant failed to pay the rent due December 1, 2020
   (insert date of payment tenant has failed to make)

5.  Plaintiff served Defendant with a notice on ___12-9-20___ to pay the rent or
    *(insert date of notice)*

deliver possession, but Defendant refuses to do either. A copy of the notice is attached as Exhibit "B."

WHEREFORE, Plaintiff demands judgment for possession of the property against Defendant.

_____
Signature

___Walter Morgan___
Name of Landlord/Property Manager
*(Circle one)*

___144 Gladesdown Court___
Address

___Deland, Fla. 32724___
City, State, Zip Code

___386-747-6518___
Phone Number

Approved for use under rule 10-1.1(b) of
the Rules Regulating The Florida Bar