

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

January 21, 2021

Adesijuola Ogunjobi
10200 Belle Rive Blvd.
Bldg 6 Unit 45
Jacksonville, FL 32256

SUBJECT:    Request for Payment of Docket Fee

Title:  United States of America v. Approximately 69,370 Bitcoin (BTC) et al
Case Number:  20-cv-07811-RS
Court of Appeals Number:  21-15111

A notice of appeal was filed with this Court on January 20, 2021 and the docketing fee of $505.00 has not been received. Please send the fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

Susan Y. Soong, Clerk

_____
by:  Maria Loo
Case Systems Administrator

cc: U.S. Court of Appeals

REV. 7-19