**Proposed Plaintiff-Intervenor**

**ADESIJUOLA OGUNJOBI**

FILED

JAN 14 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA

Case No. 3:20-cv-07811-RS

PLAINTIFFS,

**RESPONSE TO GOVERNMENT'S OPPOSITION TO SECOND MOTION TO INTERVENE**

V.

Approximately 69,370 Bitcoin (BTC),
Bitcoin Gold (BTG),
Bitcoin SV (BSV), and Bitcoin Cash (BCH)
seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh,

DEFENDANTS.

---

**RESPONSE TO GOVERNMENT'S OPPOSITION TO SECOND MOTION TO INTERVENE**

On January 8, 2021, I received a certified mail[1] of Government's Opposition To Second Motion To Intervene from United States Attorney's Office for the Northern District of California

---

[1] The U.S. Postal Service mail delivery employee/carrier informed me that a recipient of a certified mail that requires a signature cannot be signed by the recipient due to COVID-19 which I didn't mince words to inform the employee that COVID-19 is BOGUS and total scam. This is paranoia at its worst. I quickly let the employee know

1

that stated and outlined the reasons for objection that the first motion was dismissed because it was "frivolous" even citing *Townsend v. Holman Consulting Corp*, 929 F.2nd 1358 (9th Cir. 1990), a case law which is not about motion to intervene, but about an employee suing his former employer and the law firm that advised them. The case law is also about sanction against the attorney that filed the lawsuit and filed amendments due to errors and misconceptions.

The problem with sanctions under Rule 11 to levy sanction against an attorney if the filing is deemed "frivolous" is it is narrow beyond narrow. Rule 11 was designed to let counsels know counsels cannot be allowed to file lawsuits without "sanction" which prevents such attorney from being "reckless." The problem with Rule 11 is going to court is "civil." The audacity of Rule 11 is antithesis of jurisprudence, civilization, values, humanity and virtues. Parties do have any right whatsoever to go court because is the forum to be civil and the duty of the officers of the court (including jury) is to "agree" or "disagree." It is a very fundamental and bedrock of society as a whole for any party whatsoever not to be afraid to be civil. When one goes to court the last thing you want is a coward (officer of the court) getting ready to throw "sanction" against you, even if such filings are "reckless" which still falls under "subjective." No matter what the filings say, the most the officer of the court is afforded is to agree or disagree. Rule 11 is unconstitutional and ought to be abolished because at the end of the day, any party that heads to court is civil and reasonable regardless what the contents of the complaint. That's the beauty of legal system. Let them show up in court without fear of "sanction." For the record, I am not afraid to be in court$^2$ and I will stand by my right to be in court on my own if no coward

---

that this is not an issue against them, but the ugliness of COVID-19 scam. Honestly, I am more convinced that COVID-19 is now a total global cult. That's how cult system works.

$^2$ Long time ago I was involved in Bernie Madoff to acquire the remaining assets and even went to court due to my ignorance of white people (never worked for the firm or a complicit in Bernie Madoff's scam) will support and accommodate me which the so-called U.S. Marshals and others at Local and Federal officials engage in surveillance

lawyer wants to do it which is their right and the very reason to submit the second motion on my own behalf. Maybe we should sanction an attorney that refused to represent because an officer of the court says the lawsuit has merit which in reality all lawsuits are subjective until evidence are presented to support or refute the complaint.

**EQUAL ACCESS TO JUSTICE ACT (EAJA)** enacted by the United States Congress first enacted in 1980 under these codes pursuant to 5 U.S.C. § 504, 28 U.S.C. § 2412 allow me to file the second motion to intervene since United States and several government agencies are party to the class action to declare COVID-19 a hoax and global scam. EAJA's purpose is to allow people to gain access to the court system without fear of lack of funds to do so especially if such lawsuit is fundamental to judicial power and interest of the United States. The opposition from DOJ officials is racist and laced with bigotry due to the $25,000,000 loan secured is actually a de facto legal costs and fees under EAJA.

Adesijuola Ogunjobi is Plaintiff-Intervenor. DOJ officials (not acting on behalf of United States' interest) cannot oppose another plaintiff who has demonstrated how significant the role to join United States as co-plaintiffs. So, this opposition to deny Adesijuola Ogunjobi and United States access to the assets which has received pending $2.5 billion in cash offer and demonstrated how such offer will be paid is unconstitutional and no such case law exists to support DOJ's opposition which explains DOJ officials never cited any such case laws denying a party to be co-plaintiff with United States which means it is favorable. [I just cited Equal Access

---

and orchestrated massive entrapment to get me arrested which I was never afraid of because my right to live on this planet does not depend on white people which is the reason my attitude when it comes to white people is strong. The surveillance opened my eyes how hateful white people are which validates how white people operated back then way before I showed up on this planet. White people's reputation is despicable beyond comprehension. Till today, I still go to court anytime I want, let white people follow me forever. Whites never scared because their cowardice when they entered that "racist zone" is overwhelming. Only a white person would orchestrate to incarcerate a person in court conducting business because he's black.

To Justice Act (EAJA)]. The reason is COVID-19 scam never occurred before that could show any challenge of such size of global scam which means "precedent." It is time for higher courts to review this because we got a global class action pending here and few people cannot be the only beings allowed to live their lives while others are locked up without being threat to themselves. This is a very serious issue here and Judge Seeborg cannot afford racism, bigotry and total corruption to influence him on the bench. A judge is an officer of the court who is sworn in to follow the rule of law and not engage in ugliness. It is a different badge of honor for an average white to yield to temptation when discrimination is staring at them to engage in against a black person. Seeborg is white and born in Germany, epicenter of bigotry and enormous atrocities committed during holocaust.

Adesijuola Ogunjobi is not a Defendant, only a Plaintiff-Intervenor rendering the first order illegal to deny co-plaintiffs appointment of counsels and supporting the second motion as Pro Se legal. Time for appeals court to weigh into this matter. DOJ's opposition is must be confined only against a defendant, not a plaintiff which in honest realty, DOJ is actually opposing United States, the plaintiff. Amazing how racism and bigotry can cloud people's mind. There's nothing good about bigotry, discrimination and racism. Honestly, I am beginning to see the whole picture here and DOJ officials, the judge will see the whole picture, too. I am a co-plaintiff.

According to the interpretation of "frivolous" in the dictionary it states: *not having any serious purpose or value*. So, challenging COVID-19 in court is not serious? So, no value to find out if COVID-19 exists. Then, what's the purpose of court? What's the purpose of complaint? What's the purpose of seeking justice? So, some idiots at WHO[3] introduced a bogus virus they

---

[3] WHO stands for WORLD HOAX ORGANIZATION, of course the original is WORLD HEALTH ORGANIZATION

named COVID-19, we just accept it. Long time ago, heavy resistance against abolition of slavery. Heavy resistance against end of holocaust. Heavy resistance against end of apartheid. The current heavy resistance from office of DOJ, a department that supposed to protect[4] the citizens of this land is a total disgrace and validated the contents of my motion to submit on my own behalf. They used the phrase "Government" as if they're the government. Who is the government? People are the government, period. I am part of the government because am allowed to be productive, use talents, make contribution to society, make a living, pay taxes, have roof over my head, agree or disagree, seek proper forum (court) if I have any grievance or wants to join any party like the current situation becoming co-plaintiff with the United States. The current total assault on human existence via COVID-19 virus scam is unprecedented. Total disgrace for people to think wearing a mask will prevent one from death. Or locking people up by forcing them to stay at home with order will keep people from dying. Forget the spread which is bogus. COVID-19 is frivolous, not the challenge of it in court. A plaintiff opposing another plaintiff's right is unconstitutional. Not the motion to get fund under Equal Access To Justice Act to cover costs to expose COVID-19 fraud in the court of law. If anyone is afraid to find out COVID-19 is a scam, that's their problem. Go and live in a cave.

    Also, DOJ officials never submitted any letter from officials at Treasury Department, Federal Reserve Board, Federal Reserve Bank of Richmond that no documents submitted to draw on credit facility under Federal Reserve Act statutes. Nothing from FBI to establish website doesn't exist, and officials of courts in Richmond, Virginia there's no such class action was filed, let alone to be prosecuted. All the DOJ officials have engaged in is bigotry disguised as

---

[4] This very particular factor about people on this land don't care about this land is being validated. Especially white people, they don't give a damn about United States, they think they do. COVID-19 is another form of slavery without slave ships, slave prisons/cells (yeah, white people constructed slave prisons), chains and without blacks. DOJ is fighting a co-plaintiff disguising it as a "defendant" to get funds released to declare COVID-19 a total fraud.

jurisprudence. That will be frivolous if DOJ officials cannot verify where the $25,000,000 loan secured will be spent on. They know it that there will be no default on the $25,000,000 thus preserving the Bitcoins collateral which validates the bigotry and racism behind DOJ's heavy resistance to accommodate the $25 million loan secured via the pending $2.5 billion cash offer because a black man is behind it. It is naïve to think otherwise racism doesn't exist.

The value here is: a) $2.5 billion cash offer; b) $250 trillion in stock guarantee to United States; c) $30 trillion in cash paid via SEC[5] filings to register the largest securities; d) Global Stimulus (my favorite); e) And all other reputable entities to create jobs to help economy in the United States and across the globe including the declaration of COVID-19 a total fraud that will free people from this global cult and paranoia and illegal incarceration. They are valuable beyond value. No one on this planet has ever structured a deal like this and the man behind this, a black man is the very resentment from white people, period. So, the argument of value has been established.

The opposition stated that the previous order noted the challenging COVID-19 is not "significantly protectable" so violating people under a bogus virus named COVID-19 which no one knows nothing about other than what the media and the scammers behind COVID-19 scam are telling the whole world. What's there protect? Delusions of COVID-19 scam. Not only is cheap, the opposition is bogus and lacks merit and even fraudulently stated $250 million[6] when

---

[5] This is another opportunity to demonstrate again when it comes to white people why I react the way I do is the bogus SEC lawsuit against me calling me a "scammer" after filing registration statements to introduce myself because when a registration statement about an entity is filed, the officer of that entity has volunteered their profile to the public. When I submitted the registration statement, I had no criminal record nor ever defrauded or scammed any individual and till today, no criminal record. For more information review Q&A on the website at www.toksbancorpetal.com that detailed SEC's white officials (of course, they were white) that think a black man is so dumb, he filed registration statement with SEC to announce he would commit a scam. Only a white person would think that way.

[6] As the author of both motions submitted, I read both all over again and never saw any error or typo that stated $250 million. Both motions (similar) stated loan of $25 million. Honestly, the cowards at DOJ are just that cowards.

all along all lenders lending against Bitcoins have limits one can borrow and most is $25 million. Besides, the assets here do not belong to no one and I proposed to buy the assets, not claim them for free as an owner of assets are allowed to do. This is a transaction and the opposition is discrimination, not supported by the rule of law.

The officials of DOJ (not the government because my last motion stated that there's no such thing as "evil country" only people are evil) and the judge did not present any evidence to establish COVID-19 is real to support their heavy resistance against the loan co-plaintiffs are seeking to prosecute COVID-19 challenge which ironically they already stated the motion is frivolous and at the same time stated the motion is about fund to prosecute COVID-19[7]. No one can have their cake and eat it at the same time.

If DOJ and judge feel so strongly about the prosecution of COVID-19 challenge, then present evidence that COVID-19 is real because without that presentation, then both the DOJ and the judge cannot excuse their obligation to present evidence COVID-19 is real and at the same time condemn the challenge. At this stage, COVID-19 challenge Adesijuola Ogunjobi submitted is clear that the dispute is not about "sickness" and "death" but COVID-19 is not real. The prosecution of COVID-19 to declare unreal is not the same to dispute "sickness" and "death" which such elements occur every day in people. That will be frivolous if we challenged "sickness" and "death" because people get sick and die every day. So, the argument from David

---

For people employed to support justice and purposely lied in public record the loan is $250 million validates why ugliness like slavery thrived for centuries until they put an end to it. Now, COVID-19 has replaced slavery since people missed mistreatment of others, COVID-19 afforded them to go back without consequences.

[7] Another interesting element of COVID-19 scam is how the media love to announce via stupid articles (yellow journalism) about thousands of new COVID-19 cases. WOW!!! ...is an understatement because how could thousands of cases occur when each person must undergo testing? Oh, maybe white people just invented a COVID-19 satellite to track everybody and beam the numbers of new cases (laughs). Beats me. COVID-19 is BOGUS.

L. Anderson and his minions lacks substance to dispute challenge of COVID-19. They can't do that by writing, must be done in court with evidence to support.

The DOJ and the judge are not equipped to represent the best interest of the party intervening who structured partnership with U.S. Government as co-plaintiffs using his ID, and other means to open an account and get the Bitcoins transferred in order to release funds to prosecute COVID-19 global fraud[8] which is now a cult because the heavy resistance is a classic reflection of cult mindset. The DOJ officials, the judge, and others are exhibiting cult mentality where they engage in heavy resistance against any form of questionable elements of COVID-19's veracity.

The permissive here is to allow the partnership proposed to be co-plaintiffs and pay the other plaintiff, United States $2.5 billion in cash for the assets seized from Ross Ulbricht[9], an inmate now serving life sentences without any possibility of parole. Like I said, it is civil to go to this court and seek such permission, that's the whole interpretation. The interpretation of DOJ officials is actually "frivolous" and typical mumbo-jumbo. Permissive means "permission" to do something, nothing more. Let them cite all the case laws of this planet, nothing to do with permission to partner with U.S. Government which citizens are allowed to do from time to time. DOJ has grants they dole out. DOJ employ ex-convicts to infiltrate. Government agencies provide funds, loans, etc. The people are the government. It is amazing a sitting judge and DOJ officials are truly afraid to find out the real truth of COVID-19 as stated above under the "cult" analysis.

---

[8] To be clear, $25 million is a drop in the bucket, this fund is to start. COVID-19 has cost global community trillions, so it is an understatement to project at least $2 billion to prosecute COVID-19 fraud.

[9] Ross William Ulbricht just filed Notice via his attorneys to prosecute a claim on the assets which is total "'fantasy" see opposition to such filing by Plaintiff Adesijuola Ogunjobi (no doubt DOJ officials must be mad about me being a plaintiff with U.S.---hilarious; white people can't fool me anymore) and intervenor.

The applicant's interest here is not adequately represented by the existing parties in the lawsuit because DOJ filed the civil lawsuit without mentioning COVID-19 prosecution which was filed June 1, 2020 because DOJ and Adesijuola Ogunjobi never envisioned motion to intervene would occur. So, now that an idea jumped out and COVID-19 prosecution represents fundamental element of justice, the interest of the proposed partnership was never outlined inside the complaint to forfeit the assets which subsequently will lead to auction of the bitcoins to generate cash for DOJ for future use which ironically $2.5 billion cash offer was made.

The timely manner DOJ tried to use as part of the mumbo-jumbo is just that. Lawsuit filed on November 5, 2020 to forfeit. First motion to intervene filed November 25, 2020 to legally and officially make the $2.5 billion[10] offer after emails and faxes[11] sent submitting offer. The second motion filed December 16, 2020 because the court did not allow attorneys to take over due to the parties can only be represented by attorneys. So, the Pro Se motion was filed because the parties were removed and replaced them with just my name thus allowing Pro Se format to become co-plaintiffs which ironically, DOJ officials should have endorsed, instead engage in heavy resistance. Also attorneys did not set up the accounts, research bitcoin lenders, did not get the idea to team with U.S., etc. The only person that did all this (no attorneys involved) is Adesijuola Ogunjobi and he is not even getting paid for this like the DOJ officials and the judge receiving the typical paychecks (including the coward that stated I was rambling in the order to deny—well, the big earthquake will be rambling soon down the line when it hits San

---

[10] Honestly, does the judge and DOJ officials think any party that makes $2.5 billion offer will just write a check on the spot? No. Never. However, the credit facility (which constitutes loan) will be part of paying that $2.5 billion in cash. Money is money, color of my skin is what DOJ is fighting. Obviously Ross Ulbricht will not see one cent of that assets again, too much money to hand over to a convicted person serving two life sentences.

[11] DOJ officials in San Francisco are corrupt. They never mentioned that I submitted $2.5 billion offer via email and faxes.

Francisco, California) and right to go to work[12]. I am proud of the sacrifice to continue efforts to secure funds to move on and expose this egregious LIE of COVID-19.

      The opposition stated I did not cite any law to support the motion and at the same time the order cited motion to intervene statutes which I adopted. So motion to intervene statutes are not law? Case laws were cited inside the motion to intervene. Or the complaint filed under class action to declare COVID-19 a global fraud is not law which follows the format of class action complaint. What I continue to sense here is typical how a black person[13] is treated that the law does not apply to them, that's their problem. Let the DOJ officials engage in mumbo-jumbo disguised as legitimate opposition because the rule of law is statutes of motion for intervention. No surprise, when one is dealing with people that introduced "sanctions" against people filing lawsuits based on bogus intellect. Few people want the legal system exclusive to them just like few people introduced a bogus virus they named a bogus COVID-19 and now scaring everyone they will get sick and die, but not everyone so few can go to work and make a living. Oh, poor them, they want to save the world from dying. Typical global scam: do this, you will live forever. Bogus tests every two weeks of employees paid for by insurance companies. I will welcome David L. Anderson's prosecution of my right to be in court. David L. Anderson and those DOJ officials (including U.S. Marshals) don't scare me a bit. An understatement. People are engaging in frauds, scams of COVID-19, and these idiots and cowards at DOJ think I am the problem. WOW!!!! …is an understatement….

---

[12] Today, the bigotry of COVID-19 is "essential worker" and "non-existential worker." Amazing. White people love COVID-19. It afforded them to discriminate legally. It is what they have been waiting for in a long time which explains DOJ's fight and heavy resistance to accept $2.5 billion pending offer that will allow $25 million to start the whole process.

[13] The racist interpretation of a black person is: "sub-human" meaning if you're shot to death by a white police officer, the best lawyers will represent you from the grave since you can't collect any money; or if they kneeled on your neck and died, protests will take form and politicians will scream. A black man taking on global responsibility to conduct global stimulus, expose COVID-19 fraud, create enormous jobs---NO way.

COVID-19 is now a "felony" with no statutes which means people are getting arrested for violating bogus guidelines like stupid "quarantine" which no one knows how effective it is if one stays home for 14 days. Total fantasy. From another angle COVID-19 is a global crime being committed against global community via lock downs, media and bigots screaming closure of parks, beaches, etc. So, COVID-19 is now a double edged sword to use to engage in HUMAN DOMINATION. If any DOJ officials think I am afraid to go to court, dream on. The slaves fought those white people back then validating this is no one's planet. SLAVERY ended, you white people will never get that chance again to put those chains on black people again. Again, bring me your coward U.S. Marshals that used to pretend they're jogging when I am outdoor conducting business (typical white cowards, they will never come forward to admit that, only white people would behave that way--, yes they jog for nothing what can one expect from welfare recipients with nothing better to do other than pretending they got a job). I will be in that court filings and responding. I will give you that fight in court. The outcome of the fight is not the factor, is how one fought. I don't care about your white judges, my filings speak for themselves.

The additional information to partner with United States to get the bitcoins transferred is the vaccines are "toxic" and dangerous. A white man, doctor in Miami that took COVID-19 vaccine died[14] two weeks later which is funny and hilarious validating no one can protect or prevent anyone from dying. Not even GOD can prevent anyone from dying. The (funny) irony is

---

[14] Let's assume investigation turned out bogus COVID-19 vaccine didn't kill the doctor, well the doctor still died regardless of COVID-19 vaccine validating what I already stated that no one can't prevent people from dying. Evidence of COVID-19 fraud, scam. I just love throwing that to people's faces. Personally, COVID-19 scam vaccine killed the doctor. Typical corrupt medical establishment, they will engage in cover up and tell the media he died from something else. That's all it takes, one person to die after COVISD-19 scam vaccine to validate no one can prevent anyone from dying. Lock people up all you want. Close parks, beaches, all you want. People will continue to die and that's the bases of class action to go back to normal because the bogus COVID-19 guidelines will never prevent people from dying juts like the doctor in Miami. GOD, I loved that story and he was white, too (ouch). Everybody dies. White people can't stop people from dying. OUCH!!!!

the bogus COVID-19 vaccine the doctor took to protect him from dying actually killed him. Tough luck. You can't make this up. It is funny beyond funny. I couldn't stop laughing. Judge Richard Seeborg, David L. Anderson, et al better don't take that bogus COVID-19 vaccines. It is deadly and fatal. People are experiencing negative reactions and some that are not now, will develop something in the future just like people developed cancer after years to past exposure to certain toxic elements.

This is my favorite part of COVID-19 scam. It is the ultimate KARMA element that supports the true virtue of right is right and wrong is wrong. No one can do the right thing and the end result is wrong, and that goes for doing the wrong thing and expects end result right. Take a look at the current situation not just in the United States, but across the globe in terms of hospitals getting overwhelmed by numbers of bogus [15]COVID-19 cases and patients. I said to myself, WOW!!! The folks upstairs (God and his troops—I just used that on my own) are truly smart, an understatement (honestly, they're smart upstairs). They allow ugliness of creatures to dictate the repercussions.

Why are the hospitals overwhelmed which is now affecting the staff members? Because COVID-19 scam which is now a cult and brainwash making people go to hospitals whenever they feel simple discomforts they normally allow their immune system to address, now they think they got COVID-19. What goes around comes around. All of you will suffer under that KARMA. No one is above KARMA. The crooked doctors and nurses supporting COVID-19 scam are now overwhelmed beyond their ability to handle all the cases because everybody is

---

[15] The words as in "Fraud," "Scam," "Bogus," "Hoax" will continue to describe COVID-19 just like I said Jesus was bogus. Why would anyone believe GOD would send a white man to die for our sins when after his death, slavery, Jim Crow, lynching, cross burnings, holocaust, genocides, illegal wars (2 World Wars, Afghanistan, Libya, Iraq) Great Depression, poverty, and now Covid-19. Oh, I got it, Jesus is still dying for our sins (laughs). White people never ceased to amaze me.

now bogus COVID-19 and they need treatments because they don't want to die[16] which is not true because there's no COVID-19. Shortage of bogus vaccines. The bogus COVID-19 vaccines plants are new "slave ships" when they used to construct slave ships to kidnap black people. Or the ugly era of holocaust[17] where railcars are used to transport people to their deaths.

The IMMUNE SYSTEM is designed to handle daily discomforts via human errors (touching face with hands, exposure to sneeze, cough, yawning, dust, etc) and other elements that can trigger simple sickness. Has anyone ever think of what happens when we eat which allows billions of bacteria to enter the mouth during eating? Immune system is designed to deal with such exposure which validates the bogus COVID-19 is just that, bogus.

I love the request they made that I must seek leave to file any more requests. Really. Lazy cowards like their white ancestors used to sit around doing nothing while black slaves[18] work all day for nothing—throw in the rapes that will occur after work or brutal corporal punishment. They sit there with their filthy and stinky reins to collect their welfare checks disguised as paychecks drafting nonsense they parade as legal opposition. They don't want to work. These are the idiots that can't comprehend simple arithmetic stating $250 million when the motion states $25 million which I verified and outlined no lender would lend $250 million against bitcoins. If you don't like working, quit your job. That request to ask for permission is reminiscent of era

---

[16] The media full of idiots love to write millions of COVID-19 deaths when all along according to my own research the deaths occurring during COVID-19 pandemic scam are the same deaths that occurred back in 2001, 2002, 2003, 2004, etc. People have been dying since day one and they will continue to die. Human nature is ugly and thank GOD, I am not part of it. That's my right. So, let billions die, just like billions will be born. Oh, people can't have sex anymore because of 6 feet social distancing of COVID-19 (OUCH).

[17] Interestingly, Richard Seeborg was born in Germany, the epicenter of Holocaust and classic ugliness which means the last person to be insensitive to human abuse tied to COVID-19 paranoia is Seeborg.

[18] After black slaves worked for nothing making trillions for white people, today white people love to criticize blacks as lazy, on welfare, etc. And a black person that works, they harassed them until they quit the job. If a black person seeks funding like I'm doing, they deny that access and disguise such as policy.

when white people used to stand in the front entrance of learning institutions (schools) and yelling and barking like vicious dogs at black students going to class to get education. Today, they still call police on black students on campus. They enjoy the lock down of people. Businesses[19] are shut down. They're screaming the variants[20] to generate more money. White people will never change, they just do things from different angle. My right to be in court is just that, right.

Not too long ago, white people introduced the end of the world that would occur in the 80s just like they're telling people everybody will die from COVID-19. Fast forward, 2021, the planet is still standing while the white scammers back then that introduced the end of the world were gone. GOD has a good sense of humor.

Good luck to the bogus COVID-19 vaccines. The doctor that took it is waiting upstairs to greet others that stand in line to take bogus COVID-19 vaccines since COVID-19 scammers want to keep everyone alive forever. DELUSIONS.

It is a good thing there's no hearing because personally, I would love to pose that question to Seeborg if he truly believes taking bogus COVID-19 vaccine would keep him alive forever. I don't think Seeborg is that stupid.

What's the strong element of San Francisco, California? Earthquake. The last earthquake did more damage than COVID-19 scam deaths combined validating that everyone over there in California is not immune to death, your COVID-19 guidelines, mask wearing nonsense,

---

[19] Remote is another ugliness of bogus COVID-19. The great tradition to leave home and go to work and be productive is getting eroded. It is virtually impossible for one to be real productive working from home.

[20] COVID-19 variants, whatever that means is just the chain of this global scam. COVDI-19 scammers will never stop. They love that attention the scam is affording them. They just open their filthy mouths full of bacteria and cowardice and spew nonsense and this court and DOJ expect everybody to embrace that nonsense. White people and their delusions.

sanitizing paranoia can't prevent the next BIG one as in earthquake in California. It would be interesting how that bigotry and racist 6 Feet Social Distancing will be applied to help folks when the earthquake hits. A U.S. Postal delivery already stated they were the one to sign for a document. They must be practicing 6 Feet Social Distancing. Just curious, how do you expect people to open their mail and read it at the same time? Amazing!!!! The paranoia here is extraordinary. White people never ceased to amaze me. It could be the DOJ officials think whatever I send is COVID-19 which they're too scared to support prosecution of COVID-19 if it's real or not. DOJ officials, you got your mask, gloves and sanitizer to read the brief I filed since bogus COVID-19 is traveling from Florida. If one is looking for the true meaning of "paranoia," just pay attention to bogus COVID-19 guidelines. Forget COVID-19 scam, pay attention to the BIG one as in earthquake.

Now that I submitted this response, I now request the order to allow the partnership proposed co-plaintiff to United States to transfer 3,083 bitcoins to the account already opened and prosecute COVID-19 scam. COVID-19 is a scam and will remain a scam. Period.

Dated: January 11, 2020                             Respectfully submitted,

                                                    /s/ Adesijuola Ogunjobi

                                                    Adesijuola Ogunjobi
                                                    10200 Belle Rive Blvd
                                                    Bldg 6 #45
                                                    Jacksonville, FL 32256

                                                    **Proposed Plaintiff-Intervenor**