DOLLAR

USA

JACKSONVILLE FL PBO0 333
MON 11 JAN 2021 PM

Court of the Clerk
Judge H. Richard Seeborg
United States District Court
For the Northern District
of California

Federal Courthouse
Courtroom 3 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Aeshiona Oguyabi
10100 Bell River Blvd
Bldg 6, #45
Jacksonville, FL 32256

RECEIVED
JAN 14 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

INSPECTED BY
JAN 14 2021
U.S. MARSHALS SERVICE