**Proposed Plaintiff-Intervenor**

**ADESIJUOLA OGUNJOBI**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA

    Appeals Court Case No.

    PLAINTIFFS,

    Lower Court Case No. 20-cv-07811-RS

V.

Approximately 69,370 Bitcoin (BTC),
Bitcoin Gold (BTG),
Bitcoin SV (BSV), and Bitcoin Cash (BCH)
seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh,

    DEFENDANTS.

_____

### ADESIJUOLA OGUNJOBI'S SUPPLEMENT TO MOTION FOR TO PROCEED IN FORMA PAUPERIS FORM DUE TO LEGAL ISSUE ON APPEAL IS NOT FRIVOLOUS

This is the supplement to the form Motion to Proceed In Forma Pauperis. The issue

before this court is extraordinary and bigger than all parties involved. We're talking about a

country on a brink of CIVIL WAR.

1

My primary residence at 210 East 44th Street Jacksonville, Florida was sold on September 8, 2019 on a tax deed delinquency due to Hurricane Irma damages to the property when a huge tree fell on it and the seller of the property already owed a great deal on unpaid property tax and the effort to secure funding due to the age of the property (built in 1936) wasn't successful which led to the property being auctioned off and the city deducted what was owed and the rest turned over to me after 90 days which is designed for anyone to file a claim and if nobody does, the whole proceeds will go to me. I used the $15,000 proceeds to fund staying on a temporary residence and later one month in a motel. I conducted registration of numerous businesses in Virginia even though I reside in Jacksonville, Florida. Filed class action lawsuit with United States District Court Eastern District of Virginia Richmond Division to declare COVID-19 a hoax and total scam/fraud and launched website. Paid $6,000 at $1,500 per month to cover four months rents upfront which starts on July 6, 2020 with $1,000 deposit totaling $7,000. I paid $405 to file the class action on June 1, 2020 (plus printing costs and overnight delivery) and it was dismissed on June 9, 2020. Paid another $505 to file appeal with the United States Court of Appeals for the Fourth Circuit. All done via mailing until I started using electronic filing. Paid $1,500 on November 6, 2020 to cover rent for the month due on December 6, 2020. Account depleted to total $500.

In December 2020, I got a little lucky and ran into Florida Department of Economic Opportunity and Reemployment Assistance Benefits under COVID-19 fiasco that pays out $300 weekly to those displaced. I applied, denied but was sent to another program that pays only $126 due to my status as self-employed and affected by COVID-19 fiasco. Eviction action was filed on December 30, 2020 by the landlord even though he was aware that I applied for $5,000 grant

to pay more rents upfront through another program in Jacksonville called City of Jacksonville Eviction and Foreclosure Prevention program administered by the Jacksonville Bar Association.

I answered the eviction with all relevant documents to support my effort to pay the rents and that's now pending before the County Court in Jacksonville, Florida.

On November 1, 2020, I got into this situation before the District Court in California when I read a press release about $1 billion worth of bitcoins assets seized and DOJ in San Francisco filed civil lawsuit to forfeit such assets. I got the idea to offer them $2.5 billion in cash to pay for the assets (since such assets will be auctioned off anyway) via a $5 trillion credit facility I structured (that's correct—no typo) with Treasury, Federal Reserve Board under Toks'$100 Quadrillion all stock tax free global transaction as outlined on the website at www.toksbancorpetal.com inside the Global Press Release. So, I sent faxes and emails to DOJ office in San Francisco about $2.5 billion in cash offer. The condition attached to that offer is borrow $25 million via bitcoin lender and use the proceeds to expand the VISION and start drawing on the credit facility. Registered with a bitcoin lender (process very demanding and rigorous) to set up account, applied for loan, signed the loan (docusign) and gave the username and password to DOJ to transfer the bitcoins, prepare documents for me to sign, etc.

No response from DOJ in San Francisco, filed motion for intervention as Plaintiff-Intervenor using the names of the party of the class action lawsuit in Virginia and submitted names of a law firm and attorneys for the court to approve. This approach supports the offer to make it public and official and seek court approval. It was denied. Filed another motion for intervention on my own behalf because it is virtually impossible to file Notice of Appeal on behalf of those parties since I'm not an attorney, so filing one on my own and if denied which happened gives me the right to appeal. That's how I got here today that I got the right to make a

living and never should be afraid to entertain ideas and opportunities that arise, besides I never envisioned DOJ would seize $1 billion worth of assets when I filed the class action back in June 2020 and set up website in October 2020 for the transaction as well.

I don't have any money (other than the benefits under COVID-19 fiasco). The balance in my account as of January 15, 2021 is $1,649.00 (pending) via various payments from the benefits and such fund is for savings because if the judge in Jacksonville, Florida approves the eviction, I need money to move out and store my belongs in a storage unit and seek motels for shelter until the court here in San Francisco agrees with me that my appeal is proper because the $25 million loan is never from district court or DOJ, it is a loan that will be repaid including $2.5 billion in cash offer that will be paid to DOJ via the credit facility. The judge should have granted the approval since $25 million is a lot of funds attorneys would find very attractive to start working with me in terms of the transaction and to restore civility across the globe by declaring COVID-19 a total hoax via this class action trial.

The Notice of Appeal I filed based on the constitution grants me right to pursuit of happiness here and the fundamental element of that right to allow any individual to make a living is because at the end of the day, one will die one day and leave everything behind and that's why it is egregious to deny people access to basics and necessity. No one can eat all the foods, own all the homes, cars, clothes, etc. Abundance of everything is on this planet and when one dies, that's it the elements remain for the next person. Why do people always angry at someone else making a living is beyond me? I am creating jobs here and I do have every right to benefit from my hard work. Slavery was abolished that prohibits working people to death in return for nothing and when it comes to a black person, the slavery mindset is we love your ideas, but the problem is what are you getting out of it. Such mindset dates back to when blacks were turned into slaves.

For the record, I will be filing leave with district court in Virginia to allow me to retain lawyers to file amendment to the class action since appeals court in Virginia rendered its own ruling.

This country is heading to another CIVIL WAR and the only way to stop this is to declare COVID-19 a total hoax so the next election, people will be free to vote without restrictions. Anyone can read all my filings with appeals court in Virginia, the predictions are extraordinary. COVID-19 scam caused this fiasco and current uprising. The suggestion here is this is not a frivolous appeal at all and the court grants the in forma pauperis, allow the $25 million loan to be transferred by the bitcoin lender and then vacate the in forma pauperis status to allow deduction of the $505 fee.

I contacted a great deal of law firms and some wanted to do this, but one needs money to retain lawyers because civilized society demands legal representation by people trained to render such services. We cannot expect a licensed attorney go to hospital to treat patients, only licensed doctors trained in such field are allowed to render such services.

This is an opportunity to let this court knows that the COVID-19 class action lawsuit is not frivolous, actually it is the opposite. COVDI-19 is BOGUS beyond BOGUS. The COVID-19 scammers are using these two elements: "sickness" and "death" to promote COVID-19 scam and by golly, no shortage of such elements because people got sick and die every day and in abundance. The COVID-19 scammers loved it. Someone is bound to get sick and die (millions across the globe in one day—you can't lose) every day.

Since this appeal and motion is tied to $25 million loan under motion for intervention it is important to point out that evidence of COVID-19 scam is growing at an alarming rate we will

produce in court. If The court asks what's the role of the court to prosecute the class action: to let the defendants (COVID-19 scammers) come forward and refute COVID-19 is not a scam via various scientific and experts supporting the evidence. So, after the trial and the jury review the evidence and agrees COVID-19 is a total hoax and brainwash, that means no more restrictions, no more overzealous politicians ready to sign order to lock people up, no more mandate mask wearing, jobs can be created without the fear of how many people can be in one room, no more "remote" working from home where one can be distracted by other outdoor and neighbors' elements, no more paranoia of people living in fools' paradise they will not die if they do this, do that because there's no such thing as "immortal creature." Delusions will disappear. Bogus COVID-19 vaccines will be discarded and such gesture outweighs the greedy COVID-19 scammers' dollar signs to rake in trillions for centuries because COVID-19 scammers already outlined COVID-19 is here to stay, so one shot of the vaccine will never be enough. No more people being arrested on bogus quarantine. Plastics will be removed. If some people want to continue wearing masks, that will be their choice, but those that chose not to after the declaration of COVID-19 a hoax.  Courts will now be spared from countless of COVID-19 cases.  No more retaliatory mentality the media are accustomed to because every party the media can't stand, they label them COVID-19. It is a fact. The media have ridiculed people that died that they died from COVID-19 because they didn't believe in COVID-19 as if one refused to embrace, COVID-19 the big bad wolf will get you…. This is juvenile beyond juvenile. Can one live forever if they believe COVID-19 is real? NO. Can one die if they believe COVID-19 is not real? YES—not from COVID-19.

This is an opportunity to address this that two attorneys filed notice on behalf of Ross Ulbricht to claim those access and as Plaintiff-Intervenor I opposed it on grounds that there's no

evidence he owns those assets and if he does, he lost right to claim them because he is a convicted felon an inmate serving double life sentences.

The reason why this appeal is not frivolous is I am a Plaintiff-Intervenor with United States, a plaintiff and DOJ cannot oppose another plaintiff who is on record to pay $2.5 billion in cash even if the condition to do so is to gain access to the $25 million and use the funds to free the credit facility. The motion to intervene is to make the offer legal, period.

Important factor is time to end United States spending to fund COVID-19 scam. How long would it take to keep giving away this stimulus checks to support bogus COVID-19 pandemic? United States is better off if the Congress wants to introduce Universal Income which gives certain fixed income to all individuals every money regardless of income.

What United States is getting from this transaction (forget $2.5 billion in cash DOJ will be paid for the assets) is extraordinary like $250 trillion in stock is due the country. $30 trillion in cash due United States. United States will get to share $1.5 Quadrillion in cold share with other countries via the Central Banks. Jobs creation. This transaction is DIVINE and it is an honor to be chosen to be the steward. The sacrifice is huge, but people chosen for extraordinary tasks normally sacrifice, there's no way around it.

Dated: January 20, 2020                                  Respectfully submitted,

                                                         /s/ Adesijuola Ogunjobi

                                                         Adesijuola Ogunjobi
                                                         10200 Belle Rive Blvd
                                                         Bldg 6 #45
                                                         Jacksonville, FL 32256

                                                         **Proposed Plaintiff-Intervenor**