UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH), et al.,<br><br>    Defendants. | Case No. 20-cv-07811-RS<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Pro se litigant Adesijuola Ogunjobi has filed a notice of appeal to the Ninth Circuit of this court's order denying his second motion for leave to intervene in this action. Ogunjobi seeks leave to proceed *in forma pauperis* in lieu of paying the filing fee for an appeal. Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, the motion is to be addressed by this court in the first instance.

A litigant is entitled to *in forma pauperis* status only upon showing both an inability to pay the filing fees and the existence of a non-frivolous legal issue on appeal. Ogunjobi's motion is denied because the appeal is frivolous. As set out in the two orders denying Ogunjobi's motions to intervene (Dkt. Nos.19 and 24), and as described in his application to proceed *in forma pauperis*, his expressed underlying goal is to obtain a $25 million loan which he contends he can then use to pursue litigation designed to prove that the COVID-19 pandemic is fraudulent. Ogunjobi seeks to "intervene" here because he believes a portion of the bitcoins seized in this civil forfeiture action

should be advanced to him to use as collateral for the $25 million loan. Ogunjobi has no connection to this case or to the seized assets. He explains that he read a press release about this case and "got the idea" to use the bitcoins in the manner he proposes. Ogunjobi states he ultimately intends to pay $2.5 billion for all of the seized bitcoin "since such assets will be auctioned off anyway."

Ogunjobi's claim that COVID-19 is a "hoax" is fanciful and frivolous on its face, as are his assertions that he could leverage the bitcoins to give him access to a $25 million loan or a $5 trillion "credit facility," through a "$100 Quadrillion all stock tax free global transaction." Even if that were not so, however, the motions to intervene were frivolous because the mere existence of a fund consisting of seized assets does not somehow give a private citizen with no connection to, or cognizable interest in, the fund the right to utilize it in an undertaking of his own, regardless of the viability or merits of such undertaking. Because the motions to intervene were utterly frivolous, Ogunjobi has not identified, and cannot identify, any non-frivolous issue to be presented on appeal.

**IT IS SO ORDERED**.

Dated: January 21, 2021

RICHARD SEEBORG
United States District Judge