1  Isaac Safier (SBN 277728)
   Law Office of Rebecca Feigelson
2  345 Franklin Street, Law Chambers Building
   San Francisco, CA 94102
3  Tel: 415-967-0125
   Fax: 415-789-4305
4  Email: IsaacSafier@gmail.com

5  Stephen P. New (WV 7756), *Pro Hac Vice* Admission Pending
6  New, Taylor & Associates
   430 Harper Park Drive
7  Beckley, WV 25801
   Tel: 304-250-6017
8  Fax: 304-250-6012
   Email: steve@newlawoffice.com
9

10 Attorneys for Claimant
   CALEB BRADBERRY
11
                    THE UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,                )
                                            )
15             Plaintiff,                   )  CASE NO. CV 20-7811 RS
                                            )
16        v.                                )  **CERTIFICATE OF SERVICE**
                                            )
17 Approximately 69,370 Bitcoin (BTC), Bitcoin )
   Gold (BTG), Bitcoin SV (BSV), and Bitcoin  )
18 Cash (BCH) seized from                   )
   1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh )
19 x,                                       )
                                            )
20                                          )
               Defendant,                   )
21 _____ )
                                            )
22 CALEB BRADBERRY,                         )
                                            )
23             Claimant.                     )
                                            )
24 _____ )

25

26 The undersigned hereby certifies that he is over 18 and employed at the Law Office of Rebecca

27 Feigelson, 345 Franklin St., San Francisco, CA 94102, and that he caused a copy of:

28

1) CALEB BRADBERRY'S VERIFIED CLAIM IN ACCORDANCE WITH TITLE 18 U.S.C.

§983(a)(4)(A) Rule C(6), SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND

MARITIME CLAIMS

Served on this date via _Certified mail_ upon the person(s) below at the addresses stated:

| | |
|---|---|
| Chris Kaltsas<br>United States Attorney's Office<br>NDCA<br>450 Golden Gate Avenue<br>Room 9-544<br>San Francisco, CA 94102 | David Countryman<br>US Attorney's Office<br>Criminal Division, Asset Forfeiture<br>450 Golden Gate Ave.<br>11th Floor<br>San Francisco, CA 94102 |
| Rebecca Louise Wilson<br>Kutak Rock LLP<br>5 Park Plaza, Suite 1500<br>Irvine, CA 92614 | Adesijuola Ogunjobi<br>10200 Belle Rive Blvd.<br>Bldg 6 Unit 45<br>Jacksonville, FL 32256<br>PRO SE |
| United States District Court<br>Office of the Clerk<br>450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102 | |

Served via Certified mail on 1/22/2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __22nd__ day of January, 2021, at __Oakland__, California.

_____
Isaac Saffer