| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | DAVID COUNTRYMAN (CABN 26995)<br>CHRIS KALTSAS (NYBN 5460902) |
| 5 | CLAUDIA QUIROZ (CABN 254419)<br>WILLIAM FRENTZEN (LABN 24421) |
| 6 | Assistant United States Attorneys |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 8 | Telephone: (415) 436-7428<br>FAX: (415) 436-7234 |
| 9 | claudia.quiroz@usdoj.gov |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CV 20-07811 RS |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE FOR THE UNITED STATES** |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx; | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE FOR THE UNITED STATES
CV 20-07811 RS

PLEASE TAKE NOTICE that Assistant United States Attorney Claudia Quiroz hereby enters her appearance as counsel for the United States of America in this case and requests that all notices given or required to be given and all papers served or required to be served upon the United States of America be given to and served upon her. Future ECF notices should be sent to Assistant United States Attorney Claudia A. Quiroz at the following email address: claudia.quiroz@usdoj.gov.

DATED:    January 27, 2021                    Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              _____/s/_____
                                              CLAUDIA QUIROZ
                                              Assistant United States Attorney

NOTICE OF APPEARANCE FOR THE UNITED STATES
CV 20-07811 RS