Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>APPROXIMATELY 69,730 BITCOIN (BTC), et al<br><br>Defendant(s). | Case No: 3:20-cv-07811<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Stephen P. New, an active member in good standing of the bar of West Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CALEB BRADBERRY in the above-entitled action. My local co-counsel in this case is ISAAC SAFIER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 430 HARPER PARK DRIVE<br>BECKLEY WV 25801 | 345 FRANKLIN STREET, LAW CHAMBERS BLDG<br>SAN FRANCISCO, CA 94102 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (304) 250-6017 | (415) 967-0125 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| steve@newlawoffice.com | IsaacSafier@gmail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7756.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/22/20

Stephen P. New
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen P. New is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 28, 2021

*[signature]*

UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER