UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH), et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07811-RS<br><br>**ORDER GRANTING EXTENSION OF TIME** |

On the day a response to the complaint was due, counsel for Ross William Ulbricht sought an extension of time until February 5, 2021. Rather than following the procedure of Local Rule 6-3, Ulbricht set the motion on 35 days' notice, scheduling a hearing for February 4, 2021. That hearing date is hereby vacated. Although Ulbricht represents the government was unwilling to stipulate to the extension, it has filed no opposition and Ulbricht has adequately shown good cause for the extension. The motion is therefore granted.

**IT IS SO ORDERED**.

Dated: January 28, 2021

RICHARD SEEBORG
United States District Judge