Isaac Safier (SBN 277728)
Law Office of Rebecca Feigelson
345 Franklin Street, Law Chambers Building
San Francisco, CA 94102
Tel: 415-967-0125
Fax: 415-789-4305
Email: IsaacSafier@gmail.com

Stephen P. New (WV 7756), Admitted *Pro Hac Vice*
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801
Tel: 304-250-6017
Fax: 304-250-6012
Email: steve@newlawoffice.com

Attorneys for Claimant
CALEB BRADBERRY

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. CV 20-7811 RS |
| v. | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| Approximately 69,370 Bitcoin (BTC), Bitcoin | ) **VERIFIED CLAIM** |
| Gold (BTG), Bitcoin SV (BSV), and Bitcoin | ) |
| Cash (BCH) seized from | ) |
| 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | ) |
| | ) |
| Defendant, | ) |
| _____ | ) |
| | ) |
| CALEB BRADBERRY, | ) |
| | ) |
| Claimant. | ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL OF VERIFIED CLAIM

On January 21, 2021, Claimant CALEB BRADBERRY filed his Verified Claim In

Accordance With Title 18 U.S.C. §983(A)(4)(A) Rule C(6), Supplemental Rules For Certain

Admiralty And Maritime Claims as Docket No. 35.  Claimant hereby withdraws his claim to 1000

Bitcoins of Defendant Property and waives his right to a judicial adjudication of this forfeiture

matter.  Claimant now files this notice to inform the Court that he is withdrawing his verified claim at

Docket No. 35.


I, CALEB BRADBERRY, declare under the penalty of perjury that the forgoing representations are

true and accurate to the best of my knowledge and belief.


Dated  2/9/2021                                   _____

                                                 CALEB BRADBERRY, CLAIMANT

Attorneys for Claimant CALEB BRADBERRY:


Dated ___02/10/2021_____                         _____

                                                 Isaac Safier (SBN 277728)
                                                 Law Office of Rebecca Feigelson
                                                 345 Franklin Street, Law Chambers Building
                                                 San Francisco, CA 94102
                                                 Tel: 415-967-0125
                                                 Fax: 415-789-4305
                                                 Email: IsaacSafier@gmail.com


Dated _02/10/2021_____                           _____

                                                 Stephen P. New (WV 7756),
                                                 Admitted *Pro Hac Vice*
                                                 New, Taylor & Associates
                                                 430 Harper Park Drive
                                                 Beckley, WV 25801
                                                 Tel: 304-250-6017
                                                 Fax: 304-250-6012
                                                 Email: steve@newlawoffice.com

NOTICE OF WITHDRAWAL OF VERIFIED CLAIM
CV 20-7811 RS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via

CM/ECF on this _____02/10/2021_____.

Dated this _____02/10/2021_____

<u>/s/ Isaac Safier</u>
Isaac Safier, Esq.

NOTICE OF WITHDRAWAL OF VERIFIED CLAIM
CV 20-7811 RS