Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
4695 MacArthur Ct., Suite 1100
Newport Beach, CA 92660
(213) 335-3935 | YMA@LawAlm.com

*Attorney for Claimant Roman Hossain*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin) Gold (BTG), Bitcoin SV (BSV), and Bitcoin) Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendants,<br><br>ROMAN HOSSAIN,<br><br>Claimant. | Case No. CV 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br><br>**UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AN ANSWER**<br><br>Case Filed:  November 5, 2020<br>FAC Filed:   November 20, 2020<br>Trial Date:  TBD |

COMES NOW Claimant Roman Hossain, by and through counsel, to apply for a 21-day extension of time to file an answer.

WHEREAS, on November 20, 2020, the United States filed an amended forfeiture compliant, notice of which was published on November 27, 2020.

WHEREAS, on January 25, 2021, Claimant Hossain timely filed a verified claim and statement of interest.

WHEREAS, Claimant's answer is presently due on February 15, 2020.

WHEREAS, recent health and caretaking challenges due to the current pandemic along with the complexity of the case have necessitated this extension request.

1

WHEREAS, undersigned counsel believes that the requested continuance would be helpful to Claimant Hossain in preparing answer.

WHEREAS, this extension is sought in the interest of justice and not for delay, and no party will be prejudiced if the extension is granted.

WHEREAS, no party opposes this request.

NOW, THEREFORE, IT IS HEREBY REQUESTED that Claimant Hossain be granted a 21-day extension to file an answer.

Dated:  February 11, 2021                                       Respectfully submitted,

ALMADANI LAW

*/s/ Yasin M. Almadani*
YASIN M. ALMADANI

*Attorneys for Plaintiffs*

SO ORDERED.

Dated:

HON. RICHARD SEEBORG
United States District Judge

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  February 11, 2021		Respectfully submitted,

			ALMADANI LAW

			 /s/ Yasin M. Almadani
			YASIN M. ALMADANI

			*Attorneys for Plaintiffs*