| | |
|---|---|
| 1 | Yasin M. Almadani (Cal. Bar No. 242798) |
| 2 | ALMADANI LAW<br>4695 MacArthur Ct., Suite 1100<br>Newport Beach, CA 92660 |
| 3 | (213) 335-3935 \| YMA@LawAlm.com |
| 4 | *Attorney for Claimant Roman Hossain* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin) Gold (BTG), Bitcoin SV (BSV), and Bitcoin) Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendants,<br><br>ROMAN HOSSAIN,<br><br>Claimant. | Case No. CV 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br>ORDER<br>**UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AN ANSWER**<br><br>Case Filed: November 5, 2020<br>FAC Filed: November 20, 2020<br>Trial Date: TBD |

COMES NOW Claimant Roman Hossain, by and through counsel, to apply for a 21-day extension of time to file an answer.

WHEREAS, on November 20, 2020, the United States filed an amended forfeiture compliant, notice of which was published on November 27, 2020.

WHEREAS, on January 25, 2021, Claimant Hossain timely filed a verified claim and statement of interest.

WHEREAS, Claimant's answer is presently due on February 15, 2020.

WHEREAS, recent health and caretaking challenges due to the current pandemic along with the complexity of the case have necessitated this extension request.

1

*Unopposed Application for Extension*  CV 20-7811-RS
*of Time to File Answer*

WHEREAS, undersigned counsel believes that the requested continuance would be helpful to Claimant Hossain in preparing answer.

WHEREAS, this extension is sought in the interest of justice and not for delay, and no party will be prejudiced if the extension is granted.

WHEREAS, no party opposes this request.

NOW, THEREFORE, IT IS HEREBY REQUESTED that Claimant Hossain be granted a 21-day extension to file an answer.

Dated:  February 11, 2021         Respectfully submitted,

                                  ALMADANI LAW

                                  */s/ Yasin M. Almadani*
                                  YASIN M. ALMADANI

                                  *Attorneys for Plaintiffs*

SO ORDERED.

Dated:   2/16/2021

                                  HON. RICHARD SEEBORG
                                  Chief United States District Judge