Kathryn Lee Boyd  (SBN 189496)
LBoyd@hechtpartners.com
Maxim Price (pro hac vice pending)
MPrice@hechtpartners.com
David L. Hecht (pro hac vice pending)
DHecht@hechtpartners.com
Alan Alvela (pro hac vice pending)
AAlvela@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone:   (212) 851-6821
Facsimile:    (646) 492-5111

*Attorneys for Intervenor Claimant
Lucas E. Buckley as Trustee of the
Gox Victim Bitcoin Trust*

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant, | Case No. 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT FOR FORFEITURE** |
| Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust,<br><br>Claimant. | Case Filed:   November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:   TBD |

STIPULATION AND [PROPOSED] ORDER

Case No. 20-7811 RS

COMES NOW Claimant Lucas E. Buckley, Esq., as Trustee of the Gox Victim Bitcoin Trust, by and through counsel, to apply for 21-day extension of time to file an answer.

WHEREAS, on November 20, 2020, the united states filed an amended forfeiture compliant, notice of which was published on November 27, 2020.

WHEREAS, on January 25, 2021, Claimant Buckley, as trustee of the Gox Victim Bitcoin Trust, filed a verified claim and statement of interest.

WHEREAS, Claimant's answer is presently due on February 16, 2020.

WHEREAS, the complexity of this case and the complications caused by the ongoing pandemic has necessitated Claimant Buckley to request this extension of time.

WHEREAS, this is the first extension requested by Claimant.

WHEREAS, extensions of time to submit a responsive pleading have also been requested by claimants Roman Hossain and Ulbricht.

WHEREAS, this extension is sought in the interest of justice and not for delay, and no party will be prejudiced if the extension is granted.

WHEREAS, no party opposes this request.

WHEREAS, the Plaintiff, the United States, consents to this request but does not concede the validity of the form or substance of claimant's claim and reserves all rights to challenge said claim on any and all available grounds.

NOW, THEREFORE, IT IS HEREBY REQUESTED that Claimant Buckley be granted a 21-day extension to file an answer.

Dated:  February 16, 2021

**HECHT PARTNERS LLP**

By: /s/ Kathryn Lee Boyd
Maxim Price (pro hac vice pending)
Kathryn Lee Boyd (SBN 189496)
David L. Hecht (pro hac vice pending)
Alan Alvela (pro hac vice pending)

*Attorneys for Intervenor Claimant*

STIPULATION AND [PROPOSED] ORDER

CASE NO. 20-7811 RS

1

*Lucas E. Buckley as Trustee of the*
*Gox Victim Bitcoin Trust*

Dated:  February 16, 2021

                                              **UNITED STATES ATTORNEY'S OFFICE**

By: */s/David Countryman*
David Countryman
Criminal Division, Asset Forfeiture
450 Golden Gate Ave.,11th Floor
San Francisco, CA 94102
david.countryman@usdoj.gov
415-436-7303

*Attorneys for United States of America*

**ATTESTATION:**  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from David Countryman.

By:  */s/ Kathryn Lee Boyd*
*Counsel for Claimant Lucas E. Buckley*

STIPULATION AND [PROPOSED] ORDER

Case No. 20-7811 RS

2

**[PROPOSED] ORDER**

It is hereby ORDERED and ADJUDGED that Claimant be given a 21-day extension to file an answer.

SO ORDERED.

Dated:

                                              HON. RICHARD SEEBORG
                                              United States District Judge