Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America )
                         )   Case No: 20-7811-RS
            Plaintiff(s), )
                         )   **APPLICATION FOR**
       v.                )   **ADMISSION OF ATTORNEY**
                         )   **PRO HAC VICE**
Approximately 69,370 Bitcoin )  (CIVIL LOCAL RULE 11-3)
(BTC), Bitcoin Gold (BTG), et. al. )
                         )
            Defendant(s). )

I, Maxim Price, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Claimant Lucas E. Buckley, as trustee in the above-entitled action. My local co-counsel in this case is Kathryn Lee Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 125 Park Avenue, 25th Floor<br>New York, NY 10017 | 6420 WIlshire Blvd, 14th Floor<br>Los Angeles, CA 90048 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 851-6821 | (646) 502-9515 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mprice@hechtpartners.com | lboyd@hechtpartners.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4684858.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/09/21                              Maxim Price
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Maxim Price is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 22, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE  *October*

PRO HAC VICE APPLICATION & ORDER                                              *2012*