Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | Case No: 20-7811-RS |
| ) | |
| Plaintiff(s), ) | **APPLICATION FOR** |
| ) | **ADMISSION OF ATTORNEY** |
| v. ) | **PRO HAC VICE** |
| Approximately 69,370 Bitcoin ) | (CIVIL LOCAL RULE 11-3) |
| (BTC),Bitcoin Gold (BTG), et. al. ) | |
| Defendant(s). ) | |

I, Alan Alvela, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Claimant Lucas E. Buckley, as trustee in the above-entitled action. My local co-counsel in this case is Kathryn Lee Boyd, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 125 Park Avenue, 25th Floor<br>New York, NY 10017 | 6420 WIlshire Blvd, 14th Floor<br>Los Angeles, CA 90048 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (212) 851-6821 | (646) 502-9515 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| aalvela@hechtpartners.com | lboyd@hechtpartners.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/09/21

Alan Alvela
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alan Alvela is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 22, 2021

UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER