Kathryn Lee Boyd (SBN 189496)
LBoyd@hechtpartners.com
Maxim Price (admitted *pro hac vice*)
MPrice@hechtpartners.com
David L. Hecht (admitted *pro hac vice*)
DHecht@hechtpartners.com
Alan Alvela (admitted *pro hac vice*)
AAlvela@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 851-6821
Facsimile: (646) 492-5111

*Attorneys for Intervenor Claimant
Lucas E. Buckley as Trustee of the
Gox Victim Bitcoin Trust*

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant,<br><br>Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust,<br><br>Claimant. | Case No. 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br><br>**VERIFIED ANSWER TO FIRST AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM***<br><br>Case Filed: November 5, 2020<br><br>FAC Filed: November 20, 2020<br><br>Trial Date: TBD<br><br>**DEMAND FOR JURY TRIAL** |

Claimant Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust ("Claimant"), by and through his undersigned counsel, hereby files his verified answers and affirmative defenses to Plaintiff's first amended verified complaint, Docket No. 8, filed on November 20, 2020:

Claimant Buckley's, as Trustee of the Gox Victim Bitcoin Trust, Answer to FAC

## NATURE OF THE ACTION

1. **Answering Paragraph 1**, this paragraph does not contain any substantive allegations requiring a response. To the extent that a response is required, Claimant admits that this is a judicial, *in rem*, forfeiture action. Claimant further admits that the United States alleges herein to have seized approximately 69370.22491543 in Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx (the "Defendant Property"). Claimant lacks personal knowledge or information sufficient to form a belief as to the remaining allegations and conclusions of law in this Section and on that basis denies them. Furthermore, Claimant believes that Claimant has a legitimate interest in the Defendant Bitcoin and denies those interests are subject to forfeiture in this action.

## JURISDICTION AND VENUE

2. **Answering Paragraph 2**, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Claimant denies that this Court has Jurisdiction over the defendant property as alleged in the amended complaint.

3. **Answering Paragraph 3**, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Claimant denies that venue is proper in the Northern District of California merely because the Plaintiff received a digital transfer of the Defendant Bitcoin while in the Northern District of California, for purposes of seizure, as alleged in the amended complaint.

4. **Answering Paragraph 4,** this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Claimant denies that intra-district venue is proper in the San Francisco Division within the Northern District of California, as alleged in the amended complaint.

## PARTIES

5. **Answering Paragraph 5**, Claimant admits that Plaintiff is the United States of America.

6. **Answering Paragraph 6**, Claimant admits that Defendant Property is approximately 69370.22491543 in Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) obtained from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx ("1HQ3"). Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the remaining allegations in this paragraph and on that basis denies them.

7. **Answering Paragraph 7**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

8. **Answering Paragraph 8**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

9. **Answering Paragraph 9**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

10. **Answering Paragraph 10**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

11. **Answering Paragraph 11**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

12. **Answering Paragraph 12**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

13. **Answering Paragraph 13**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

Claimant Buckley's, as Trustee of the Gox Victim Bitcoin Trust, Answer to FAC

14. **Answering Paragraph 14**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

15. **Answering Paragraph 15**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

16. **Answering Paragraph 16**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph, which appears to be a continuation of Paragraph 15, and on that basis denies the allegations in both paragraphs 15 and 16.

17. **Answering Paragraph 17**, Claimant admits that 1HQ3 received a digital transfer delivering the Defendant Bitcoin. Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the remaining allegations in this paragraph and on that basis denies them.

18. **Answering Paragraph 18**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

19. **Answering Paragraph 19**, Claimant admits that according to the public blockchain the Defendant Bitcoin remained in the 1HQ3 account until November of 2020. Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the remaining allegations in this paragraph, including footnote No.1, and on that basis denies them.

20. **Answering Paragraph 20**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations that the government searched for and observed a specific balance in the 1HQ3 wallet at some point prior to the Government's seizure. Claimant admits the remaining allegations.

21.     **Answering Paragraph 21**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

22.     **Answering Paragraph 22**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

23.     **Answering Paragraph 23**, Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the allegations in this paragraph and on that basis denies them.

24.     **Answering Paragraph 24**, Claimant admits that Plaintiff received a digital transfer delivering the Defendant Bitcoin. Claimant lacks sufficient knowledge or information to form a belief as to the truth and correctness of the remaining allegations in this paragraph and on that basis denies them.

## **VIOLATION**

Claimant incorporates by reference his answers to the allegations in paragraphs 1 through 24 above.

**Answering five unnumbered paragraphs**, the allegations in these paragraphs contain proposed findings of law, legal conclusions, and a prayer for relief to which no response is required. To the extent a response is required, Claimant lacks personal knowledge or information sufficient to form a belief as to the allegations and conclusions of law in this Section and on that basis denies them. Furthermore, Claimant believes that Claimant has a legitimate interest in the Defendant Bitcoin and denies those interests are subject to forfeiture in this action. Claimant further denies the alleged crime of Computer Hacking is properly pleaded in the amended complaint for *in rem* forfeiture.

Unless specifically admitted by Claimant all allegations are denied.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The amended complaint fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

### (Innocent Owner)

Claimant is an innocent owner of a portion of the Defendant Bitcoin pursuant to 18 U.S.C. § 983 and other applicable law.

### THIRD AFFIRMATIVE DEFENSE

### (Constructive Trust)

Claimant has the right to possess, and an interest in, a portion of the Defendant Bitcoin, which right is traceable to the Defendant Bitcoin, and which Bitcoin was stolen or otherwise wrongfully acquired by Individual X or another unknown third party.

### FOURTH AFFIRMATIVE DEFENSE

### (Jurisdiction)

The Court lacks jurisdiction over the Defendant Bitcoin, as alleged in Plaintiff's *in rem* forfeiture claim.

### FIFTH AFFIRMATIVE DEFENSE

### (Venue)

The Venue chosen by Plaintiff is neither proper nor convenient.

### SIXTH AFFIRMATIVE DEFENSE

### (Eighth Amendment)

Forfeiture of the defendant property would constitute a violation of the Eighth Amendment to the United States Constitution.

### SEVENTH AFFIRMATIVE DEFENSE

### (Subsequently Discovered Defenses and Reservation)

Claimant may learn of additional facts and defenses during discovery in this matter. Claimant thus reserves his right to amend these answers and the affirmative defenses.

## PRAYER FOR RELIEF

1. That Plaintiff's prayer for relief in the form of the forfeiture of the Defendant be denied at least with respect to the portion owned by Claimant.

2. That Claimant be awarded its costs incurred in defending a portion of the Defendant Bitcoin as permitted by law, including but not limited to reasonable attorney's fees; and.

3. For such other relief as the Court deems proper.

## JURY DEMAND

Claimant hereby demands a jury on all triable issues and defenses.

Dated:  March 9, 2021

                **HECHT PARTNERS LLP**

By: */s/* Maxim Price
Maxim Price (admitted *pro hac vice*)
Kathryn Lee Boyd (SBN 189496)
David L. Hecht (admitted *pro hac vice*)
Alan Alvela (admitted *pro hac vice*)

*Attorneys for Intervenor Claimant Lucas E. Buckley as Trustee of the Gox Victim Bitcoin Trust*

## VERIFICATION

I, Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust, am the representative of the Gox Victim Bitcoin Trust for the purpose of answering the amended complaint for *in rem* forfeiture in the above-styled case. My answers to that amended complaint, Docket No. 8, are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of March, 2021

_____
Lucas E. Buckley

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on this March 9, 2021, a true and correct copy of **Claimant Lucas E. Buckley's, Answer to the First Amended Complaint for *In Rem* Forfeiture** was served using the CM/ECF system, which will automatically send e-mail notifications of the filing to all counsel of record for the parties.

Dated: March 9, 2021

/s/Maxim Price
Maxim Price