JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:      415.364.5540
Facsimile:      415.391.4436

JEFF NICHOLAS (Pro Hac Vice to be filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice to be filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL,  33156
Telephone: (305) 442-1101

*Attorneys for Claimants First 100, LLC and
Battle Born Investments Company, LLC*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>                    Defendant.<br><br>First 100, LLC and Battle Born Investments Company, LLC,<br><br>                    Claimants. | Case No. 20-7811-RS<br><br>**CLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:      3<br>Case Filed:      November 5, 2020<br>FAC Filed:      November 20, 2020<br>Trial Date:      TBD |

1      Pursuant to Civil Local Rules 79-5 and 7-1, Claimants First 100, LLC and Battle Born

2 Investments Company, LLC hereby submit this Administrative Motion to File Under Seal of

3 their respective Verified Claims in this captioned matter.  Claimants respectfully requests that

4 their claims be filed under seal as the content thereof relate to and may reveal the identity of the

5 "Individual X" referenced in the First Amended Complaint filed by the United State Attorney's

6 Office in this action.

7

8  Dated:  March 16, 2021               FOX ROTHSCHILD LLP

9                            */S/ Jaemin Chang*

                    By:

10                       JAEMIN CHANG
                         JEFFREY NICHOLAS (Pro hac vice to be filed)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLAIMANTS' ADMINISTRATIVE MOTION          Case No. 20-7811-RS
TO FILE UNDER SEAL         -2-
120650920.v1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated:  March 16, 2021                    FOX ROTHSCHILD LLP

                                                        */S/ Jaemin Chang*
                                          By: _____
                                                        JAEMIN CHANG