JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:   415.364.5540
Facsimile:    415.391.4436

JEFF NICHOLAS (Pro Hac Vice to be filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice to be filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL, 33156
Telephone: (305) 442-1101

*Attorneys for Claimants First 100, LLC and Battle Born Investments Company, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>         Defendant.<br><br>First 100, LLC and Battle Born Investments Company, LLC,<br><br>         Claimants. | Case No. 20-7811-RS<br><br>**DECLARATION OF JAEMIN CHANG IN SUPPORT OF CLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:   3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |

---

DECLARATION OF JAEMIN CHANG IN
SUPPORT OF ADMINISTRATIVE MOTION          -1-
120661418.v1

Case No. 20-7811-RS

I, Jaemin Chang, declare:

1. I am a partner with law firm Fox Rothschild, LLP, counsel of record for the Claimants. I make this declaration in support of the Claimants' Motion to file Under Seal. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Claimants have filed conditionally under seal their claims as these documents contain references and information related to the identity of Individual X. Confidentiality of the individual is designated by the Plaintiff in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and signed on the date set forth below in San Francisco, California.

Dated: March 16, 2021.         */s/ Jaemin Chang*
                                Jaemin Chang

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated:  March 16, 2021            FOX ROTHSCHILD LLP

                        By:    */S/ Jaemin Chang*
                               JAEMIN CHANG