1  JAEMIN CHANG (SBN 232612)
   JChang@FoxRothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104-2670
   Telephone:    415.364.5540
4  Facsimile:    415.391.4436

5  JEFF NICHOLAS (Pro Hac Vice to be filed)
   jnicholas@FoxRothschild.com
6  FOX ROTHSCHILD LLP
   2000 Market Street, Twentieth Floor,
7  Philadelphia, PA 19103
   Telephone: (215) 299-2000
8
   GUY LEWIS (Pro Hac Vice to be filed)
9  glewis@lewistein.com
   THE LAW OFFICES OF GUY A. LEWIS
10 12575 SW 67th Avenue
   Pinecrest, FL, 33156
11 Telephone: (305) 442-1101

12 *Attorneys for Claimant First 100, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>        Defendant.<br><br>First 100, LLC and Battle Born Investments Company, LLC,<br><br>        Claimants. | Case No. 20-7811-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:    3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |

1    Claimants First 100, LLC and Battle Born Investments Company, LLC filed their joint
2 Administrative Motion to File Under Seal of their respective claims in this captioned matter.
3 The request is narrowly tailored to seal the material for which good cause to seal has been
4 established in light of the concerns related to the identity of the "Individual X." Accordingly, IT
5 IS HEREBY ORDERED AS FOLLOWS:
6 The following documents are hereby ordered seal:
7    1.    First 100, LLC's Claim.
8    2.    Battle Born Investments Company, LLC's Claim.

10 Dated:_____

_____
Hon. Richard Seeborg
United States District Court Judge