JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: 415.364.5540
Facsimile: 415.391.4436

JEFF NICHOLAS (Pro Hac Vice To Be Filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice To Be Filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL, 33156
Telephone: (305) 442-1101

*Attorneys for Claimant First 100, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,

Defendant.

First 100, LLC

Claimant.

Case No. 20-7811-RS

**VERIFIED CLAIM AND STATEMENT OF INTEREST BY FIRST 100, LLC**

Judge: Hon. Richard Seeborg
Courtroom: 3
Case Filed: November 5, 2020
FAC Filed: November 20, 2020
Trial Date: TBD

VERIFIED CLAIM AND STATEMENT OF INTEREST

**NOTICE OF CLAIM**

Pursuant to 18 USC, sections 983(a)(4)(A) and Rules C(6) and G(5) of the Federal Supplemental Rules for Admiralty or Maritime Claims or Forfeiture Actions, claimant First 100, LLC ("Claimant First 100") and claimant 1st One Hundred Holdings, LLC ("Claimant 1st One Hundred" and together with Claimant First 100, "Claimants") hereby timely claim an interest in all or a portion of the defendant properties that are the subject of this forfeiture action brought by the United States of America (the "Plaintiff").

**CLAIM**

1. Each Claimant is a Nevada limited liability company with an address of 10170 W Tropicana Ave, Suite 156-290, Las Vegas, NV 89148.

[redacted]

6. Claimants claim an interest in the Defendant Property, approximately 69,370 BTC Bitcoin ("BTC"), Bitcoin Gold ("BTG"), Bitcoin SV ("BSV"), Bitcoin Cash ("BCH"), and future Bitcoin hard forks (collectively the "Bitcoin") seized from Individual X's wallet number 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx (the "1HQ3 wallet") and currently in the possession of the United States.

7. Claimants are informed and believe that Plaintiff took possession of the Defendant Property by consent agreement from Individual X on or about November 3, 2020,

9. As a result of the above, Claimants assert and allege that their right and title to the Defendant Property is superior to that of Silk Road, Individual X and/or any other putative claimant.

10. Claimants claim an interest in the Defendant Property as innocent "owners,"

11. Each Claimant is also both a "victim" and

12. Claimants contest forfeiture of the Defendant Property, seek to enjoin the liquidation of the Defendant Property in this action, and seek the turnover of the Defendant Property to Claimants (and any other portion of Defendant Property that belongs to Claimants for which insufficient information is available insofar as no Notice of Forfeiture has been provided to Claimants), the rightful owners of such Property,

Dated: March 16, 2021

FOX ROTHSCHILD LLP

By: */s/ Jaemin Chang*

JAEMIN CHANG
JEFF NICHOLAS (Pro Hac Vice To Be Filed)

Dated: March 16, 2021

THE LAW OFFICES OF GUY A. LEWIS

By: */s/ Guy A. Lewis*

GUY A. LEWIS
(Pro Hac Vice To Be Filed)

**VERIFICATION**

I, the undersigned, certify and declare that I have read the foregoing Verified Notice of Claim and know its contents. The matters stated in the foregoing document are true of my own knowledge and belief except as to those matters explicitly stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I understand that a false statement or claim may subject a person to prosecution.

Dated: March 16, 2021

FIRST 100, LLC

By: ______________________________
Jay Bloom, Manager
SJC VENTURES HOLDING LLC

1st ONE HUNDRED HOLDINGS, LLC

By: ______________________________
Jay Bloom, Manager
SJC VENTURES HOLDING LLC