JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:    415.391.4436

JEFF NICHOLAS (Pro Hac Vice To Be Filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice To Be Filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL, 33156
Telephone: (305) 442-1101

*Attorneys for Claimant Battle Born Investments Company, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>    Defendant.<br><br>BATTLE BORN INVESTMENTS COMPANY, LLC.<br><br>    Claimant. | Case No. 20-7811-RS<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST BY BATTLE BORN INVESTMENTS COMPANY, LLC**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:    3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |

VERIFIED CLAIM AND STATEMENT OF INTEREST

**NOTICE OF CLAIM**

Pursuant to 18 USC, sections 983(a)(4)(A) and Rules C(6) and G(5) of the Federal Supplemental Rules for Admiralty or Maritime Claims or Forfeiture Actions, claimant Battle Born Investments Company, LLC ("Claimant Battle Born" or "Claimant") hereby timely claims an interest in all or a portion of the defendant properties that are the subject of this forfeiture action brought by the United States of America (the "Plaintiff").

**CLAIM**

1. Claimant Battle Born is a Nevada Limited Liability Company, located at 10170 W Tropicana Ave, Suite 156-290, Las Vegas, NV 89148.

8. Claimant Battle Born claims an interest in Defendant Property, approximately 69,370 BTC Bitcoin ("BTC"), Bitcoin Gold ("BTG"), Bitcoin SV ("BSV"), Bitcoin Cash ("BCH"), and future Bitcoin hard forks (collectively the "Bitcoin") seized from Individual X's wallet number 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx (the "1HQ3 wallet") and currently in the possession of the Plaintiff.

13. Claimant is further informed and believes that the Plaintiff took possession of the Defendant Property by consent agreement from Individual X on or about November 3, 2020, ███████████████████████████████████████████████████████████████

14. Claimant asserts that it currently owns all right, title and interest in and to the Defendant Property that were formerly held in accounts owned by Individual X, but Claimant requires additional information, that is currently not publicly available, to determine if the ███████████████████████████████████████████████████████████████

16. Claimant Battle Born claims an interest in the Defendant Property as an innocent "owner," ███████████████████████████████████████████████████████████████

17. Claimant Battle Born is also a "victim" within the meaning of 28 CFR § 9.2.

18. Claimant Battle Born contests forfeiture of the Defendant Property and prays that this Court enjoin the liquidation of the Defendant Property in this action prior to the full adjudication of Claimant Battle Born's right, title and interest in and to the Defendant Property, and seeks the return of the Defendant Property (and any other portion of Defendant property that belongs to Claimant for which insufficient information is available insofar as no Notice of

Forfeiture has been provided to Claimant) to Claimant, the rightful owner of such Property by ███████████████████████████████████

| | |
|---|---|
| Dated:  March 16, 2021 | FOX ROTHSCHILD LLP |
| | By:  */s/ Jaemin Chang* |
| | JAEMIN CHANG |
| | JEFF NICHOLAS (Pro Hac Vice To Be Filed) |
| Dated:  March 16, 2021 | THE LAW OFFICES OF GUY A. LEWIS |
| | By:  */s/ Guy A. Lewis* |
| | GUY A. LEWIS |
| | (Pro Hac Vice To Be Filed) |

# VERIFICATION

I, the undersigned, certify and declare that I have read the foregoing Verified Notice of Claim and know its contents. The matters stated in the foregoing document are true of my own knowledge and belief except as to those matters explicitly stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I understand that a false statement or claim may subject a person to prosecution.

Dated: March 16, 2021

BATTLE BORN INVESTMENTS COMPANY, LLC

By: _____

Jay Bloom, Manager
SJC VENTURES HOLDING LLC