1    JAEMIN CHANG (SBN 232612)
     JChang@FoxRothschild.com
2    FOX ROTHSCHILD LLP
     345 California Street, Suite 2200
3    San Francisco, CA 94104-2670
     Telephone:    415.364.5540
4    Facsimile:    415.391.4436

5    JEFF NICHOLAS (Pro Hac Vice To Be Filed)
     jnicholas@FoxRothschild.com
6    FOX ROTHSCHILD LLP
     2000 Market Street, Twentieth Floor,
7    Philadelphia, PA 19103
     Telephone: (215) 299-2000
8
     GUY LEWIS (Pro Hac Vice To Be Filed)
9    glewis@lewistein.com
     THE LAW OFFICES OF GUY A. LEWIS
10   12575 SW 67th Avenue
     Pinecrest, FL,  33156
11   Telephone: (305) 442-1101

12   *Attorneys for Claimant First 100, LLC*

13

14                        **UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17   UNITED STATES OF AMERICA,              Case No. 20-7811-RS

18                  Plaintiff,              **VERIFIED CLAIM AND STATEMENT
                                            OF INTEREST BY FIRST 100, LLC**
19          v.
                                             **FILED UNDER SEAL**
20
     Approximately 69,370 Bitcoin (BTC),    Judge: Hon. Richard Seeborg
21   Bitcoin Gold (BTG), Bitcoin SV (BSV), and   Courtroom:   3
     Bitcoin Cash (BCH) seized from         Case Filed:   November 5, 2020
22   1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hb       FAC Filed:    November 20, 2020
     hx,                                    Trial Date:   TBD
23
24                  Defendant.

25
     _____
26   First 100, LLC

27                  Claimant.

28

_____

VERIFIED CLAIM AND STATEMENT OF                              Case No. 20-7811-RS
INTEREST BY FIRST 100, LLC              -1-
120654609.v2

VERIFIED CLAIM AND STATEMENT OF INTEREST

**NOTICE OF CLAIM**

Pursuant to 18 USC, sections 983(a)(4)(A) and Rules C(6) and G(5) of the Federal Supplemental Rules for Admiralty or Maritime Claims or Forfeiture Actions, claimant First 100, LLC ("Claimant First 100") and claimant 1st One Hundred Holdings, LLC ("Claimant 1st One Hundred" and together with Claimant First 100, "Claimants") hereby timely claim an interest in all or a portion of the defendant properties that are the subject of this forfeiture action brought by the United States of America (the "Plaintiff").

**CLAIM**

1.      Each Claimant is a Nevada limited liability company with an address of 10170 W Tropicana Ave, Suite 156-290, Las Vegas, NV 89148.

2.      On or about March 28, 2017, Claimants jointly and severally obtained a judgment in the amount of $2,211,039,718.46 against an individual, who, upon information and belief, is understood to be Individual X in the instant matter or a person associated with Individual X.

3.      On or about July 31, 2017, an individual, who, upon information and belief, is understood to be Individual X in the instant matter or a person associated with Individual X, filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy Court"), pending as Case No. 17-14166-BTB.

4.      In response, Claimants, as judgment creditors, brought an adversary proceeding to have such judgment declared nondischargeable.

5.      Claimants' judgment was deemed nondischargeable by the Bankruptcy Court through a judgment of nondischargeability entered on August 6, 2018.

6.       Claimants claim an interest in the Defendant Property, approximately 69,370 BTC Bitcoin ("BTC"), Bitcoin Gold ("BTG"), Bitcoin SV ("BSV"), Bitcoin Cash ("BCH"), and future Bitcoin hard forks (collectively the "Bitcoin") seized from Individual X's wallet number 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx (the "1HQ3 wallet") and currently in the possession of the United States.

1
2
3
4

7.    Claimants are informed and believe that Plaintiff took possession of the Defendant Property by consent agreement from Individual X on or about November 3, 2020, more than three years subsequent to Claimants' March 28, 2017 Judgment Creditor Status, as found to be non-dischargeable by the Bankruptcy Court.

5
6
7
8
9
10

8.    Forfeiture legal principals and precedent dictate that Claimants, as judgment creditors, are  entitled to unencumbered right, title and ownership of the claims for the approximately 69,370 Bitcoin that were formerly held in an account owned by Individual X, or a party associated with Individual X, but Claimants require additional information that is currently not publicly available to determine if the Judgment Debtor is, in fact, Individual X in the instant matter, or a person associated with Individual X.

11
12
13

9.    As a result of the above, Claimants assert and allege that their right and title to the Defendant Property is superior to that of Silk Road, Individual X and/or any other putative claimant.

14
15
16
17
18
19
20

10.    Claimants claim an interest in the Defendant Property as innocent "owners," within the meaning of 18 USC section 983(d)(6) and 28 Code of Federal Regulations section 9.2, pursuant to 18 USC section 983(d)(3), insofar as Claimants can show they are material Judgment Creditors of Individual X or of a person associated with Individual X, that they did not know of any illegal conduct, that they were without cause to know that the Defendant Property was subject to forfeiture, and they can prove their right to the Defendant Property by way of the Bankruptcy Court Order evidencing non-dischargeability.

21
22

11.    Each Claimant is also both a "victim" and "judgment creditor" within the meaning of 28 CFR § 9.2.

23
24
25
26
27
28

12.    Claimants contest forfeiture of the Defendant Property, seek to enjoin the liquidation of the Defendant Property in this action, and seek the turnover of the Defendant Property to Claimants (and any other portion of Defendant Property that belongs to Claimants for which insufficient information is available insofar as no Notice of Forfeiture has been provided to Claimants), the rightful owners of such Property, by way of  the Judgment and finding of nondischargeability by the Bankruptcy Court on August 6, 2018.

Dated:  March 16, 2021                    FOX ROTHSCHILD LLP

                                 By:     */s/ Jaemin Chang*
                                         JAEMIN CHANG
                                         JEFF NICHOLAS (Pro Hac Vice To Be Filed)


Dated:  March 16, 2021                    THE LAW OFFICES OF GUY A. LEWIS

                                 By:     */s/ Guy A. Lewis*
                                         GUY A. LEWIS
                                         (Pro Hac Vice To Be Filed)

## VERIFICATION

I, the undersigned, certify and declare that I have read the foregoing Verified Notice of Claim and know its contents.  The matters stated in the foregoing document are true of my own knowledge and belief except as to those matters explicitly stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  I understand that a false statement or claim may subject a person to prosecution.

Dated: March 16, 2021                    FIRST 100, LLC

By: _____
    Jay Bloom, Manager
    SJC VENTURES HOLDING LLC


1st ONE HUNDRED HOLDINGS, LLC

By: _____
    Jay Bloom, Manager
    SJC VENTURES HOLDING LLC