JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:     415.364.5540
Facsimile:      415.391.4436

JEFF NICHOLAS (Pro Hac Vice To Be Filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice To Be Filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL, 33156
Telephone: (305) 442-1101

*Attorneys for Claimant Battle Born Investments Company, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>     Defendant.<br><br>BATTLE BORN INVESTMENTS COMPANY, LLC.<br><br>     Claimant. | Case No. 20-7811-RS<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST BY BATTLE BORN INVESTMENTS COMPANY, LLC**<br>**FILED UNDER SEAL**<br>Judge: Hon. Richard Seeborg<br>Courtroom:     3<br>Case Filed:      November 5, 2020<br>FAC Filed:      November 20, 2020<br>Trial Date:      TBD |

VERIFIED CLAIM AND STATEMENT OF INTEREST

**NOTICE OF CLAIM**

Pursuant to 18 USC, sections 983(a)(4)(A) and Rules C(6) and G(5) of the Federal Supplemental Rules for Admiralty or Maritime Claims or Forfeiture Actions, claimant Battle Born Investments Company, LLC ("Claimant Battle Born" or "Claimant") hereby timely claims an interest in all or a portion of the defendant properties that are the subject of this forfeiture action brought by the United States of America (the "Plaintiff").

**CLAIM**

1. Claimant Battle Born is a Nevada Limited Liability Company, located at 10170 W Tropicana Ave, Suite 156-290, Las Vegas, NV 89148.

2. On or about July 31, 2017, upon information and belief, an individual, understood to be himself, or to be related to, that person designated in the Plaintiff's Complaint as Individual X in the instant matter (Comp., paragraphs 23 - 25), filed a Chapter 7 Bankruptcy case in the United States Bankruptcy Court, District of Nevada (the "Bankruptcy Court"), pending as Case Number; 17-14166-BTB.

3. On or about March 27, 2018, Claimant Battle Born entered into an agreement to purchase from the duly appointed Chapter 7 bankruptcy trustee (the "Trustee"), all assets of the bankruptcy estate, which assets included all disclosed and undisclosed property interests of the bankruptcy debtor, who, upon information and belief, is, or is associated with, Individual X in the instant matter, wherever such interests were located (the "Bankruptcy Claims").

4. On or about May 14, 2018 Claimant Battle Born's purchase of the Bankruptcy Claims from the Trustee was approved by the Honorable Bruce Beesley of the United States Bankruptcy Court for the District of Nevada.

5. On or about March 15, 2019, the Bankruptcy Court issued a Writ of Assistance directing the United States Marshal to obtain all electronic devices belonging to the individual believed to be, or associated with, Individual X in the instant matter. Pursuant thereto, the United States Marshal retrieved certain electronic devices and provided them to Claimant, as directed by the Writ of Assistance.

6. Upon a forensic review of the electronic devices seized from the person believed to be Individual X, or an associated party, evidence was discovered that the Bitcoin belonged to what we assert to be Individual X, or a party associated with Individual X, and was therefore part of the Bankruptcy Claims owned by Claimant Battle Born.

7. As such, the Bankruptcy Claims purchased on May 14, 2018 are, upon information and belief, understood to be inclusive of the Defendant Property subject to the instant November 20, 2020 Civil Asset Forfeiture action.

8. Claimant Battle Born claims an interest in Defendant Property, approximately 69,370 BTC Bitcoin ("BTC"), Bitcoin Gold ("BTG"), Bitcoin SV ("BSV"), Bitcoin Cash ("BCH"), and future Bitcoin hard forks (collectively the "Bitcoin") seized from Individual X's wallet number 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx (the "1HQ3 wallet") and currently in the possession of the Plaintiff.

9. The Defendant Property has been since May 14, 2018 and is still currently owned by Claimant Battle Born.

10. The Defendant Property was purchased for valuable consideration pursuant to the United States Bankruptcy Code, effective on or about May 14, 2018, and further, such purchase was approved by the Bankruptcy Court (the "Bankruptcy Court Order") as final disposition of the Defendant Property and transfer of ownership of such to Claimant Battle Born.

11. Regardless of the history of the Defendant Property prior to its acquisition by Individual X, or a person associated with Individual X, the May 14, 2018 purchase of and approval by the Bankruptcy Court irrevocably transferred to Claimant Battle Born all right, interest and title to the Defendant Property, and such judgment is a final Disposition of Defendant Property.

12. As such, there exists a question as to this Court's jurisdiction over the Defendant Property, insofar as the instant First Amended Complaint for Civil Asset Forfeiture may, if granted, contravene the Bankruptcy Court Order granting the sale of the Bankruptcy Claims, which include the Defendant Property, to Claimant Battle Born.

13. Claimant is further informed and believes that the Plaintiff took possession of the Defendant Property by consent agreement from Individual X on or about November 3, 2020, more than two years subsequent to Claimant's May 14, 2018 purchase of the Defendant Property by way of the Bankruptcy Court Order conveying right, title and ownership to the Defendant Property to Claimant Battle Born.

14. Claimant asserts that it currently owns all right, title and interest in and to the Defendant Property that were formerly held in accounts owned by Individual X, but Claimant requires additional information, that is currently not publicly available, to determine if the Bankruptcy Court Petitioner is, in fact, Individual X himself, or an associated party, in the instant matter.

15. As a result of the above, because asset sales in Bankruptcy, by their nature, are intended to be definitive, final and absolute, Claimant Battle Born asserts and alleges that its right and title to the Defendant Property is superior to that of Silk Road, Individual X and/or any other claimants in this action.

16. Claimant Battle Born claims an interest in the Defendant Property as an innocent "owner," within the meaning of 18 USC section 983(d)(6) and 28 Code of Federal Regulations section 9.2, pursuant to 18 USC section 983(d)(3), as Claimant Battle Born can show it was a bona fide third party purchaser of the Defendant Property pursuant to the United States Bankruptcy Code, that it did not know of any illegal conduct, that it was without cause to know that the Defendant Property was subject to forfeiture, and it can prove ownership to the Defendant Property by way of the Bankruptcy Court Order.

17. Claimant Battle Born is also a "victim" within the meaning of 28 CFR § 9.2.

18. Claimant Battle Born contests forfeiture of the Defendant Property and prays that this Court enjoin the liquidation of the Defendant Property in this action prior to the full adjudication of Claimant Battle Born's right, title and interest in and to the Defendant Property, and seeks the return of the Defendant Property (and any other portion of Defendant property that belongs to Claimant for which insufficient information is available insofar as no Notice of

Forfeiture has been provided to Claimant) to Claimant, the rightful owner of such Property by way of the Order of the Bankruptcy Court of May 14, 2018.

Dated: March 16, 2021                          FOX ROTHSCHILD LLP

                                               By:   */s/ Jaemin Chang*
                                                     JAEMIN CHANG
                                                     JEFF NICHOLAS (Pro Hac Vice To Be Filed)

Dated: March 16, 2021                          THE LAW OFFICES OF GUY A. LEWIS

                                               By:   */s/ Guy A. Lewis*
                                                     GUY A. LEWIS
                                                     (Pro Hac Vice To Be Filed)

# VERIFICATION

I, the undersigned, certify and declare that I have read the foregoing Verified Notice of Claim and know its contents.  The matters stated in the foregoing document are true of my own knowledge and belief except as to those matters explicitly stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  I understand that a false statement or claim may subject a person to prosecution.

Dated: March 16, 2021

BATTLE BORN INVESTMENTS COMPANY, LLC

By: _____

Jay Bloom, Manager
SJC VENTURES HOLDING LLC