1  JAEMIN CHANG (SBN 232612)
   JChang@FoxRothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104-2670
   Telephone:    415.364.5540
4  Facsimile:     415.391.4436

5  JEFF NICHOLAS (Pro Hac Vice to be filed)
   jnicholas@FoxRothschild.com
6  FOX ROTHSCHILD LLP
   2000 Market Street, Twentieth Floor,
7  Philadelphia, PA 19103
   Telephone: (215) 299-2000
8
   GUY LEWIS (Pro Hac Vice to be filed)
9  glewis@lewistein.com
   THE LAW OFFICES OF GUY A. LEWIS
10 12575 SW 67th Avenue
   Pinecrest, FL,  33156
11 Telephone: (305) 442-1101

12 *Attorneys for Claimant First 100, LLC*

13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

17 UNITED STATES OF AMERICA,          Case No. 20-7811-RS

18                  Plaintiff,        **ORDER GRANTING**
                                      **ADMINISTRATIVE MOTION TO FILE**
19            v.                      **UNDER SEAL**

20
   Approximately 69,370 Bitcoin (BTC),
21 Bitcoin Gold (BTG), Bitcoin SV (BSV), and    Judge: Hon. Richard Seeborg
   Bitcoin Cash (BCH) seized from              Courtroom:   3
22 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hb           Case Filed:   November 5, 2020
   hx,                                         FAC Filed:    November 20, 2020
23                                             Trial Date:   TBD
                   Defendant.
24

25

26 First 100, LLC and Battle Born Investments
   Company, LLC,
27
                   Claimants.
28

1    Claimants First 100, LLC and Battle Born Investments Company, LLC filed their joint

2  Administrative Motion to File Under Seal of their respective claims in this captioned matter.

3  The request is narrowly tailored to seal the material for which good cause to seal has been

4  established in light of the concerns related to the identity of the "Individual X."  Accordingly, IT

5  IS HEREBY ORDERED AS FOLLOWS:

6  The following documents are hereby ordered seal:

7        1.        First 100, LLC's Claim.

8        2.        Battle Born Investments Company, LLC's Claim.

9

10  Dated: _April 1, 2021_

11

12  _____
   Hon. Richard Seeborg

13  Chief United States District Court Judge