JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:     415.391.4436

JEFF NICHOLAS (Pro Hac Vice to be filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice to be filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL,  33156
Telephone: (305) 442-1101

*Attorneys for Claimants First 100, LLC,
1st One Hundred Holdings, LLC, and
Battle Born Investments Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-7811-RS |
| Plaintiff, | **CLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | Judge: Hon. Richard Seeborg<br>Courtroom:    3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |
| Defendant. | |
| First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC | |
| Claimants. | |

1  Pursuant to Civil Local Rules 79-5 and 7-1, Claimants First 100, LLC, 1st One Hundred
2  Holdings, LLC, and Battle Born Investments Company, LLC hereby submit this Administrative
3  Motion to File Under Seal of their respective Verified Answers in the above captioned matter.
4  Claimants respectfully requests that their answers be filed under seal as the content thereof relate
5  to and may reveal the identity of the "Individual X" referenced in the First Amended Complaint
6  filed by the United State Attorney's Office in this action.

Dated:  April 5, 2021                               FOX ROTHSCHILD LLP

                                         By:    */S/ Jaemin Chang*
                                                 JAEMIN CHANG
                                                 JEFFREY NICHOLAS (Pro hac vice to be filed)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated:  April 5, 2021

FOX ROTHSCHILD LLP

By:   */S/ Jaemin Chang*
JAEMIN CHANG