1  JAEMIN CHANG (SBN 232612)
   JChang@FoxRothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104-2670
   Telephone:    415.364.5540
4  Facsimile:    415.391.4436

5  JEFF NICHOLAS (Pro Hac Vice to be filed)
   jnicholas@FoxRothschild.com
6  FOX ROTHSCHILD LLP
   2000 Market Street, Twentieth Floor,
7  Philadelphia, PA 19103
   Telephone: (215) 299-2000
8
   GUY LEWIS (Pro Hac Vice to be filed)
9  glewis@lewistein.com
   THE LAW OFFICES OF GUY A. LEWIS
10 12575 SW 67th Avenue
   Pinecrest, FL,  33156
11 Telephone: (305) 442-1101

12 *Attorneys for Claimants First 100, LLC,*
   *1st One Hundred Holdings, LLC, and*
13 *Battle Born Investments Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>  Defendant. | Case No. 20-7811-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:    3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |
| First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>  Claimants. | |

Claimants First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC filed their joint Administrative Motion to File Under Seal of their respective answers in this captioned matter. The request is narrowly tailored to seal the material for which good cause to seal has been established in light of the concerns related to the identity of the "Individual X."

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The following documents are hereby ordered seal:

1. Verified Answer of First 100, LLC and 1st One Hundred Holdings, LLC.
2. Verified Answer of Battle Born Investments Company, LLC.

Dated:_____

_____
Hon. Richard Seeborg
United States District Court Judge