1  JAEMIN CHANG (SBN 232612)
   JChang@FoxRothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104-2670
   Telephone:    415.364.5540
4  Facsimile:    415.391.4436

5  JEFF NICHOLAS (Pro Hac Vice to be filed)
   jnicholas@FoxRothschild.com
6  FOX ROTHSCHILD LLP
   2000 Market Street, Twentieth Floor,
7  Philadelphia, PA 19103
   Telephone: (215) 299-2000
8
   GUY LEWIS (Pro Hac Vice to be filed)
9  glewis@lewistein.com
   THE LAW OFFICES OF GUY A. LEWIS
10 12575 SW 67th Avenue
   Pinecrest, FL,  33156
11 Telephone: (305) 442-1101

12 *Attorneys for Claimants First 100, LLC,*
   *1st One Hundred Holdings, LLC, and*
13 *Battle Born Investments Company, LLC*

14                **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-7811-RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | Judge: Hon. Richard Seeborg<br>Courtroom:   3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |
| Defendant. | |
| First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC, | |
| Claimants. | |

18
19
20
21
22
23
24
25
26
27
28

1    Claimants First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments

2 Company, LLC filed their joint Administrative Motion to File Under Seal of their respective

3 answers in this captioned matter.  The request is narrowly tailored to seal the material for which

4 good cause to seal has been established in light of the concerns related to the identity of the

5 "Individual X."

6    Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

7 The following documents are hereby ordered seal:

8    1.    Verified Answer of First 100, LLC and 1st One Hundred Holdings, LLC.

9    2.    Verified Answer of Battle Born Investments Company, LLC.

10

11 Dated:___4/8/2021___

12

13                                                                                    _____
     Hon. Richard Seeborg
14   United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO                                    Case No. 20-7811-RS
FILE UNDER SEAL                                          -2-
121397774.v1