FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH; ROSS WILLIAM ULBRICHT,<br><br>        Defendants-Appellees,<br><br> v.<br><br>ADESIJUOLA OGUNJOBI, Proposed Intervenor-Plaintiff,<br><br>        Movant-Appellant. | No.   21-15111<br><br>D.C. No. 3:20-cv-07811-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CLIFTON, MURGUIA, and BRESS, Circuit Judges.

On February 10, 2021, this court ordered appellant to show cause why this appeal should not be dismissed as frivolous. In response, appellant filed an emergency motion to stay this appeal while appellant sought relief at the Supreme Court.

Upon a review of the record and the motion to stay, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as

frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

**DISMISSED**.