BROWN RUDNICK LLP
David J. Molton, #262075
dmolton@brownrudnick.com
Seven Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

BROWN RUDNICK LLP
Stephen R. Cook, #204446
scook@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

Attorneys for Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Civil Action No.3:20-cv-07811-RS |
|---|---|
| Plaintiff, | [Honorable Richard Seeborg] |
| vs. | [PROPOSED] ORDER GRANTING MOTION FOR DIRECT ACCESS AND INTERVENTION |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG) Bitcoin SV (BSV) and Bitcoin Cash (BCH), | DATE:   June 3, 2021<br>TIME:   1:30 p.m.<br>CTRM   3 |
| Defendants. | |

---

1
[PROPOSED] ORDER GRANTING MOTION FOR DIRECT ACCESS AND INTERVENTION
3:20-cv-07811-RS United States of America v. Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG) Bitcoin SV (BSV) and Bitcoin Cash (BCH)
63979242 v8-WorkSiteUS-000002/4034

1  Movant, Mr. Nobuaki Kobayashi, duly appointed Foreign Representative in the case of In
2  re: MtGox Co., Ltd. (a/k/a MtGox KK), U.S. Bankruptcy Court for the Northern District of Texas,
3  Dallas Division, Case No. 14-31229-sgj15 ("Mr. Kobayashi")'s, Motion for Direct Access pursuant
4  to 11 U.S.C. § 1509 and Intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure
5  (the "Motion") came on regularly before this Court on June 3, 2021, at 1:30 p.m.   After considering
6  the papers filed in support thereof, the opposition to the Motion, the arguments of counsel at the
7  hearing and all other matters properly presented to the Court, and good cause appearing, the Court
8  rules as follows:

9  IT IS HEREBY ORDERED that Mr. Kobayashi's Motion is GRANTED and the Verified
10 Answer to First Amended Verified Complaint for Forfeiture *In* Rem attached as Exhibit "A" to the
11 Motion is deemed filed.

13 DATED: _____

Honorable Richard Seeborg
District Court Judge