# Exhibit A

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CV 20-7811 RS |
|---|---|
| Plaintiff, | ) DECLARATION OF JEREMIAH HAYNIE IN SUPPORT OF UNITED STATES' MOTION TO STRIKE CLAIMANT ROMAN HOSSAIN'S CLAIM |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx | |
| Defendant. | |

I, JEREMIAH HAYNIE, being duly sworn, depose and state:

1. I am a Special Agent with the Criminal Investigation Division of the Internal Revenue Service ("IRS-CI"). I am a case agent assigned to this case. I respectfully submit this declaration to provide certain relevant information in support of the United States' Motion to Strike Claimant Roman Hossain's Claim for Failing to Comply with Supplemental Rule G(5).

2. Based on the information Hossain presented in his claim, I was able to identify his Mt. Gox account from Mt. Gox records IRS-CI received from two separate, reliable sources pursuant to a

DECLARATION OF JEREMIAH HAYNIE    1
CASE NO. CV 20-7811 RS

different investigation. Specifically, the Mt. Gox records revealed that on or about March 1, 2012, a Mt. Gox account was registered using the email address millions████@gmail.com. The account was opened with a deposit of $2,475. The opening date, March 1, 2012, and the amount, $2,475 both match the information Hossain provided in paragraph 4 of his claim.

3. On May 6, 2012, Individual X stole 70,411.46 BTC from Silk Road and transferred it to two Bitcoin addresses—1BADznNF3W1gi47R65MQs754KB7zTaGuYZ and 1BBqjKsYuLEUE9Y5WzdbzCtYzCiQgHqtPN.

4. Mt. Gox records show that on February 8, 2013 and February 9, 2013, there was a transfer of 200 BTC and 45.92 BTC out of Hossain's Mt. Gox account for a total of 245.92 BTC. This matches exactly the amount Hossain claimed was stolen from his Mt. Gox account (245.92 BTC) and was allegedly sent to Silk Road, from where it was stolen by Individual X (see Hossain claim at paragraphs 5 and 6).

5. Since the 245.92 BTC was transferred out of Hossain's Mt. Gox account approximately nine months after Individual X stole the bitcoin in question from Silk Road, it is impossible for Hossain's 245.92 BTC to be part of the BTC Individual X stole from Silk Road on or about May 6, 2012.

6. A separate investigation in the Northern District of California, of which IRS-CI was one of the investigating agencies, revealed that the BTC stolen from Mt. Gox was deposited into wallets at three different digital currency exchanges: (i) BTC-e; (ii) Trade Hill, another exchange based in San Francisco; and (iii) back into Mt. Gox into a different Mt. Gox wallet. The BTC-e investigation did not uncover evidence that the stolen Mt. Gox BTC was sent to Silk Road.

7. In approximately February 2014, Mt. Gox closed its exchange service and filed for bankruptcy protection. The bankruptcy trustee set up a claims process for Mt. Gox accountholders to file claims.

8. Through my investigation I have learned that an individual named Roman Hossain was convicted of wire fraud and a willful failure to file a tax return in the Central District of California in 2013. I have determined that the Roman Hossain who filed the claim for a portion of the Defendant Property is the same Roman Hossain that was convicted in that case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 28th day of April, 2021 in East Lansing, Michigan.

*[signature]*
JEREMIAH HAYNIE
Special Agent
Internal Revenue Service – Criminal Investigation