STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 20-7811 RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO STRIKE CLAIMANT ROMAN HOSSAIN'S CLAIM** |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx | DATE: June 10, 2021<br>TIME: 1:30 p.m.<br>COURTROOM: #3, 17th Floor |
| Defendant. | |

The United States of America's Motion to Strike Claimant Roman Hossain's Claim for Lack of Standing and Failing to Comply with Supplemental Rule G(5) came on for hearing and consideration before this Court.  After considering the papers filed in support thereof, the opposition to the Motion, the arguments of counsel at the hearing and all other matters properly presented to the Court, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that the United States of America's Motion is GRANTED and the Verified Claim and Statement of Interest of Claimant Roman Hossain (Dkt. No. 42) is hereby STRICKEN for lack of standing and failing to comply with Supplemental Rule G(5).

IT IS SO ORDERED.

DATED: _____            _____
                                    Honorable Richard Seeborg
                                    Chief District Court Judge