# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:20-cv-07811-RS |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | |
| Defendant(s). | |

I, <u>Ryan A. Andersen</u>, an active member in good standing of the bar of <u>the State of Nevada</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>First 100 LLC, 1st One Hundred Holdings LLC, and Battle Born Investments Company LLC</u> in the above-entitled action. My local co-counsel in this case is <u>Jaemin Chang (SBN 232612)</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Andersen Law Firm, Ltd. 3199 E Warm Springs Rd, Ste 400 Las Vegas, NV 89120 | Fox Rothschild LLP 345 California Street, Suite 2200 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: 702-522-1992 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 415-364-5540 |
| MY EMAIL ADDRESS OF RECORD: ryan@vegaslawfirm.legal | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jchang@foxrothschild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>12321</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 4, 2021

*[signature]*
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Ryan A. Andersen</u> is granted,

1  subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
2  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
   designated in the application will constitute notice to the party.
3  Dated: _____
                                                    _____
4                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Ryan Andersen**, **Bar Number 12321** was admitted by the Supreme Court of the State of Nevada on **10/06/2011** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Ryan Andersen** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Tuesday, May 04, 2021.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada