UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbh x,<br><br>Defendant(s). | Case No: <u>3:20-cv-07811-RS</u><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Ryan A. Andersen</u>, an active member in good standing of the bar of <u>the State of Nevada</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>First 100 LLC, 1st One Hundred Holdings LLC, and Battle Born Investments Company LLC</u> in the above-entitled action. My local co-counsel in this case is <u>Jaemin Chang (SBN 232612)</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Andersen Law Firm, Ltd.<br>3199 E Warm Springs Rd, Ste 400<br>Las Vegas, NV 89120 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>702-522-1992 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-364-5540 |
| MY EMAIL ADDRESS OF RECORD:<br>ryan@vegaslawfirm.legal | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jchang@foxrothschild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>12321</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 4, 2021

APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of <u>Ryan A. Andersen</u> is granted,

*PRO HAC VICE* APPLICATION & ORDER                                                            October 2012

subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 6, 2021

_____
UNITED STATES DISTRICT~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com