# Exhibit A

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-436-7428
    FAX: (415) 436-7234
    claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>    Defendant. | CASE NO. CV 20-7811 RS<br><br>DECLARATION OF MICHAEL GRONAGER IN SUPPORT OF UNITED STATES' OPPOSITION TO NOBUAKI KOBAYASHI MOTION FOR DIRECT ACCESS AND INTERVENTION |

I, MICHAEL GRONAGER, being duly sworn, depose and state:

1.    I am the CEO and Co-Founder of Chainalysis, Inc. ("Chainalysis"). I respectfully submit this declaration in support of the United States' Opposition to Nobuaki Kobayashi's Motion for Direct Access and Intervention in the above-referenced matter. I have personal knowledge of the matters and statements set forth herein.

2.    Chainalysis is a company that provides blockchain data and analysis to government

1 agencies, banks, and businesses around the world.  Its products include REACTOR, an interactive and
2 investigation tool that identifies offenders, visualizes data, and shares results with people and
3 organizations, and API, a transaction-based risk scoring solution that contains source and destination of
4 funds to measure risk.  Chainalysis offers other services such as activity monitoring reports, due
5 diligence tools, real-time application programming interface (API), web-based investigation software for
6 due diligence, verification of customers for bitcoin business, web-based investigation tools to identify
7 cyber-criminals, identification of bitcoin extortion payments made by victims to criminals, and
8 attribution for cyber threat intelligence industries.

9     3.    Between 2011 and February 2014, the Japanese cryptocurrency exchange MtGox
10 experienced a series of hacks, which resulted in the theft of several hundred thousand bitcoins.  In
11 approximately February 2014, MtGox closed its exchange service.  In April 2014, MtGox filed for
12 bankruptcy protection.  A Japanese court appointed Nobuaki Kobayashi as the bankruptcy trustee and
13 set up a claims process for MtGox accountholders to file claims.

14     4.    After MtGox filed for bankruptcy, the MtGox trustee asked me to assist him and the
15 MtGox creditors to investigate what had happened with the stolen funds.

16     5.    In an initial study from February 2015, Chainalysis found that funds were slowly leaking
17 out of MtGox from summer 2011 until summer 2013.  This was found from a week-to-week
18 reconciliation between the amount according to the book (the database) and the funds actually kept by
19 the keys possessed by MtGox according to the blockchain.

20     6.    As documented in a subsequent report on MtGox Stolen Funds Analysis dated July 9,
21 2015, Chainalysis followed the stolen funds and was able to account for 98% of all funds not recorded in
22 the database.  Chainalysis isolated three separate hacks, the latest responsible for 80% of all the funds
23 lost over the course of two years.  Chainalysis identified the final destination for all funds for the former
24 hacks to be at two major exchanges (Tradehill and BTC-e) as well as on MtGox itself.  (Chainalysis
25 initially misattributed the Tradehill addresses as GLBSE (Global Bitcoin Stock Exchange) and later
26 corrected it.)  Chainalysis found no evidence that the stolen MtGox BTC was sent to Bitcoin wallets
27 associated with Silk Road.  Attached hereto under seal as Exhibt 1 is a true and accurate copy of the July
28 9, 2015 MtGox Stolen Funds Analysis Report, which I authored.

DECLARATION OF JEREMIAH HAYNIE    2
CASE NO. CV 20-7811 RS

7. The conclusions of the report were shared with Kobayashi and his team. Specifically, on July 9, 2015, I sent Kuroda Yutaka, Deputy Trustee of MtGox, an email notifying him and his team that I had completed the analysis of the MtGox missing Bitcoin funds and was able to account for more than 98% of funds missing. Attached hereto under seal as Exhibit 2 is a true and accurate copy of the July 9, 2015 email I sent to Kuroda Yutaka with my findings. I simultaneously transmitted the report, which detailed the result of the investigation and highlighted where the funds went.

8. Following my correspondence with Kuroda Yutaka on July 9, 2015, I exchanged a series of emails with him and his team between July 10, 2015 and September 2, 2015, in which Yukata asked me to confirm several issues relating to malleability. This indicated to me that the MtGox Trustee and his team had read the report and understood it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 6 day of May, 2021 in Miami, Florida

_____
MICHAEL GRONAGER
CEO and Co-Founder
Chainalysis, Inc.