| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | DAVID COUNTRYMAN (CABN 226995) |
| 5 | CHRIS KALTSAS (NYBN 5460902)<br>CLAUDIA QUIROZ (CABN 254419) |
| 6 | WILLIAM FRENTZEN (LABN 24421)<br>Assistant United States Attorneys |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7428
FAX: (415) 436-7234
claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>　　　　Defendant. | NO.: CV 20-7811 RS<br><br>UNITED STATES' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS SUBMITTED IN SUPPORT OF ITS OPPOSITION TO NOBUAKI KOBAYASHI'S MOTION FOR DIRECT ACCESS AND INTERVENTION |

Pursuant to Local Rule 79-5, the United States of America ("the government"), by and through its counsel, Assistant United States Attorney Claudia Quiroz, moves this Court for an order for leave to file under seal Exhibits 1 and 2 attached to the Declaration of Michael Gronager in Support of the United States' Opposition to Nobuaki Kobayashi's Motion for Direct Access and Intervention.

The government respectfully requests that Exhibits 1 and 2 be filed under seal. The reasons for this request are that the exhibits contain information related to an ongoing investigation, which could be compromised if they are made public. Furthermore, Exhibit 1 reveals proprietary methods and

ADMINISTRATIVE MOTION FOR SEALING ORDER
1                                                     v. 2/22/2020

technologies of Chainalysis, Inc. that should not be in the public domain.

For the foregoing reasons, the United States requests that the Court grant this request and order Exhibits 1 and 2 attached to the Declaration of Michael Gronager in Support of the United States' opposition to Nobuaki Kobayashi's Motion for Direct Access and Intervention to be filed under seal, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents with counsel for Nobuaki Kobayashi and as necessary to comply with its discovery obligations.

DATED: May 7, 2021                              Respectfully submitted,

                                                STEPHANIE M. HINDS
                                                Acting United States Attorney


                                                *Claudia Quiroz*
                                                DAVID COUNTRYMAN
                                                CHRIS KALTSAS
                                                CLAUDIA QUIROZ
                                                WILLIAM FRENTZEN
                                                Assistant United States Attorneys