```
 1 | STEPHANIE M. HINDS (CABN 154284)
   | Acting United States Attorney
 2 |
   | HALLIE HOFFMAN (CABN 210020)
 3 | Chief, Criminal Division
   |
 4 | DAVID COUNTRYMAN (CABN 226995)
   | CHRIS KALTSAS (NYBN 5460902)
 5 | CLAUDIA QUIROZ (CABN 254419)
   | WILLIAM FRENTZEN (LABN 24421)
 6 | Assistant United States Attorneys
 7 |
   |     450 Golden Gate Avenue, Box 36055
 8 |     San Francisco, California 94102-3495
   |     Telephone: (415) 436-436-7428
 9 |     FAX: (415) 436-7234
   |     claudia.quiroz@usdoj.gov
10 |
   | Attorneys for United States of America
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 20-7811 RS |
| Plaintiff, | [PROPOSED] SEALING ORDER |
| v. | |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that Exhibits 1 and 2 to the Declaration of Michael Gronager, submitted in support of the United States' Opposition to Nobuaki Kobayashi's Motion for Direct Access and Intervention shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents for counsel with Nobuaki Kobayashi and as necessary to

1 | comply with its discovery obligations.
2 | IT IS SO ORDERED.
3 | DATED: _____

HON. RICHARD SEEBORG
United States Chief District Judge