JAEMIN CHANG (SBN 232612)
JChang@FoxRothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:     415.364.5540
Facsimile:      415.391.4436

JEFF NICHOLAS (Pro Hac Vice To Be Filed)
jnicholas@FoxRothschild.com
FOX ROTHSCHILD LLP
2000 Market Street, Twentieth Floor,
Philadelphia, PA 19103
Telephone: (215) 299-2000

GUY LEWIS (Pro Hac Vice To Be Filed)
glewis@lewistein.com
THE LAW OFFICES OF GUY A. LEWIS
12575 SW 67th Avenue
Pinecrest, FL, 33156
Telephone: (305) 442-1101

*Attorneys for Claimants First 100, LLC,
1st One Hundred Holdings, LLC, and
Battle Born Investments Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>　　　　Defendant. | Case No. 20-7811-RS<br><br>**CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC'S JOINT OPPOSITION TO MOTION FOR DIRECT ACCESS AND INTERVENTION BY NOBUAKI KOBAYASHI**<br><br>Date:　　　　　June 10, 2021<br>Courtroom:　　3<br>Floor:　　　　　17th<br>Judge: Hon. Richard Seeborg<br><br>Case Filed:　　November 5, 2020<br>FAC Filed:　　November 20, 2020<br>Trial Date:　　TBD |

1  Claimants Battle Born Investments Company, LLC, First 100, LLC, and 1st One
2  Hundred Holdings, LLC ("Claimants") by and through their undersigned counsel, hereby file
3  their joint opposition to Nobuaki Kobayashi's Motion for Direct Access and Intervention as
4  follows:

5  Claimants submit their joint opposition to Mr. Kobayashi's Motion to the extent that he
6  seeks any determination ownership of the in rem property at issue in this action or be influenced
7  by the findings of any other court, given that this is a forfeiture proceeding brought by the United
8  States government.  The in rem property is subject to the jurisdiction of the U.S. Federal Courts,
9  and any determination as to who has superior right and title to the same must be made with
10 reference to controlling U.S. law in the U.S. Courts, not a foreign jurisdiction.  Additionally
11 Claimants join the United States' Opposition.

Dated:  May 10, 2021                                     FOX ROTHSCHILD LLP

By:   */s/ Jaemin Chang*
JAEMIN CHANG
JEFF NICHOLAS (Pro Hac Vice To Be Filed)
Claimants First 100, LLC,
1st One Hundred Holdings, LLC, and
Battle Born Investments Company, LLC