UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG), BITCOIN SV (BSV); and BITCOIN CASH (BCH)<br><br>Defendants. | CASE NO. 3:20-cv-07811-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Gerard Thomas Cicero</u>, an active member in good standing of the bar of the New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co, Ltd., a/k/a MtGox KK</u> in the above-entitled action. My local co-counsel is Stephen R. Cook, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>Seven Times Square<br>New York, New York 10036 | Local Co-Counsel's Address of Record:<br>Stephen R. Cook<br>Brown Rudnick LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612 |
|---|---|
| My Telephone # of Record:<br>(212) 209-4800 | Local Co-Counsel's Telephone # of Record:<br>(949) 752-7100 |
| My Email Address of Record:<br>gcicero@brownrudnick.com | Local Co-Counsel's Email Address of Record:<br>scook@brownrudnick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar is <u>5452859</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar attached to this application.

/ / /

/ / /

/ / /

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                          <u>Gerard Thomas Cicero</u>
                                                             APPLICANT

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gerard Thomas Cicero is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Gerard Thomas Cicero

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 22, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on May 5, 2021.*

*Robert D. Mayberger*
Clerk of the Court

CertID-00013132