BROWN RUDNICK LLP
David J. Molton, #262075
Gerard T. Cicero (*pro hac vice pending*)
Daniel F. Kerns (*pro hac vice pending*)
Seven Times Square New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com
dkerns@brownrudnick.com

BROWN RUDNICK LLP
Stephen R. Cook, #204446
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
scook@brownrudnick.com

Attorneys for Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant. | Case No. CV 20-07811 RS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK hereby enters his appearance in this case and requests that all notices given or required to be given and all papers served or required to be served be served upon:

BROWN RUDNICK LLP
David J. Molton, #262075
Gerard T. Cicero
Daniel F. Kerns
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com
dkerns@brownrudnick.com

BROWN RUDNICK LLP
Stephen R. Cook, #204446
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
scook@brownrudnick.com

DATED: May 12, 2021                    Respectfully submitted,

BROWN RUDNICK LLP


*/s/ David J. Molton*
BROWN RUDNICK LLP
David J. Molton, #262075
Gerard T. Cicero (*pro hac vice pending*)
Daniel F. Kerns (*pro hac vice pending*)
Seven Times Square New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
gcicero@brownrudnick.com
dkerns@brownrudnick.com

BROWN RUDNICK LLP
Stephen R. Cook, #204446
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514
scook@brownrudnick.com