UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG), BITCOIN SV (BSV); and BITCOIN CASH (BCH)<br><br>Defendants. | CASE NO. 3:20-cv-07811-RS<br><br>ORDER<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Gerard Thomas Cicero</u>, an active member in good standing of the bar of the New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>Nobuaki Kobayashi, in his capacity as the Civil Rehabilitation Trustee and Foreign Representative of MtGox Co, Ltd., a/k/a MtGox KK</u> in the above-entitled action. My local co-counsel is Stephen R. Cook, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>Seven Times Square<br>New York, New York 10036 | Local Co-Counsel's Address of Record:<br>Stephen R. Cook<br>Brown Rudnick LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612 |
|---|---|
| My Telephone # of Record:<br>(212) 209-4800 | Local Co-Counsel's Telephone # of Record:<br>(949) 752-7100 |
| My Email Address of Record:<br>gcicero@brownrudnick.com | Local Co-Counsel's Email Address of Record:<br>scook@brownrudnick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar is <u>5452859</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar attached to this application.

/ / /

/ / /

/ / /

1 | I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 12, 2021

<u>Gerard Thomas Cicero</u>
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gerard Thomas Cicero is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 12, 2021

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE