DWIGHT C. DONOVAN (SBN 114785)
ddonovan@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:   415.364.5540

RYAN A. ANDERSEN (Admitted *Pro Hac Vice*)
ryan@vegaslawfirm.legal
**ANDERSEN LAW FIRM, LTD.**
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
Telephone:   702.522.1992

JEFF NICHOLAS (*Pro Hac Vice* Pending)
jnicholas@foxrothschild.com
**FOX ROTHSCHILD LLP**
2000 Market Street, Twentieth Floor
Philadelphia, Pennsylvania 19103
Telephone:   215.299.2000

GUY LEWIS (*Pro Hac Vice* Pending)
glewis@lewistein.com
**THE LAW OFFICES OF GUY A. LEWIS**
12575 SW 67th Avenue
Pinecrest, Florida 33156
Telephone:   305.442.1101

Attorneys for Claimants First 100, LLC,
1st One Hundred Holdings LLC and Battle Born Investments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), et al.,<br><br>             Defendants. | Case No. 3:20-cv-7811-RS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| FIRST 1200, LLC, 1st ONE HUNDRED HOLDINGS LLC and BATTLE BORN INVESTMENTS,<br><br>             Claimants. | |

1  PLEASE TAKE NOTICE that Dwight C. Donovan of Fox Rothschild LLP hereby appears on behalf of claimants First 1200, LLC; 1st One Hundred Holdings LLC; and Battle Born Investments in the above matter.  Mr. Donovan's contact information is set forth above, along with the contact information for all other counsel for said claimants, and it is requested that he be added to the service list.

Dated:  June 2, 2021.

FOX ROTHSCHILD LLP

By /s/ Dwight C. Donovan
DWIGHT C. DONOVAN
Attorneys for Claimants First 1200, LLC; 1st One Hundred Holdings LLC; and Battle Born Investments