UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-15111 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 3:20-cv-07811-RS<br>U.S. District Court for Northern California, San Francisco |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH and ROSS WILLIAM ULBRICHT, | **MANDATE** |
| Defendants - Appellees, | |
| v. | |
| ADESIJUOLA OGUNJOBI, Proposed Intervenor-Plaintiff, | |
| Movant - Appellant. | |

The judgment of this Court, entered April 13, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7