```
1   JAEMIN CHANG (SBN 232612)
    JChang@FoxRothschild.com
2   FOX ROTHSCHILD LLP
    345 California Street, Suite 2200
3   San Francisco, CA 94104-2670
    Telephone:    415.364.5540
4   Facsimile:    415.391.4436

5   RYAN A. ANDERSEN (Pro Hac Vice)
    ryan@vegaslawfirm.legal
6   ANDERSEN LAW FIRM, LTD.
    3199 E. Warm Springs Road, Suite 400
7   Las Vegas, CA 89120
    Telephone:    702.522.1992
8
    JEFF NICHOLAS (Pro Hac Vice Pending)
9   jnicholas@FoxRothschild.com
    FOX ROTHSCHILD LLP
10  2000 Market Street, Twentieth Floor,
    Philadelphia, PA 19103
11  Telephone:    215.299.2000

12  GUY LEWIS (Pro Hac Vice Pending)
    glewis@lewistein.com
13  THE LAW OFFICES OF GUY A. LEWIS
    12575 SW 67th Avenue
14  Pinecrest, FL, 33156
    Telephone:    305.442.1101
15
```

*Attorneys for Claimants First 100, LLC,*
*1st One Hundred Holdings LLC and Battle Born Investments*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>Approximately 69,370 Bitcoin (BTC), et al.<br><br>           Defendants.<br><br>First 100, LLC, 1st One Hundred Holdings LLC and Battle Born Investments<br><br>           Claimants. | Case No. 3:20-cv-7811-RS<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>Judge: Hon. Richard Seeborg<br>Courtroom:    3<br>Case Filed:    November 5, 2020<br>FAC Filed:    November 20, 2020<br>Trial Date:    TBD |

1  TO THIS HONORABLE COURT AND ALL PARTIES THROUGH THEIR COUNSEL
2  OF RECORD:

3  PLEASE TAKE NOTICE that Jaemin Chang will no longer be associated with the law
4  firm of Fox Rothschild LLP as of June 7, 2021.  Please remove this attorney from any and all
5  notices and the service list.

6  Dwight Donovan of Fox Rothschild LLP has filed a Notice of Association of Counsel
7  replacing the undersigned for all purposes.

Dated:  June 4, 2021                          FOX ROTHSCHILD LLP

                                      By:      */s/ Jaemin Chang*
                                              JAEMIN CHANG
                                              JEFFREY NICHOLAS
                                              (Pro Hac Vice Pending)