STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA A. QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-436-7428
   FAX: (415) 436-7234
   claudia.quiroz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx <br><br> Defendant. <br><br> First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC, <br><br> Claimants. | CASE NO. CV 20-7811 RS <br><br> **STIPULATION TO UNSEAL THE CLAIMS AND ANSWERS OF CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC; ORDER** |

STIPULATION TO UNSEAL; [PROPOSED] ORDER
CV 20-7811 RS                                                               1

1   Pursuant to Civil L.R. 7-12, Plaintiff United States of America ("United States"), and Claimants
2   Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC
3   (collectively and hereinafter, "Claimants"), by and through their respective counsel, hereby stipulate to
4   the following:

5   WHEREAS on March 16, 2021 Claimants filed an administrative motion to file their claims
6   under seal (*see* Dkt. No. 62);

7   WHEREAS on April 5, 2021 Claimants filed an administrative motion to file their answers
8   under seal (*see* Dkt. No. 64);

9   WHEREAS the reason provided for Claimants' requests is that Claimants believe that the
10  content of those documents "relate to or may reveal the identity of the 'Individual X' referenced in the
11  First Amended Complaint filed by the United State Attorney's Office in this action" (*see* Dkt. Nos. 62
12  and 64);

13  WHEREAS Claimants filed redacted versions of their claims and answers in the public record
14  and filed under seal unredacted versions of those documents;

15  WHEREAS this Court granted Claimants' administrative requests to file their claims and
16  answers under seal in light of the concerns related to Individual X (Dkt. Nos. 63, 65);

17  WHEREAS the United States has taken the position that nothing in the redacted portions of
18  Claimants claims or answers relates to or reveals the identity of Individual X and therefore, in its view,
19  there is no concern regarding the confidentiality of that individual and accordingly no need to withhold
20  the information in Claimants' filings from the public record;

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

NOW, THEREFORE, the parties hereby stipulate that Claimants claims and answers—specifically, Dkt. Nos. 62-5 (First 100 LLC claim), 62-6 (Battle Born claim), 64-5 (Verified Answer of Battle Born), 64-6 (Answer of First 100 Claimants)—shall be unsealed and filed in the public record in their entirety and without redactions.

IT IS SO STIPULATED.

DATED: July 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Claudia A. Quiroz*
DAVID COUNTRYMAN
CHRIS KALTSAS
CLAUDIA A. QUIROZ
WILLIAM FRENTZEN
Assistant United States Attorneys

DATED: July 12, 2021

FOX ROTHSCHILD LLP

*/s/ Dwight Craig Donovan*
DWIGHT CRAIG DONOVAN
Attorneys for Claimants

**ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the claims and answers of Claimants Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC shall be unsealed and filed in the public record in their entirety and without redactions. The documents to be unsealed are the following: Dkt. Nos. 62-5 (Unredacted version of First 100 LLC claim), 62-6 (Unredacted version of Battle Born claim), 64-5 (Unredacted Verified Answer of Battle Born), 64-6 (Unredacted Verified Answer of First 100 Claimants).

IT IS FURTHER ORDERED THAT the Office of the Clerk shall unseal these documents and file them in the public record.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2021

_____
HONORABLE RICHARD SEEBORG
UNITED STATES CHIEF DISTRICT COURT JUDGE

[PROPOSED] ORDER