1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DAVID COUNTRYMAN (CABN 226995)
   CHRIS KALTSAS (NYBN 5460902)
5  CLAUDIA A. QUIROZ (CABN 254419)
   WILLIAM FRENTZEN (LABN 24421)
6  Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-436-7428
        FAX: (415) 436-7234
9       claudia.quiroz@usdoj.gov

10 Attorneys for United States of America

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,                    ) CASE NO. CV 20-7811 RS
                                                  )
16 |         Plaintiff,                           ) **[PROPOSED] ORDER GRANTING MOTION**
                                                  ) **TO STRIKE THE CLAIMS OF CLAIMANTS**
17 |     v.                                       ) **BATTLE BORN INVESTMENTS COMPANY,**
                                                  ) **LLC, FIRST 100, LLC AND 1ST ONE**
18 | Approximately 69,370 Bitcoin (BTC), Bitcoin  ) **HUNDRED HOLDINGS, LLC**
   | Gold (BTG), Bitcoin SV (BSV), and Bitcoin    )
19 | Cash (BCH) seized from                       )
   | 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx           ) Hearing Date:   August 20, 2021
20 |                                              ) Time:           1:30 p.m.
   |                                              ) Court:          Hon. Richard Seeborg
21 |         Defendant.                           )
   | First 100, LLC, 1st One Hundred Holdings,    )
22 | LLC, and Battle Born Investments             )
   | Company, LLC,                                )
23 |                                              )
   |                                              )
24 |         Claimants.                           )

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO STRIKE CLAIMS
CV 20-7811 RS

The United States of America's Motion to Strike the claims filed by Claimants Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC for failure to comply with the pleading requirements of Rule G(5) and because they lack standing to bring their claim under Rule G(8)(c)(i)(B) came on for hearing and consideration before this Court. After considering the papers filed in support thereof, the opposition to the Motion, the arguments of counsel at the hearing and all other matters properly presented to the Court, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that the United States of America's Motion is GRANTED and the Claims of Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC are hereby STRICKEN for lack of standing and failing to comply with Supplemental Rule G(5).

IT IS SO ORDERED.

DATED: _____                           _____
                                                  Honorable Richard Seeborg
                                                  Chief District Court Judge