1  REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
2  STAN ROMAN (State Bar No. 87652)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
3  WILLIAM ABRAMOVITZ (State Bar No. 319385)
COBLENTZ PATCH DUFFY & BASS LLP
4  One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
5  Telephone: 415.391.4800
Facsimile: 415.989.1663
6  Email:     ef-rfm@cpdb.com
                ef-jrb@cpdb.com
7                ef-sgr@cpdb.com
                ef-msc@cpdb.com
8                ef-wia@cpdb.com

9  Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
10 and Battle Born Investments Company, LLC

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

**SAN FRANCISCO DIVISION**

14

15

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 20-7811 RS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | The Hon. Richard Seeborg |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | Trial Date:          None Set |
| Defendant. | |
| First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC, | |
| Claimants. | |

26

27  **TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

28        PLEASE TAKE NOTICE that Rees F. Morgan, Jonathan R. Bass, Stan Roman, Mari

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1   Sahakyan Clifford and William Abramovitz will hereby enter their appearance as counsel for

2   Claimants First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments

3   Company, LLC.  Copies of all pleadings, papers, notices, and other filings in this action should be

4   henceforth served upon the following:

5          Rees F. Morgan
       Jonathan R. Bass
6          Stan Roman
       Mari Sahakyan Clifford
7          William Abramovitz
       COBLENTZ, PATCH, DUFFY & BASS LLP
8          One Montgomery Street, Suite 3000
       San Francisco, California 94104-5500
9          Telephone:    415.391.4800
       Facsimile:    415.989.1663
10         Email:         ef-rfm@cpdb.com
                     ef-jrb@cpdb.com
11                    ef-sgr@cpdb.com
                     ef-msc@cpdb.com
12                    ef-wia@cpdb.com

13

14  DATED:  July 15, 2021

15

16                              By:   /s/ Rees F. Morgan
                                    Rees F. Morgan
17                                  Attorneys for Claimants
                                  First 100, LLC, 1st One Hundred Holdings, LLC
18                                  and Battle Born Investments Company, LLC

19

20

21

22

23

24

25

26

27

28

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663