REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
WILLIAM ABRAMOVITZ (State Bar No. 319385)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rfm@cpdb.com
          ef-jrb@cpdb.com
          ef-sgr@cpdb.com
          ef-msc@cpdb.com
          ef-wia@cpdb.com

Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
and Battle Born Investments Company, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, <br><br> Defendant. <br><br> First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC, <br><br> Claimants. | Case No. 3:20-cv-07811-RS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE CLAIMS OF CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC** <br><br> The Hon. Richard Seeborg <br><br> Trial Date:            None Set |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Civil L.R. 6-1 and Civil L.R. 6-2, Plaintiff United States of America ("Plaintiff") and Claimants First 100, LLC, 1st One Hundred Holdings, LLC,

and Battle Born Investments Company, LLC ("Claimants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 5, 2020, Plaintiff initiated this *in rem* forfeiture action by filing a Civil Complaint for Forfeiture;

WHEREAS, on March 16, 2021, Claimants filed claims in this matter;

WHEREAS, on July 13, 2021, Plaintiff filed a Motion to Strike the Claims of Claimants (hereinafter the "Motion");

WHEREAS, on July 13, 2021, Coblentz Patch Duffy & Bass, LLP, was retained as counsel by Claimants;

WHEREAS, on July 15, 2021, Claimants, through counsel, contacted Plaintiff and asked to meet and confer about the Motion briefing schedule;

WHEREAS, on July 15, 2021, parties met and conferred in good faith, and agreed to stipulate to a modified briefing schedule for Claimants' response to the Motion and Plaintiff's reply;

NOW THEREFORE, by and through their respective counsel of record, Plaintiff and Claimants hereby stipulate and agree that Claimants' response to the Motion to Strike shall be due on August 10, 2021, and Plaintiff's reply shall be due on August 24, 2021.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  July 21, 2021          COBLENTZ PATCH DUFFY & BASS LLP

By:     /s/ *Rees F. Morgan*
REES F. MORGAN
Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
and Battle Born Investments Company, LLC

DATED: July 21, 2021

STEPHANIE M. HINDS
Acting United States Attorney

By:      */s/ Claudia A. Quiroz*
DAVID COUNTRYMAN
CHRIS KALTSAS
CLAUDIA A. QUIROZ
WILLIAM FRENTZEN
Assistant United States Attorneys

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663