REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
WILLIAM ABRAMOVITZ (State Bar No. 319385)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-rfm@cpdb.com
            ef-jrb@cpdb.com
            ef-sgr@cpdb.com
            ef-msc@cpdb.com
            ef-wia@cpdb.com

Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
and Battle Born Investments Company, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>        Defendant.<br><br>First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>        Claimants. | Case No. 3:20-cv-07811-RS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE CLAIMS OF CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC**<br><br>The Hon. Richard Seeborg<br><br>Trial Date:        None Set |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1    Good cause appearing therefor, the Stipulation to Extend Time to Respond to Motion to

2  Strike the Claims of Claimants Battle Born Investments Company, LLC, First 100, LLC and 1st

3  One Hundred Holdings, LLC, is **GRANTED**.  Claimants' response to the Motion to Strike shall

4  be due on August 10, 2021, and Plaintiff's reply shall be due on August 24, 2021.  The hearing is

5  continued to September 9, 2021.

6    **IT IS SO ORDERED.**

7

8  DATED:                                    _____

9                                        THE HON. RICHARD SEEBORG
                                         CHIEF U.S. DISTRICT JUDGE

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE**