ence abREES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
WILLIAM ABRAMOVITZ (State Bar No. 319385)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rfm@cpdb.com
          ef-jrb@cpdb.com
          ef-sgr@cpdb.com
          ef-msc@cpdb.com
          ef-wia@cpdb.com

Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
and Battle Born Investments Company, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>　　　　Defendant.<br><br>First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>　　　　Claimants. | Case No. 3:20-cv-07811-RS<br><br>**DECLARATION OF MARI SAHAKYAN CLIFFORD IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE CLAIMS OF CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC**<br><br>The Hon. Richard Seeborg<br><br>Trial Date:　　None Set |

18906.001 4822-4803-4035.1　　　　-1-　　　　Case No. 3:20-cv-07811-RS
**DECLARATION OF MARI SAHAKYAN CLIFFORD IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE**

## DECLARATION OF MARI SAHAKYAN CLIFFORD

I, Mari Sahakyan Clifford, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Coblentz Patch Duffy & Bass LLP, attorneys of record for Claimants First 100, LLC, 1st One Hundred Holdings, LLC and Battle Born Investments Company, LLC. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would personally and competently testify to them.

2. On July 13, 2021, Coblentz Patch Duffy & Bass LLP was retained as counsel by Claimants First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC ("Claimants").

3. On July 13, 2021, the same day counsel was retained to represent Claimants, Plaintiff filed a Motion to Strike the Claims of Claimants (hereinafter the "Motion").

4. On July 15, 2021, Claimants' counsel contacted Plaintiff and asked to meet and confer about the Motion briefing schedule. That same day, counsels held a telephonic conference. At the meeting, Claimants' counsel explained that they were reaching out to request an extension for filing the opposition to the Motion and would offer a similar extension to Plaintiffs to file their reply.

5. The extension for Claimants to file a response is necessary because Claimants' counsel was only recently retained and requires additional time to become acquainted with the facts of the case in order to competently and thoroughly brief its response to the Motion.

6. Later that same day, Plaintiff sent an email offering a two-week extension. Claimants accepted Plaintiff's offer.

7. Counsel has reviewed the case docket and can confirm there have been no previous time modifications in this case relating to Claimants' claims.

8. The requested modifications would have a minimal effect on the schedule of the case as there is currently no Case Management and Scheduling Order in this matter nor a set trial date. The extension does not affect any current deadlines or hearing dates beyond Claimants'

deadline to file a response to the Motion, Plaintiff's deadline to file a reply, and an approximately three-week delay of the hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of July, 2021, at San Francisco, California.

                                             */s/ Mari Sahakyan Clifford*
                                             MARI SAHAKYAN CLIFFORD

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663