1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   DAVID COUNTRYMAN (CABN 226995)
    CHRIS KALTSAS (NYBN 5460902)
5   CLAUDIA A. QUIROZ (CABN 254419)
    WILLIAM FRENTZEN (LABN 24421)
6   Assistant United States Attorneys

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-436-7428
        FAX: (415) 436-7234
9       claudia.quiroz@usdoj.gov

10  Attorneys for United States of America

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,              )   CASE NO. CV 20-7811 RS
                                           )
16          Plaintiff,                     )   **DECLARATION OF CLAUDIA A. QUIROZ IN**
                                           )   **SUPPORT OF UNITED STATES' MOTION TO**
17       v.                                )   **STRIKE THE VERIFIED CLAIM OF**
                                           )   **CLAIMANT ILIJA MATUSKO**
18  Approximately 69,370 Bitcoin (BTC), Bitcoin )
    Gold (BTG), Bitcoin SV (BSV), and Bitcoin )
19  Cash (BCH) seized from                 )
    1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx )   Hearing Date:   September 9, 2021
20                                         )   Time:           1:30 p.m.
            Defendant.                     )   Court:          Hon. Richard Seeborg
21                                         )
    _____   )
22  ILIJA MATUSKO,                         )
                                           )
23          Claimant.                      )
                                           )
24                                         )
    _____   )
25

26

27

28

DECLARATION OF AUSA CLAUDIA A. QUIROZ     1
CASE NO. CV 20-7811 RS

1    I, CLAUDIA A. QUIROZ, state as follows:

2    1.    I am an Assistant United States Attorney in the Northern District of California.  I am an

3    attorney of record in the above-referenced matter.  I respectfully submit this declaration in Support of

4    the United States' Motion to Strike the Verified Claim of Ilija Matusko.

5    2.    Attached hereto as Exhibit 1 is a true and accurate copy of the Declaration of Publication

6    filed by the United States Attorney's Office in the Southern District of New York on January 2, 2014 in

7    the matter of *United States of America v. Any And All Assets of Silk Road, Including But Not Limited To*

8    *The Silk Road Hidden Website And Any And All Bitcoins Contained In Wallet Files Residing On Silk*

9    *Road Servers, Including The Servers Assigned The Following Internet Protocol Addresses [] And All*

10   *Property Traceable Thereto*, Case No. CV-13-06919, located on PACER as Dkt. No. 13.

11   3.    Attached hereto as Exhibit 2 is a true and accurate copy of an email exchange between

12   Assistant United States Attorney David Countryman and counsel for Matusko, Alexander Kugelman

13   dated June 1, 2021.

14   I declare under penalty of perjury that the foregoing is true and correct to the best of my

15   knowledge and belief.  Executed this 28th day of July 2021 in San Francisco, California.

16

17                                          *Claudia A. Quiroz*_____
                                            CLAUDIA A. QUIROZ
18                                          Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

DECLARATION OF AUSA CLAUDIA A. QUIROZ      2
CASE NO. CV 20-7811 RS

# EXHIBIT 1

PREET BHARARA
United States Attorney for the
Southern District of New York
By: CHRISTINE I. MAGDO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2297

- - - - - - - - - - - - - - - - x

UNITED STATES DISTRICT COURT          :
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,             :

          Plaintiff,         :          DECLARATION OF
                                                 PUBLICATION
       - v. -                   :
                                                 No. 13 Civ. 6919 (JPO)
ROSS WILLIAM ULBRICHT,                :
   a/k/a "Dread Pirate Roberts,"               ECF Case
   a/k/a "DPR,"                      :
   a/k/a "Silk Road,"

                 :

         Defendant,        :

ANY AND ALL ASSETS OF SILK ROAD,
INCLUDING BUT NOT LIMITED TO THE      :
SILK ROAD HIDDEN WEBSITE AND ANY AND
ALL BITCOINS CONTAINED IN WALLET      :
FILES RESIDING ON SILK ROAD
SERVERS, INCLUDING THE SERVERS        :
ASSIGNED THE FOLLOWING INTERNET
PROTOCOL ADDRESSES:                   :
46.183.219.244; 109.163.234.40;
193.107.86.34; 193.107.86.49;         :
207.106.6.25; AND 207.106.6.32;

                 :

And all property traceable thereto,

                 :

         Defendants-in-rem.     :

- - - - - - - - - - - - - - - - x

I, CHRISTINE I. MAGDO, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

That attached to this declaration are (1) a true and correct copy of a notice of civil forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 18, 2013 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
       January 2, 2014

CHRISTINE I. MAGDO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**COURT CASE NUMBER: 13 CV. 6919; NOTICE OF FORFEITURE ACTION**

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Any and all assets of Silk Road, including but not limited to Silk Road Hidden Website. (13-FBI-007031)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Addresses 46.183.219.244. (13-FBI-007042)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 109.163.234.40. (13-FBI-007046)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 193.107.86.34. (13-FBI-007047)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 193.107.86.49. (13-FBI-007049)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 207.106.6.25. (13-FBI-007050)

Any and all assets of Silk Road, including but not limited to any and all Bitcoins contained in wallet files residing on Silk Road servers, including the servers assigned the following Internet Protocol Address: 207.106.6.32. (13-FBI-007051)

Any and all assets of Silk Road, including but not limited to 27,618.69843, Silk Road Market Place Bitcoins as of block chain Account Number 262280 which was seized on or about October 02, 2013. (14-FBI-000042)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 18, 2013) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and copies of each served upon Assistant United States Attorney Christine Magdo, One St. Andrew's Plaza, New York, NY  10007, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 18, 2013 and November 16, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Ross William Ulbricht, Silk Road et. al

**Court Case No:** 13 CV. 6919
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/18/2013 | 24.0 | Verified |
| 2 | 10/19/2013 | 24.0 | Verified |
| 3 | 10/20/2013 | 24.0 | Verified |
| 4 | 10/21/2013 | 24.0 | Verified |
| 5 | 10/22/2013 | 24.0 | Verified |
| 6 | 10/23/2013 | 24.0 | Verified |
| 7 | 10/24/2013 | 24.0 | Verified |
| 8 | 10/25/2013 | 23.9 | Verified |
| 9 | 10/26/2013 | 24.0 | Verified |
| 10 | 10/27/2013 | 24.0 | Verified |
| 11 | 10/28/2013 | 24.0 | Verified |
| 12 | 10/29/2013 | 24.0 | Verified |
| 13 | 10/30/2013 | 24.0 | Verified |
| 14 | 10/31/2013 | 24.0 | Verified |
| 15 | 11/01/2013 | 24.0 | Verified |
| 16 | 11/02/2013 | 24.0 | Verified |
| 17 | 11/03/2013 | 24.0 | Verified |
| 18 | 11/04/2013 | 24.0 | Verified |
| 19 | 11/05/2013 | 24.0 | Verified |
| 20 | 11/06/2013 | 24.0 | Verified |
| 21 | 11/07/2013 | 24.0 | Verified |
| 22 | 11/08/2013 | 23.9 | Verified |
| 23 | 11/09/2013 | 24.0 | Verified |
| 24 | 11/10/2013 | 24.0 | Verified |
| 25 | 11/11/2013 | 24.0 | Verified |
| 26 | 11/12/2013 | 24.0 | Verified |
| 27 | 11/13/2013 | 24.0 | Verified |
| 28 | 11/14/2013 | 24.0 | Verified |
| 29 | 11/15/2013 | 24.0 | Verified |
| 30 | 11/16/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# **<u>EXHIBIT 2</u>**

| | |
|---|---|
| **From:** | Countryman, David (USACAN) |
| **To:** | Alex Kugelman |
| **Cc:** | Christopher Wajda - Black Raven Advisory Group LLC; Quiroz, Claudia (USACAN); Kaltsas, Chris (USACAN) |
| **Subject:** | RE: Ross Ulbrict BTC Wallet Seizure |
| **Date:** | Tuesday, June 1, 2021 11:14:53 AM |
| **Attachments:** | 25 Declaration of Publication (002).pdf |

Mr. Kugelman,

The Notice of Civil Forfeiture was posted on November 27, 2020, as required by Supplemental Rule G(4). See attached. Accordingly, pursuant to 18 U.S.C. 983(a)(4)(A), the deadline to file a verified Claim with the Court expired on January 26, 2021. Any claim filed at this time would be untimely and subject to dismissal.

Sincerely,

David Countryman
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
(415) 436-7303 voice
(415) 436-7234 fax

This email and any attachment thereto may contain private, confidential, privileged, and law enforcement sensitive material for the sole use of the intended recipient. Any release, review, retransmission, dissemination or use of this email (or any attachments thereto) must be approved by the Office of the U.S. Attorney, Northern District of California. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Alex Kugelman <alex@kugelmanlaw.com>
**Sent:** Tuesday, June 1, 2021 9:48 AM
**To:** Countryman, David (USACAN) <dcountryman@usa.doj.gov>
**Cc:** Christopher Wajda - Black Raven Advisory Group LLC <cwajda.brag@protonmail.com>
**Subject:** Ross Ulbrict BTC Wallet Seizure

Mr. Countryman,

I am following up on my voicemail. My client recently learned of the seizure and may make a claim. I was hoping to get an update on the current status of the action, including any timeline for filing a claim and more information any notice provided by the government. Please let me know if you have any time to briefly discuss. Thank you.

Best,

Alex

--

Alexander Kugelman

Kugelman Law P.C.

San Francisco: 415.968.1780

Orange County: 949.835.0440

alex@kugelmanlaw.com

www.kugelmanlaw.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. Please notify us immediately and delete the original message if you have received this communication in error.  Thank you.