1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
5 | CLAUDIA A. QUIROZ (CABN 254419)
WILLIAM FRENTZEN (LABN 24421)
6 | Assistant United States Attorneys

7
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
8  Telephone: (415) 436-436-7428
   FAX: (415) 436-7234
9  claudia.quiroz@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,                  )   CASE NO. CV 20-7811 RS
                                                )
16 |         Plaintiff,                         )   **[PROPOSED] ORDER GRANTING MOTION
                                                )   TO STRIKE THE VERIFIED CLAIM OF
17 |    v.                                      )   CLAIMANT ILIJA MATUSKO**
                                                )
18 | Approximately 69,370 Bitcoin (BTC), Bitcoin )   Hearing Date:   September 9, 2021
     Gold (BTG), Bitcoin SV (BSV), and Bitcoin  )   Time:           1:30 p.m.
19 | Cash (BCH) seized from                     )   Court:          Hon. Richard Seeborg
     1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx         )
20                                              )
                                                )
21 |         Defendant.                         )
     ILIJA MATUSKO,                             )
22                                              )
                                                )
23 |         Claimant.                          )
                                                )
                                                )
24                                              )

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO STRIKE CLAIM OF ILIJA MATUSKO
CV 20-7811 RS

The United States of America's Motion to Strike the claim filed by Claimant Ilija Matusko for failure to comply with the pleading requirements of Rule G(5) and because he lacks standing to bring his claim under Rule G(8)(c)(i)(B) came on for hearing and consideration before this Court.  After considering the papers filed in support thereof, the opposition to the Motion, the arguments of counsel at the hearing and all other matters properly presented to the Court, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that the United States of America's Motion is GRANTED and the Claim of Ilija Matusko is hereby STRICKEN for failing to comply with Supplemental Rule G(5) and lack of standing.

IT IS SO ORDERED.

DATED: _____                              _____
                                                    Honorable Richard Seeborg
                                                    Chief District Court Judge