1  ALEXANDER H. KUGELMAN (SBN 255463)
   alex@kugelmanlaw.com
2  KUGELMAN LAW, P.C.
   21 Tamal Vista Blvd., Suite 202
3  Corte Madera, CA 94925
   Telephone: (415) 968-1780
4  Facsimile: (415) 534-9441

5

6  Attorney for Ilija Matusko, Claimant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CV 20-7811 RS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE VERIFIED CLAIM OF CLAIMANT ILIJA MATUSKO** |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | |
| Defendant. | Judge: Hon. Richard Seeborg |
| ILIJA MATUSKO, | |
| Claimant. | |

## STIPULATION

Plaintiff United States of America and Claimant Ilija Matusko, stipulate pursuant to Civil L.R. 7-12 and 6-2(a) as follows:

1. On November 5, 2020, Plaintiff initiated this *in rem* forfeiture action by filing a Civil Complaint for Forfeiture.

2. On July 2, 2021, Claimant filed a claim in this matter.

3. On July 29, 2021, Plaintiff filed a Motion to Strike the Verified Claim of Claimant Ilija Matusko (the "Motion").

4. On August 3, 2021, Claimant's attorney emailed Plaintiff's attorney, Assistant United States Attorney David Countryman, regarding an extension to file a response to the Motion.

5. On August 4, 2021, Claimant's attorney and Plaintiff's attorneys met telephonically. During that call, Claimant's attorney requested a two (2) week extension from August 12, 2021 to August 26, 2021 to file a response brief. The extension was requested because the Motion presents complex legal questions that require detailed analysis to prepare an adequate response. Plaintiff's attorneys were agreeable to an extension and continuance.

6. On August 5, 2021, the court clerk confirmed via email that the next available hearing date is September 30, 2021.

7. On August 5, 2021, Claimant's attorney and Plaintiff's attorneys met and conferred in good faith and agreed to stipulate to a continued hearing date and modified briefing schedule as follows: Response to the Motion to Strike shall be due on August 26, 2021, and Plaintiff's reply shall be due on September 9, 2021. The hearing shall be held on September 30, 2021.

8. The parties request an order consistent with this stipulation.

DATED: August 5, 2021         Respectfully submitted,

                              /s/ Alexander Kugelman
                              ALEXANDER H. KUGELMAN
                              Attorney for Claimant, Ilija Matusko

1
2  DATED:  August 5, 2021                    STEPHANIE M. HINDS
3                                            Acting United States Attorney
4
5
6                             By:    */s/ Claudia Quiroz*
7                                    DAVID COUNTRYMAN
                                     CHRIS KALTSAS
8                                    CLAUDIA A. QUIROZ
                                     WILLIAM FRENTZEN
9                                    Assistant United States Attorneys
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE VERIFIED CLAIM OF CLAIMANT**
-3-