**CERTIFICATE OF SERVICE**

I, Alexander H. Kugelman, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 5, 2021

      Respectfully submitted,

      */s/ Alexander H. Kugelman* .
      Alexander H. Kugelman (SBN 255463)
      21 Tamal Vista Blvd., Suite 202
      Corte Madera, CA 94925
      Telephone: (415) 968-1780
      Facsimile: (415) 534-9441
      Email: alex@kugelmanlaw.com

      *Attorney for Intervenor Claimant*
      *Ilija Matusko*

---