ALEXANDER H. KUGELMAN (SBN 255463)
alex@kugelmanlaw.com
KUGELMAN LAW, P.C.
21 Tamal Vista Blvd., Suite 202
Corte Madera, CA 94925
Telephone: (415) 968-1780
Facsimile: (415) 534-9441

Attorney for Ilija Matusko, Claimant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant.<br><br>ILIJA MATUSKO,<br><br>Claimant. | Case No.  CV 20-7811 RS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE VERIFIED CLAIM OF CLAIMANT ILIJA MATUSKO**<br><br>Judge: Hon. Richard Seeborg |

The Court, having considered the parties Stipulation to Continue Hearing Date and Extend Time to Respond to Motion to Strike the Verified Claim of Claimant Ilija Matusko, and good cause appearing therefor, hereby orders as follows:

1. The parties' STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE VERIFIED CLAIM OF CLAIMANT ILIJA MATUSKO is GRANTED;

2. The Claimant's deadline to file a response brief to the Motion to Strike filed on July 29, 2021 is extended from August 12, 2021 to August 26, 2021.

3. The Plaintiff's deadline to file a reply brief is extended from August 26, 2021 to September 9, 2021.

4. The hearing scheduled for September 9, 2021 is VACATED and will be held on September 30, 2021 at 1:30 p.m., by Zoom video conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: August 6, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE