ALEXANDER KUGELMAN (SBN 255463)
Kugelman Law, P.C.
21 Tamal Vista Blvd., Suite 202
Corte Madera, CA 94925
Telephone: (415) 968-1780
Facsimile: (415) 534-9441
alex@kugelmanlaw.com

Attorney for Claimant
ILIJA MATUSKO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 20-7811 RS |
| Plaintiff, | |
| v. | **DECLARATION OF TOM WESTERMANN IN SUPPORT OF CLAIMANT ILIJA MATUSKO'S RESPONSE TO UNITED STATES' MOTION TO STRIKE VERIFIED CLAIM** |
| Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx, | Date:           September 30, 2021<br>Time:          1:30 pm<br>Ctrm:         3 (Via Zoom) |
| Defendant. | The Hon. Richard Seeborg |
| | Trial Date:    None Set |
| ILIJA MATUSKO, | |
| Claimant. | |

## DECLARATION OF TOM WESTERMANN

I, TOM WESTERMANN, declare as follows:

1.      I am a principal attorney at the law offices of Westermann-Scholl located at Schomburgstraße 87, 22767 Hamburg and Anzengruberstraße 21, 12043 Berlin.  I am a German

- 1 -

1   citizen and licensed to practice law in Germany.  This declaration is based on my own personal

2   knowledge.  If called upon to testify, I could and would testify competently to the contents of this

3   declaration.

4       2.     On or about January Ilija Matusko ("Mr. Matusko") contacted me to determine

5   whether I could assist him with a claim to recover 48 Bitcoin he deposited to his Silk Road account in

6   2011.

7       3.     Around the same time, I began to research and contact attorneys to serve as U.S.-based

8   counsel.

9       4.     On April 21, 2021, I first contacted Alex Kugelman at Kugelman Law, P.C.  Mr.

10   Kugelman requested additional information to evaluate whether Ilija had a viable claim.  I provided

11   additional information regarding Mr. Matusko's initial Bitcoin purchase and interaction with the Silk

12   Road marketplace.

13       5.     I declare under the penalty of perjury under the laws of the United States and that the

14   foregoing is true and correct to the best of my knowledge and belief.

15       Executed this _26_ day of August, 2021 in _Hamburg_, Germany.

16

17

18

19   _____

20   Tom Westermann
    Principal Attorney

21   Westermann-Scholl Rechtsanwälte
    Schomburgstraße 87

22   22767 Hamburg, Germany

23

24

25

26

27

28