ALEXANDER KUGELMAN (SBN 255463)
Kugelman Law, P.C.
21 Tamal Vista Blvd., Suite 202
Corte Madera, CA 94925
Telephone: (415) 968-1780
Facsimile: (415) 534-9441
alex@kugelmanlaw.com

Attorney for Claimant
ILIJA MATUSKO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant.<br>_____<br>ILIJA MATUSKO,<br><br>Claimant. | Case No. CV 20-7811 RS<br><br>**DECLARATION OF ALEXANDER KUGELMAN IN SUPPORT OF CLAIMAINT'S OPPOSITION TO MOTION TO STRIKE THE VERIFIED CLAIM OF ILIJA MATUSKO**<br><br>Date:         September 30, 2021<br>Time:        1:30 pm<br>Ctrm:        3 (Via Zoom)<br><br>The Hon. Richard Seeborg<br><br>Trial Date:     None Set |

**DECLARATION OF ALEXANDER KUGELMAN**

I, ALEXANDER, declare as follows:

1. I am an attorney licensed to practice in the State of California. This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently to the contents of this declaration.

2. On April 21, 2021, Tom Westermann contacted my office for the first time. At that time, I had never met, corresponded or otherwise communicated with Mr. Ilija Matusko or

Mr. Westermann. I was unfamiliar with any facts related to Mr. Matusko's claim.

3. I proceeded to confirm facts regarding Mr. Matusko and his factual assertions. As an initial matter, it seemed that Mr. Matusko may have a viable claim.

4. On or about May 20, 2021, Mr. Matusko engaged our firm as counsel.

5. We further confirmed facts, reviewed documentation, and researched law to determine that there was a basis in law and fact for Mr. Matusko to file a claim in this forfeiture action.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26 day of August, 2021 in Corte Madera, California.

/s/ Alexander Kugelman

ALEXANDER KUGELMAN
Kugelman Law, P.C.