# **EXHIBIT 1**

Ilija Matusko Purchase of Bitcoins
From Third Party





December 22, 2011

Transfer (debit) €150

From Hypovereinsbank –
Account number 90641093

Account Holder – Ilija Matusko







December 27, 2011

Deposit (Credit) €150

To Deutsche Kreditbank Berlin –
Account number 17409491

Account Holder Ingmar Schaaf

Transfer of Bitcoins From Third Party to Ilija Matusko



December 27, 2011

Transfer (input) 48 BTC

From Wallet / Public Key(s)
1JFGBmzD5dQcVC9EGcwBQCJuE4P3NxoMpE
1GajKVNTXQVoxjDmi1tzMh8gjvzWAGGcrt
1KGezXPKJJDXaTZfsJ481T99nKmpf9PD6x

Sender / Wallet Holder Ingmar Schaaf





December 27, 2011

Receive (outputs) 48 BTC

To Wallet / Public Key(s)
1MwN89o3B8wt1WbU3SFDByMRF7TGJc39VF

Recipient / Wallet Holder Ilija Matusko



Purchase of bitcoins has been completed

Ilija Matusko
Limited Withdrawl / Deposit Analysis
Account 90641093
Account 17409491

| Date | BLZ Number | Account Number | Account Holder | Debit | Credit | Reference | Notes | Exchange Rate € EUR = $USD |
|---|---|---|---|---|---|---|---|---|
| 12/22/11 | 70020270 | 90641093 | Ilija Matusko | € 150.00 | | Bank Statement - Account number 90641093 - Account Holder Ilija Matusko | Bank Statement Identifies purpose of transfer/debit - "48 BTC Ilija" | € 1 EUR = $1.3055 |
| 12/27/11 | 12030000 | 17409491 | Ingmar Schaaf | | € 150.00 | Bank Statement - Account Number 17409491 - Account Holder Ingmar Schaaf  Transaction Receipt dd. 12/27/2011 - Account Number 17409491 - Account Holder Ingmar Schaaf | Bank Statement and transaction receipt identifies purpose of deposit/credit - "48 BTC Ilija" | € 1 EUR = $1.3069 |

CJW 08/09/2021

**Bank Statement for Ilija Matusko**

```
                                   MONATSKONTO                    31.05.2021


**** 34427 90641093    EUR   IBAN DE28700202700090641093   Le.Buchg.Tag 30.11.2011
**** MATUSKO ILIJA           BIC HYVEDEMMXXX                Ktotyp: 111000/AccType: C1
****                              12/2011                   Produkt: HVB Girokto Plu



Buta  PN-Nr Text   Verwendungszweck               Wert Saldo-/Umsatz-Betrag Wae



0712    894 PO     GA NR00003217 BLZ70020270 3 0712              20,00S EUR
                   07.12/11.42UHR BERLIN,KARL
                   EUR     20,00 GEB.EUR  0,00
                   **Auszugnummer 001   Saldo********************742,13H EUR
0912    804 PO     GA NR07001740 BLZ10070024 3 0912              10,00S EUR
                   08.12/02.08UHR B-HERM.P.2
                   EUR     10,00 ENTGELT 0,00
        801 PD     KAISERS TENGELMANN GMBH      0912             12,15S EUR
                   ELV61244401 08.12 12.53 ME3
                   VIELEN DANK
                   **Auszugnummer 001   Saldo********************719,98H EUR
1212    804 PD     PAYPAL                       1212             49,55S EUR
                   QQI484J25EZY3L6L * THOMANN,

                    IHR EINKAUF BEI THOMANN
                   111209P3TX3996YL
                   **Auszugnummer 001   Saldo********************670,43H EUR
1412    820 PO     E-AKTIV WUEST BERLIN         1412              9,80S EUR
                   EC 58050952 131211135532FE3
                   E-AKTIV SAGT DANKE
                   **Auszugnummer 001   Saldo********************660,63H EUR
2012    891 DS     PC: JOSHUA DIETZ             2012              4,91S EUR
                   8HVBNV
                   INTERNET-UEBERWEISUNG AN
                   BLZ 63050000 KTO 1010414568
                   AM 19.12.11 UM 18.20 UHR
                   TAN 619041

        891 DS     PC: BERNHARD GEIGER          2012            103,00S EUR
                   YO
                   INTERNET-UEBERWEISUNG AN
                   BLZ 72169756 KTO 0001407635
                   AM 19.12.11 UM 18.21 UHR
                   TAN 682218
                   **Auszugnummer 001   Saldo********************552,72H EUR
2312    891 DS     PC: INGMAR SCHAAFF           2312            150,00S EUR
                   48 BTC ILIJA
                   INTERNET-UEBERWEISUNG AN
                   BLZ 12030000 KTO 0017409491
                   AM 22.12.11 UM 18.40 UHR
                   TAN 703347




Seite:    2                                                       BLÄTTERN
```

Ilija Matusko clearly identifies the reason for the transfer of Euros

Transfer from Ilija Matusko's bank account 12/22/2011

150 Euros

**Bank Statement for Ingmar Schaaf**

StarMoney                                                                                           29.05.2021

**DKB** Deutsche Kreditbank AG

Bankleitzahl: 12030000
SWIFT-BIC: BYLADEM1001
IBAN: DE22120300000017409491

Ingmar Schaaff        Konto           Kontoauszug                Seite
                      17409491        13                         9 von 12
DKB-CASH

| Buch.-Tag | Wert     | Verwendungszweck/Erläuterungen | Umsatz (EUR) |
|-----------|----------|--------------------------------|--------------|
| 23.12     | 23.12.11 | Überweisung                    | -260,76      |
|           |          | DATUM 23.12.2011, 10.01 UHR    |              |
| 27.12     | 27.12.11 | Zahlungseingang                | 102,62       |
| 27.12     | 27.12.11 |                                | 31,18        |
| 27.12     | 27.12.11 | Zahlungseingang                | 16,81        |
| 27.12     | 27.12.11 | Zahlungseingang                | 1.106,83     |
| 27.12     | 27.12.11 | sonstige Buchung               | 2.621,74     |
| 27.12     | 27.12.11 | SEPA GUTSCHRIFT                | 3,11         |
| 27.12     | 27.12.11 | Zahlungseingang<br>MATUSKO ILIJA<br>48 BTC ILIJA | 150,00 |

*Includes description of what the 150 Euros are for.*

*Deposit of 150 Euros into Ingmar Schaaf's bank account*

*12/27/2011*

*Transaction Receipt for Ingmar Schaaf Bank Account.*

StarMoney 11                                                                 29.05.2021 17:39:56

**Selektierte Kontoumsätze**

**DKB 17409491 (DE22120300000017409491)**

**Deutsche Kreditbank Berlin**

| | |
|---|---|
| **Startsaldo:** | 6.127,21 EUR |
| **Endsaldo:** | 6.277,21 EUR |

| Buchu.. Texts.. | Empfänger/Abs.. | Verwendungszweck | Kateg.. | Koste.. | Split.. | Steuer.. Steuer.. | Betrag | Saldo |
|---|---|---|---|---|---|---|---|---|
| 27.12. 2011 51 | MATUSKO ILIJA | 48 BTC ILIJA | | | 0 | | 150,00 EUR | 6.277,21 EUR |

*Date of Transaction 12/27/2011*

*Description of what deposit is for.*

**48 BTC ILIJA**

Summe Soll: 0,00 EUR
Summe Haben: 150,00 EUR
Saldo der selektierten Beträge: 150,00 EUR

*Total Credit - 150 EUR*

Seite 1 von 1

# Transaction Summary of Ilija Matusko Bitcoin Address

**Address**

1MwN89o3B8wt1WbU3SFDByMRF7TGJc39VF ← *A Bitcoin address for Ilija Matusko's wallet*

*Current balance* →

**Balance**    0 BTC · 0 USD

Total received    48.00 BTC · 193.92 USD

Total spent    48.00 BTC · 192.96 USD

## Transaction history

*Ilija Matusko's transactions confirmed*

**Sent** ← *Transfer of BTC to Silk Road Market Place*

48.00000000 BTC · 192.96 USD    **Confirmed**   Dec 28, 2011 2:01 PM UTC

Transaction: b4e0c ••• ab3dc    Senders: 3   Recipients: 2

**Received** ← *Purchase and receipt of BTCs from third party*

48.00000000 BTC · 193.92 USD    **Confirmed**   Dec 27, 2011 7:05 PM UTC

Transaction: 31072 ••• 6c0e8    Senders: 3   Recipients: 2