**CERTIFICATE OF SERVICE**

I, Alexander Kugelman, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 26, 2021                                    Respectfully submitted,

                                                                               */s/ Alexander Kugelman*

                                                                               Alexander Kugelman (SBN 255463)
                                                                               21 Tamal Vista Blvd. Suite 202
                                                                               Corte Madera, CA 94925
                                                                               Telephone: (415) 968-1780
                                                                               Facsimile: (415) 534-9441
                                                                               Email: alex@kugelmanlaw.com

                                                                               *Attorney for Claimant*
                                                                               *Ilija Matusko*

-1-
Case No. CV 20-7811-RS
**OPPOSITION TO MOTION TO STRIKE THE VERIFIED CLAIM OF CLAIMANT ILIJA MATUSKO**