STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
CHRIS KALTSAS (NYBN 5460902)
CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorneys

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-6915
>FAX: (415) 436-7234
>chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>　　　　Defendant. | CASE NO. CV 20-7811 RS<br><br>**[PROPOSED] ORDER STRIKING THE CLAIM OF LUCAS BUCKLEY AND THE GOX VICTIM BITCOIN TRUST** |

The Court, having considered the government's Motion to Strike Claimant Lucas Buckley's and the Gox Victim Bitcoin Trust's Verified Claim for Lack of Standing, and with good cause appearing, hereby STRIKES Claimant Lucas Buckley's and the Gox Victim Bitcoin Trust's Verified Claim for Lack of Standing pursuant to Supplemental Federal Rule of Civil Procedure G(8)(c)(i)(B) for the reasons discussed in the government's motion.

IT IS SO ORDERED.

[PROPOSED] ORDER STRIKING CLAIM
NO. 3:20-CV-07811

1 | Dated:

3 | HON. RICHARD SEEBORG
Chief United States District Judge

28 | [PROPOSED] ORDER STRIKING CLAIM
NO. 3:20-CV-07811

2