# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Battle Born Investments Company, LLC; First 100, LLC; 1st One Hundred Holdings, LLC |
|---|

Name(s) of counsel (if any):

| Rees Morgan; Jonathan Bass; Stan Roman; Mari Sahakyan Clifford; William Abramovitz |
|---|

Address: Coblentz Patch Duffy & Bass LLP, One Montgomery Street, Suite 3000, San Francisco, CA 94104-5500

Telephone number(s): 415.391.4800

Email(s): rmorgan@coblentzlaw.com; jbass@coblentzlaw.com; sroman@coblentzlaw.com; mclifford@coblentzlaw.com; wabramovitz@coblentzlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes  ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| United States of America |
|---|

Name(s) of counsel (if any):

| David Countryman; Chris Kaltsas; Claudia Quiroz |
|---|

Address: United States Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Ninth Floor, San Francisco, CA 94102

Telephone number(s): 415.436.6915; 415.436.7428

Email(s): chris.kaltsas2@usdoj.gov; claudia.quiroz@usdoj.gov; david.countryman@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*