UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Ilijia Matusko

Name(s) of counsel (if any):

Alexander H. Kugelman

Address: 21 Tamal Vista Blvd. Suite 202 Corte Madera, CA 94925

Telephone number(s): (415) 968-1780

Email(s): alex@kugelmanlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

David Countryman; Chris Kaltsas; Claudia Quiroz

Address: US Attorney's Office, 450 Golden Gate Ave Ninth Floor, San Francisco, CA 94102

Telephone number(s): (415) 436-6915;  (415) 436-7428

Email(s): david.countryman@usdoj.gov; chris.kaltsas2@usdoj.gov; claudia.quiroz@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                    1                               New 12/01/2018