1  Kathryn Lee Boyd  (SBN 189496)
   LBoyd@hechtpartners.com
2  Maxim Price (*pro hac vice*)
   MPrice@hechtpartners.com
3  David L. Hecht (*pro hac vice*)
   DHecht@hechtpartners.com
4  HECHT PARTNERS LLP
   125 Park Avenue, 25th Floor
5  New York, New York 10017
   Telephone:   (212) 851-6821
6  Facsimile:   (646) 492-5111

7  *Attorneys for Intervenor Claimant
   Lucas E. Buckley as Trustee of the
8  Gox Victim Bitcoin Trust*

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant, | Case No. 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND EXTEND TIME TO RESPOND TO MOTION TO STRIKE THE VERIFIED CLAIM OF LUCAS E. BUCKLEY FOR LACK OF STANDING** |
| Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust,<br><br>Claimant. | |

COMES NOW Claimant Lucas E. Buckley, Esq., as Trustee of the Gox Victim Bitcoin Trust, by and through counsel, to apply for an extension of time to a response to Plaintiff's United States of America's Motion to Strike ("Motion").

WHEREAS, on April 4, 2022, the United States filed its Motion to Strike.

WHEREAS, Claimant's response is presently due on April 18, 2022 and a hearing is scheduled for May 19, 2022.

WHEREAS, the complexity of this motion and the concomitant expert declarations as well as limitations on staffing that were caused by the ongoing pandemic has necessitated Claimant Buckley to request this extension of time.

WHEREAS, this is the first extension requested by Claimant from this Court.

WHEREAS, this extension is sought in the interest of justice and not for delay, and no party will be prejudiced if the extension is granted.

WHEREAS, Claimant's attorney and the attorney for the United States of America have met and conferred in good faith and both consented to a mutual extension and modified briefing schedule as follows:

|  | Original Date | New Date |
| --- | --- | --- |
| Response to Motion | April 18, 2022 | May 6, 2022 |
| Reply to Motion | April 25, 2022 | June 3, 2022 |
| Hearing Date | May 19, 2022 at 1:30pm | June 9, 2022 at 1:30pm |

WHEREAS, no party opposes this request.

NOW THEREFORE, by and through their respective counsel of record, Plaintiff and Claimants hereby stipulate and agree that Claimants' response to the Motion to Strike shall be due on May 6, 2022, Plaintiff's reply shall be due on June 3, 2022, and that the hearing be scheduled for June 9, 2022 at 1:30pm.

**IT IS SO STIPULATED.**

Dated: April 15, 2022

**HECHT PARTNERS LLP**

By: */s/ Kathryn Lee Boyd*
Maxim Price (*pro hac vice*)
Kathryn Lee Boyd (SBN 189496)
David L. Hecht (*pro hac vice*)

*Attorneys for Intervenor Claimant
Lucas E. Buckley as Trustee of the
Gox Victim Bitcoin Trust*

Dated: April 15, 2022

**UNITED STATES ATTORNEY'S OFFICE**

By: */s/David Countryman*
David Countryman
Criminal Division, Asset Forfeiture
450 Golden Gate Ave.,11th Floor
San Francisco, CA 94102
david.countryman@usdoj.gov
415-436-7303

*Attorneys for United States of America*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from David Countryman.

By: */s/ Kathryn Lee Boyd*
*Counsel for Claimant Lucas E. Buckley*

## [PROPOSED] ORDER

The Court, having considered the parties Stipulation to Continue Hearing Date and Extend Time to Respond to Motion to Strike ("Stipulation"), and good cause appearing therefor, hereby ORDERS and ADJUDGES as follows:

1. The parties' Stipulation is GRANTED;

2. Claimant's deadline to file a response brief to the Motion to Strike filed on April 4, 2022 is extended from April 18, 2022 to May 6, 2022.

3. The Plaintiff's deadline to file a reply brief is extended from April 25, 2022 to June 3, 2022.

4. The hearing scheduled for May 19, 2022 is VACATED and will be held on June 9, 2022 at 1:30pm by Zoom video conference.

**SO ORDERED.**

_____
HON. RICHARD SEEBORG
United States District Judge

**CERTIFICATE OF SERVICE**

I, Kathryn Lee Boyd, hereby certify that on April 15, 2022, I served a true and correct copy of the above captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ Kathryn Lee Boyd
Kathryn Lee Boyd
