REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
SARAH E. PETERSON (State Bar No. 309733)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-rfm@cpdb.com
        ef-jrb@cpdb.com
        ef-sgr@cpdb.com
        ef-sep@cpdb.com
        ef-msc@cpdb.com

Attorneys for Claimants
BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC and 1ST ONE HUNDRED HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant.<br><br>First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>Claimants. | Case No. 3:20-cv-07811-RS<br><br>**[PROPOSED] ORDER GRANTING CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC; FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br>Date: June 9, 2022<br>Time: 1:30 p.m.<br>Ctrm: 3 (Via Zoom)<br><br>Chief Judge Richard Seeborg<br><br>Trial Date:     None Set |

Claimants Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC filed a Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b).  Having reviewed the papers filed in support of and in opposition to the motion, the Court finds, for the reasons stated in the motion, that there is no just reason to delay entry of judgment as to Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC.  The motion is hereby **GRANTED**.  The Court directs that final judgment be entered as to Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC.

**IT IS SO ORDERED.**

DATED:

_____
THE HON. RICHARD SEEBORG
CHIEF U.S. DISTRICT JUDGE