REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
SARAH E. PETERSON (State Bar No. 309733)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-rfm@cpdb.com
          ef-jrb@cpdb.com
          ef-sgr@cpdb.com
          ef-sep@cpdb.com
          ef-msc@cpdb.com

Attorneys for Claimants
BATTLE BORN INVESTMENTS COMPANY,
LLC; FIRST 100, LLC; and 1ST ONE
HUNDRED HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant.<br><br>Battle Born Investments Company, LLC, First 100, LLC, and 1st One Hundred Holdings, LLC<br><br>Claimants. | Case No. 3:20-cv-07811-RS<br><br>**NOTICE OF APPEARANCE OF SARAH E. PETERSON**<br><br>Chief Judge Richard Seeborg<br><br>Trial Date:          None Set |

**ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Sarah E. Peterson of the law firm Coblentz Patch Duffy & Bass LLP is admitted to practice in this Court and hereby appears as counsel for Claimants BATTLE BORN INVESTMENTS COMPANY, LLC; FIRST 100, LLC; and 1ST ONE HUNDRED HOLDINGS, LLC. Copies of all filings in this action should be served upon the following, in addition to those attorneys already on record:

> SARAH E. PETERSON (State Bar No. 309733)
> COBLENTZ PATCH DUFFY & BASS LLP
> One Montgomery Street, Suite 3000
> San Francisco, California 94104-5500
> Telephone: 415.391.4800
> Facsimile: 415.989.1663
> Email:    ef-sep@cpdb.com

DATED: May 3, 2022            COBLENTZ PATCH DUFFY & BASS LLP

By:    */s/ Sarah E. Peterson*
SARAH E. PETERSON
Attorneys for BATTLE BORN INVESTMENTS COMPANY, LLC; FIRST 100, LLC; and 1ST ONE HUNDRED HOLDINGS, LLC

4871-3777-0526.1