ALEXANDER H. KUGELMAN (SBN 255463)
alex@kugelmanlaw.com
KUGELMAN LAW, P.C.
21 Tamal Vista Blvd., Suite 202
Corte Madera, CA 94925
Telephone: (415) 968-1780
Facsimile: (415) 534-9441

Attorney for Ilija Matusko, Claimant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>Defendant.<br><hr>Ilija Matusko,<br><br>Claimant. | Case No.  3:20-cv-07811-RS<br><br>**[PROPOSED] ORDER GRANTING CLAIMANT ILIJA MATUSKO'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br><br>Date:    June 9, 2022<br>Time:    1:30 pm<br>Ctrm:    3 (Via Zoom)<br><br>Chief Judge Richard Seeborg<br><br>Trial Date:            None Set |

1       Claimant Ilija Matusko filed a Motion for Entry of Final Judgment Pursuant to Federal

2  Rule of Civil Procedure 54(b). Having reviewed the papers filed in support of and in opposition

3  to the motion, the Court finds, for the reasons stated in the motion, that there is no just reason to

4  delay entry of judgment as to Ilija Matusko.  The motion is hereby GRANTED. The Court

5  directs that final judgment be entered as to Ilija Matusko.

6       **IT IS SO ORDERED.**

7

8  DATED: _____

9                  THE HON. RICHARD SEEBORG
                     CHIEF U.S. DISTRICT JUDGE