THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>　　　　Defendant,<br><br>Lucas E. Buckley, as Trustee of the Gox Victim Bitcoin Trust,<br>　　　　　　　　　　Claimant. | Case No. 20-7811 RS<br><br>HON. RICHARD SEEBORG<br>United States District Judge<br>Courtroom 3<br><br>**[PROPOSED] ORDER RE: CLAIMANT LUCAS E. BUCKLEY'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CLAIMANT LUCAS E. BUCKLEY'S AND THE GOX VICTIM BITCOIN TRUST'S VERIFIED CLAIM FOR LACK OF STANDING** |

The Court, having considered the Plaintiff's Motion to Strike Claimant Lucas E. Buckley's and The Gox Victim Bitcoin Trust's Verified Claim for Lack of Standing pursuant to Supplemental Federal Rule of Civil Procedure G(8)(c)(i)(B) (the "Motion"), and the matter being fully briefed and submitted, including Claimant Lucas E. Buckley's Opposition and Plaintiff's Reply, and finding no good cause for Plaintiff's Motion for the reasons set forth in Claimant Buckley's Opposition, hereby deny the Motion.

**SO ORDERED.**

                                          HON. RICHARD SEEBORG
                                          United States District Judge