UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF  Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:20-cv-07811-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: November 5, 2020

Date of judgment or order you are appealing: Jul 14, 2022, and Mar 25, 2022

Docket entry number of judgment or order you are appealing: [122] and [104]

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Roman Hossain (Claimant)

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature /s/ Yasin M. Almadani        Date July 20, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                       Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Roman Hossain (Claimant)

Name(s) of counsel (if any):
Yasin M. Almadani, Esq.
CA SBN: 242798

Address: 4695 MacArthur Ct., Ste. 1100, Newport Beach, CA 92660

Telephone number(s): 949-877-7177

Email(s): yma@lawalm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
David Countryman
Chris Kaltsas
Galen A. Phillips

Address: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102

Telephone number(s): 415-436-6915

Email(s): chris.kaltsas2@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            *1*                              *New 12/01/2018*