UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | NORTHERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: | 20-cv-07811-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | November 5, 2020

Date of judgment or order you are appealing: | August 16, 2022

Docket entry number of judgment or order you are appealing: | 127

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Battle Born Investments Company, LLC; First 100, LLC; 1st One Hundred Holdings, LLC

Is this a cross-appeal?  ☐ Yes  ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☒ Yes  ☐ No

If yes, what is the prior appeal case number? | 22-15513

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Stan Roman          **Date** | 9/7/2022

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

| |
|---|
| Battle Born Investments Company, LLC; First 100, LLC; 1st One Hundred Holdings, LLC |

Name(s) of counsel (if any):

| |
|---|
| Rees Morgan; Jonathan Bass; Stan Roman; Mari Sahakyan Clifford; William Abramovitz; Sarah E. Peterson |

Address: Coblentz Patch Duffy & Bass LLP, One Montgomery Street, Suite 3000, San Francisco, CA 94104-5500

Telephone number(s): 415.391.4800

Email(s): ef-rfm@cpdb.com; ef-jrb@cpdb.com; ef-sgr@cpdb.com; ef-msc@cpdb.com; ef-wia@cpdb.com; ef-sep@cpdb.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| United States of America |

Name(s) of counsel (if any):

| |
|---|
| David Countryman; Chris Kaltsas; Claudia Quiroz |

Address: United States Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Ninth Floor, San Francisco, CA 94102

Telephone number(s): 415.436.7200

Email(s): david.countryman@usdoj.gov; chris.kaltsas2@usdoj.gov; claudia.quiroz@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                               *1*                        *New. 12/01/2018*