UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | NORTHERN DISTRICT OF CALIFORNIA |

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: | 20-cv-07811-RS |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 11/05/2020 |

Date of judgment or order you are appealing: | 08/16/2022 |

Docket entry number of judgment or order you are appealing: | 127 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Ilija Matusko

Is this a cross-appeal?   ○ Yes   ⦿ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?   ⦿ Yes   ○ No
If yes, what is the prior appeal case number? | 22-15514 |

Your mailing address (if pro se):

City:        State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Alexander H. Kugelman |   **Date** | Sep 7, 2022 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                     Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Ilija Matusko

Name(s) of counsel (if any):

Alexander H. Kugelman

Address: 21 Tamal Vista Blvd. Suite 202 Corte Madera, CA 94925

Telephone number(s): (415) 968-1780

Email(s): alex@kugelmanlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

David Countyman; Chris Kaltas; Claudia Quiroz

Address: 450 Golden Gate Avenue, Ninth Floor, San Francisco, CA 94102

Telephone number(s): (415) 436-7200

Email(s): david.countryman@usdoj.gov; chris.kaltas2@usdoj.gov; claudia.quiroz@usdoj.gov;

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*