REES F. MORGAN (State Bar No. 229899)
JONATHAN R. BASS (State Bar No. 75779)
STAN ROMAN (State Bar No. 87652)
SARAH E. PETERSON (State Bar No. 309733)
MARI SAHAKYAN CLIFFORD (State Bar No. 331152)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rfm@cpdb.com
         ef-jrb@cpdb.com
         ef-sgr@cpdb.com
         ef-sep@cpdb.com
         ef-msc@cpdb.com

Attorneys for Claimants
First 100, LLC, 1st One Hundred Holdings, LLC
and Battle Born Investments Company, LLC,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Approximately 69,370 Bitcoin (BTC), Bitcoin Gold (BTG), Bitcoin SV (BSV), and Bitcoin Cash (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx,<br><br>  Defendant.<br><br>First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>  Claimants. | Case No. 3:20-cv-07811 RS<br><br>**STIPULATION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**<br><br>**ORDER**<br><br>The Hon. Richard Seeborg<br><br>Trial Date:    None Set |

Plaintiff United States of America ("United States"), Claimant Roman Hossain, Claimant Lucas E. Buckley, Claimant Ilija Matukso, and Claimants Battle Born Investments Company, LLC; First 100, LLC; and 1st One Hundred Holdings, LLC (collectively and hereinafter, the "Battle Born Claimants"), by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on November 5, 2020, the United States initiated this civil-forfeiture action against approximately 69,370 Bitcoin, Bitcoin Gold, Bitcoin SV, and Bitcoin Cash (collectively, "the Property");

WHEREAS, Roman Hossain, Lucas E. Buckley, Ilija Matukso, and the Battle Born Claimants filed separate claims to the Property;

WHEREAS, on March 25, 2022, the Court granted the United States' motions to strike the claims of Roman Hossain, Ilija Matusko, and the Battle Born Claimants;

WHEREAS, on July 14, 2022, the Court granted the United States' motion to strike the claim of Lucas E. Buckley;

WHEREAS, on August 16, 2022, the Court entered final judgment in favor of the United States;

WHEREAS, Roman Hossain, Lucas Buckley, Ilija Matukso, and the Battle Born Claimants have filed Notices of Appeal, and their appeals are currently pending before the U.S. Court of Appeals for the Ninth Circuit;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the United States, Claimant Roman Hossain, Claimant Lucas E. Buckley, Claimant Ilija Matukso, and the Battle Born Claimants that, in order to preserve appellate jurisdiction in accordance with *United States v. $493,850.00 in U.S. Currency*, 518 F.3d 1159 (9th Cir. 2008), execution of the final judgment through sale, liquidation, or transfer of the Property should be stayed until all appeals in this matter have been resolved.

///

///

///

IT IS SO STIPULATED.

DATED: September 23, 2022

By: */s/ Chris Kaltsas*
Assistant United States Attorney

DATED: September 23, 2022    KUGELMAN LAW, P.C.

By: */s/ Alex Kugelman*
Alex Kugelman
Attorneys for Claimant Ilija Matusko

DATED: September 23, 2022    ALMADANI LAW

By: */s/ Yasin Almadani*
Yasin Almadani
Attorneys for Claimant Roman Hossain

DATED: September 23, 2022    HECHT PARTNERS LLP

By: */s/ Maxim Price*
Maxim Price
Attorneys for Claimant Lucas E. Buckey as Trustee of the Gox Victim Bitcoin Trust

DATED: September 23, 2022                    COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Stan Roman*
    STAN ROMAN
    Attorneys for BATTLE BORN INVESTMENTS
    COMPANY, LLC; FIRST 100, LLC; and 1ST
    ONE HUNDRED HOLDINGS, LLC

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Stan Roman, the filer of this document, attest pursuant to N.D. Cal. L. R. 5-1(i)(3) that all other signatories to this document on behalf of whom this filing is submitted concur in the filing's content and have authorized this filing.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

018906.0001 4872-0710-5580.6                    4                    Case No. 3:20-cv-07811 RS
STIPULATION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL; ORDER

**ORDER**

The stipulation between the United States, Claimant Roman Hossain, Claimant Lucas E. Buckley, Claimant Ilija Matukso, and the Battle Born Claimants is hereby APPROVED. In order to preserve appellate jurisdiction in accordance with *United States v. $493,850.00 in U.S. Currency*, 518 F.3d 1159 (9th Cir. 2008), execution of the final judgment is stayed until all appeals are resolved. The United States is ordered not to execute the judgment while the appeals are pending.

IT IS SO ORDERED.

Dated:   September 26, 2022

THE HON. RICHARD SEEBORG
CHIEF U.S. DISTRICT JUDGE