UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff-Appellee, <br><br>v. <br><br>ILIJA MATUKSO, <br><br>       Claimant-Appellant, <br><br>and <br><br>BATTLE BORN INVESTMENTS COMPANY, LLC; et al., <br><br>       Claimants, <br><br>v. <br><br>ROSS WILLIAM ULBRICHT, <br><br>       Respondent, <br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, <br><br>       Defendant. | No. 22-15514 <br><br>D.C. No. 3:20-cv-07811-RS <br>Northern District of California, <br>San Francisco <br><br>ORDER |

Before: MILLER and KOH, Circuit Judges, and LYNN,[*] District Judge.

This appeal is dismissed as moot and severed from the remaining consolidated cases. The parties shall bear their own costs on appeal. This order constitutes the mandate of this court.

---

[*] The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.