UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-16085 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS |
| v. | Northern District of California, San Francisco |
| ROMAN HOSSAIN, | ORDER |
| Claimant-Appellant, | |
| and | |
| BATTLE BORN INVESTMENTS COMPANY, LLC; et al., | |
| Claimants, | |
| v. | |
| ROSS WILLIAM ULBRICHT, | |
| Respondent, | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, | |
| Defendant. | |

Before:  MILLER and KOH, Circuit Judges, and LYNN,[*] District Judge.

On the court's own motion, oral argument in No. 22-16085, scheduled for June 8, 2023, is limited to ten minutes for each side.

---

[*]     The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.