| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 1 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellee,<br><br> v.<br><br>ILIJA MATUKSO,<br><br>      Claimant-Appellant,<br><br> and<br><br>BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,<br><br>      Claimants,<br><br> v.<br><br>ROSS WILLIAM ULBRICHT,<br><br>      Respondent,<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,<br><br>      Defendant. | No.   22-16349<br><br>D.C. No. 3:20-cv-07811-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  MILLER and KOH, Circuit Judges, and LYNN,[*] District Judge.

On the court's own motion, oral argument in No. 22-16349, scheduled for June 8, 2023, is limited to ten minutes for each side.

---

[*] The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.