UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

 v.

BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,

   Claimants-Appellants,

 and

ILIJA MATUKSO; et al.,

   Claimants,

 v.

ROSS WILLIAM ULBRICHT,

   Respondent,

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,

   Defendant.

No.   22-16348

D.C. No. 3:20-cv-07811-RS
Northern District of California,
San Francisco

ORDER

Before:  MILLER and KOH, Circuit Judges, and LYNN,[*] District Judge.

---

  [*] The Honorable Barbara M. G. Lynn, United States District Judge for the Northern District of Texas, sitting by designation.

The panel has unanimously voted to deny appellants' petition for rehearing. Judge Miller and Judge Koh have voted to deny the petition for rehearing en banc, and Judge Lynn so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and rehearing en banc is DENIED.