UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BATTLE BORN INVESTMENTS COMPANY, LLC; et al., <br><br> Claimants - Appellants, <br><br> and <br><br> ILIJA MATUKSO; et al., <br><br> Claimants, <br><br> v. <br><br> ROSS WILLIAM ULBRICHT, <br><br> Respondent, <br><br> APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, <br><br> Defendant. | No. 22-16348 <br><br> D.C. No. 3:20-cv-07811-RS <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered August 18, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT