# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 11, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 21 2024

FILED
DOCKETED _____ _____
                DATE    INITIAL

Re: Battle Born Investments Company, LLC, et al.
v. United States
Application No. 23A816
(Your No. 22-16348)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on March 11, 2024, extended the time to and including April 25, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Rod J. Rosenstein
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526