# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 29, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Battle Born Investments Company, LLC, et al.
          v. United States
          No. 23-1164
          (Your No. 22-16348)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 25, 2024 and placed on the docket April 29, 2024 as No. 23-1164.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst