# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 7, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Battle Born Investments Company, LLC, et al.
     v. United States
     No. 23-1164
     (Your No. 22-16348)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk