UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITGOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>                 Defendant.<br><hr>First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC,<br><br>                 Claimants. | Case No. 3:20-cv-07811-RS<br><br>**[PROPOSED] ORDER GRANTING CLAIMANTS BATTLE BORN INVESTMENTS COMPANY, LLC, FIRST 100, LLC AND 1ST ONE HUNDRED HOLDINGS, LLC'S MOTION TO TEMPORARILY STAY ENFORCEMENT OF THE JUDGMENT PENDING RESOLUTION OF RELATED PROCEEDINGS**<br><br>Hon. Chief Judge Richard Seeborg<br><br>Action Filed:  November 5, 2020 |

1   Claimants First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC ("Battle Born") filed a Motion to Temporarily Stay Enforcement of the Judgment. Having reviewed the papers filed in support of and in opposition to the motion, the Court finds, for the reasons stated in the motion, that a temporary stay pending parallel proceedings in the related FOIA action would be the fairest course for all the parties and is warranted under Federal Rule of Civil Procedure 62. The motion is hereby **GRANTED**.

Execution of the final judgment through sale, liquidation, or transfer of the Defendant 69,370 Bitcoin, Bitcoin Gold, Bitcoin SV, and Bitcoin Cash at issue in this civil-forfeiture action is stayed until final resolution of the parallel proceedings in *Battle Born Investments Co., LLC v. United States Department of Justice*, No. 24-cv-0067 (BAH) (D.D.C.), and, should Battle Born prevail in those proceedings, resolution of any appropriate post-judgment motion filed in this action by Battle Born.

Battle Born is directed to submit a status update to this Court following final resolution of the parallel FOIA action.

DATED:  _____
THE HON. RICHARD SEEBORG
CHIEF U.S. DISTRICT JUDGE