UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH), et al.,

Defendant.

Case No. 20-cv-07811-RS

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Battle Born Investments Company, LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Darrell P. White, Joshua M. Kimura, & Douglas C. Stastny - Kimura London & White LLP

Name(s) of counsel withdrawing from representation and firm name:

Rod J. Rosenstein, Joseph N. Akrotirianakis, & Kellam Conover - King & Spalding

Date: 12/2/24

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE