Darrell P. White (SBN: 270038)
Joshua M. Kimura (SBN: 267360)
Douglas C. Stastny (SBN: 269470)
**KIMURA LONDON & WHITE LLP**
17631 Fitch
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
jkimura@klw-law.com
dstastny@klw-law.com

Attorneys for Claimants
First 100, LLC; 1st One Hundred Holdings LLC;
and Battle Born Investments Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-CV-07811-RS |
| PLAINTIFF, | **DECLARATION OF DARRELL P. WHITE IN SUPPORT OF CLAIMAINTS FIRST 100, LLC, ONE HUNDRED HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION TO CONTINUE CLAIMANTS' MOTION TO STAY ENFORCEMENT OF THE JUDGMENT FROM JANUARY 9, 2025, TO FEBRUARY 7, 2025, TO ALLOW NEW COUNSEL TO FAMILIARIZE ITSELF AND COMPLY WITH THE COURT'S ORDER DATED NOVEMBER 26, 2024** |
| v. | |
| APPROXIMATELY 69,379 BITCOIN (BTC), BITGOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) seized from 1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx | |
| DEFENDANTS. | |
| FIRST 100, LLC, 1ST ONE HUNDRED HOLDINGS, LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC, | |
| CLAIMANTS. | |

/ / /

1

DECLARATION OF DARRELL P. WHITE

I, Darrell P. White, declare as follows:

1.    I am a founding partner and attorney with the law firm KIMURA LONDON & WHITE, LLP, counsel of record for Claimants First 100, LLC, 1st One Hundred Holdings LLC, and Battle Born Investments Company, LLC (collectively "Claimants") in this action. I am a member in good standing of the State Bar of California and admitted to the United States District Court, Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I submit this declaration in support of Claimants' Ex Parte Application to Continue Claimants Motion to Stay Enforcement of the Judgment.

2.    This matter involves over four years of litigation, including appeals to both the Ninth Circuit and petitions of writ of certiorari to the United States Supreme Court. The amount of information in the client's file, past pleadings and briefings is voluminous, however, is all critical and needs to be analyzed to provide adequate counsel to Battle Born. Counsel is working rapidly, through the holiday season and limited business days, to get up to speed, and needs more time.

3.    On November 27, 2024, knowing that our office was in the process of being retained by Claimants, I requested that counsel for the United States Government stipulation to a brief thirty (30) to forty-five (45) day continuance for filing the Reply brief and hearing, to allow our office to familiarize ourselves with the file. Specifically, I spoke with AUSA David Countryman. He refused this request and only offered a one-week extension or that Claimants withdraw their motion. A true and correct copy of the email exchange with AUSA David Countryman is attached hereto as Exhibit 1.

4.    After formally appearing in this action, and after Battle Born's prior counsel timely filed a Reply brief, on December 4, 2024, I once again met and conferred with AUSA Countryman regarding a 30-45 day extension of time on the stay motion hearing date. He again, declined. I provided verbal and written notice of our intent to seek ex parte relief from the Court at that time. *See,* Ex. 1.

/ / /

KIMURA LONDON & WHITE LLP

1    I declare under penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct.

3    Executed on this 4th day of December 2024 at Irvine, California.

6  _____

7  Darrell P. White, Esq.

DECLARATION OF DARRELL P. WHITE IN SUPPORT OF CLAIMAINTS FIRST 100, LLC, ONE HUNDRED
HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION TO CONTINUE
CLAIMANTS' MOTION TO STAY ENFORCEMENT OF THE JUDGMENT

KIMURA LONDON & WHITE LLP

# EXHIBIT 1

 Outlook

---

**RE: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born**

---

**From** Countryman, David (USACAN) <David.Countryman@usdoj.gov>

**Date** Wed 12/4/2024 10:39 AM

**To** Darrell White <dwhite@klw-law.com>

**Cc** Joshua Kimura <jkimura@klw-law.com>; Douglas Stastny <dstastny@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>

---

Mr. White,

Thank you for you call. I would like to note that during our call I attempted to meet and confer regarding the Court's November 26 Order, which was my third attempt to do so.

I would also like to suggest that if your client were willing to (1) agree to the Court's suggestion in its Order or post a bond, as contemplated by Rule 62; (2) agree that the government is not conceding any issue, including but not limited to, standing, res judicata, or law of the case; and (3) agree not to use the government's agreement to a stay against it (as was done in the motion to stay Motion 9:22-10:3), I believe we could probably come to an agreement.

Sincerely,

David Countryman
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
(415) 436-7303 voice
(415) 436-7234 fax

This email and any attachment thereto may contain private, confidential, privileged, and law enforcement sensitive material for the sole use of the intended recipient. Any release, review, retransmission, dissemination or use of this email (or any attachments thereto) must be approved by the Office of the U.S. Attorney, Northern District of California. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Darrell White <dwhite@klw-law.com>
**Sent:** Wednesday, December 4, 2024 10:05 AM
**To:** Countryman, David (USACAN) <dcountryman@usa.doj.gov>
**Cc:** Joshua Kimura <jkimura@klw-law.com>; Douglas Stastny <dstastny@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>
**Subject:** [EXTERNAL] RE: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born

Mr. Countryman,

Thank you for taking my call. Per our call, I asked you to reconsider your position and agree to a 30-45 day continuance of the hearing currently set for January 9, 2025. We have four years of litigation (including appellate briefing) to get up to speed on, we are running into the holidays, and my office has an ethical obligation to the clients to be fully up to speed before advising on the Court's November 26 Order. You denied my request. We will file an ex parte request to the Court to continue the hearing.

Best,



Darrell P. White
Kimura London & White LLP
**NEW ADDRESS:**
**17631 Fitch, Irvine, CA 92614**
P 949.474.0940 | F 949.485.2946
E dwhite@klw-law.com | W www.klw-law.com
LinkedIn: www.linkedin.com/in/dwhitesq

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and any attachments.

**Not Tax Advice.** Nothing construed herein shall constitute tax advice of any kind.

---

**From:** Darrell White
**Sent:** Monday, December 2, 2024 11:34 AM
**To:** Countryman, David (USACAN) <David.Countryman@usdoj.gov>; rrosenstein@kslaw.com
**Cc:** Joshua Kimura <jkimura@klw-law.com>; Douglas Stastny <dstastny@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>
**Subject:** RE: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born

Mr. Countryman,

My firm is in the process of substituting into the case, today. We still need more time to get up to speed in this case and meaningfully discuss the Court's November 26 Order, but we will be the firm handling that going forward.



Darrell P. White
Kimura London & White LLP
**NEW ADDRESS:**
**17631 Fitch, Irvine, CA 92614**
P 949.474.0940 | F 949.485.2946
E dwhite@klw-law.com | W www.klw-law.com
LinkedIn: www.linkedin.com/in/dwhitesq

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and any attachments.

**Not Tax Advice.** Nothing construed herein shall constitute tax advice of any kind.

---

**From:** Countryman, David (USACAN) <David.Countryman@usdoj.gov>
**Sent:** Monday, December 2, 2024 11:28 AM
**To:** rrosenstein@kslaw.com; Darrell White <dwhite@klw-law.com>
**Subject:** FW: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born
**Importance:** High

Mr. Rosenstein and Mr. White,

Per Mr. White's emails (attached), Mr. White indicated that Kimura London and White would be filing a motion for substitution of attorney in this case.  Mr. White also indicated that he was not then in a position to meet and confer on the Court's November 26 Order (see email below).  For further discussions in this case, such as the outstanding November 26 Order, which firm will be handling discussions?

Thanks,

David Countryman
Assistant U.S. Attorney
Northern District of California
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
(415) 436-7303 voice
(415) 436-7234 fax

This email and any attachment thereto may contain private, confidential, privileged, and law enforcement sensitive material for the sole use of the intended recipient. Any release, review, retransmission, dissemination or use of this email (or any attachments thereto) must be approved by the Office of the U.S. Attorney, Northern District of California. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** Darrell White <dwhite@klw-law.com>
**Sent:** Wednesday, November 27, 2024 12:41 PM
**To:** Countryman, David (USACAN) <dcountryman@usa.doj.gov>
**Cc:** Joshua Kimura <jkimura@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>
**Subject:** [EXTERNAL] RE: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born
**Importance:** High

Mr. Countryman,

I sincerely appreciate you returning my call while you were out of the office on vacation. Per our call, I am not in a position to meet and confer on the Court's November 26 Order, today. Your response to my requested extension was either a one-week extension or to withdraw the stay motion. One week is not

sufficient time for my office to get up to speed on four years of litigation, and I am not authorized to withdraw the motion. I ask you reconsider and agree to a 30-45 day extension of time as originally requested. Feel free to call me if you would like to discuss further: (949)300-5013.

Thank you,



Darrell P. White
Kimura London & White LLP
**NEW ADDRESS:**
**17631 Fitch, Irvine, CA 92614**
P 949.474.0940 | F 949.485.2946
E dwhite@klw-law.com | W www.klw-law.com
LinkedIn: www.linkedin.com/in/dwhitesq

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and any attachments.

**Not Tax Advice.** Nothing construed herein shall constitute tax advice of any kind.

---

**From:** Darrell White
**Sent:** Wednesday, November 27, 2024 11:43 AM
**To:** Gregg.Lowder@usdoj.gov; Donovan.McKendrick@usdoj.gov; Dan.Pastor@usdoj.gov
**Cc:** david.countryman@usdoj.gov; Joshua Kimura <jkimura@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>
**Subject:** FW: USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born
**Importance:** High

Messrs. Lowder, McKendrick, and Pastor,

I received Mr. Countryman's out of office e-mail. Therein, he referred me to you. I would greatly appreciate your immediate review and reply to my e-mail below.

Best,

Darrell White



Darrell P. White
Kimura London & White LLP
**NEW ADDRESS:**
**17631 Fitch, Irvine, CA 92614**
P 949.474.0940 | F 949.485.2946
E dwhite@klw-law.com | W www.klw-law.com
LinkedIn: www.linkedin.com/in/dwhitesq

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and any attachments.

**Not Tax Advice.** Nothing construed herein shall constitute tax advice of any kind.

---

**From:** Darrell White
**Sent:** Wednesday, November 27, 2024 11:35 AM
**To:** david.countryman@usdoj.gov
**Cc:** Joshua Kimura <jkimura@klw-law.com>; Genesis Salazar <gsalazar@klw-law.com>
**Subject:** USA v Approximately 69,370 Bitcoin (BTC) et al, Case No. 20-cv-07811-RS, Battle Born
**Importance:** High

Mr. Countryman,

I hope this e-mail finds you well. I just left a voice mail at your office. Battle Born Investments Company, LLC, First 100, LLC, and 1st One Hundred Holdings, LLC, retained this office in connection with the above-referenced matter. We are working on a substitution of attorney as we speak and anticipate filing it with the Court as soon as possible. I am informed that there is a pending stay motion set for hearing on January 9, 2025. I believe a Reply brief is due on Friday, November 29, 2024. Since my office was just retained, I need some time to get up to speed on this matter, and assess the Court's Order from November 26, regarding potential stipulations. I would appreciate a 30 to 45-day extension of time on both the Reply and hearing in connection with the stay motion.  Please call me on my cell as soon as possible to discuss: (949)300-5013.

Best,

Darrell White


KIMURA LONDON & WHITE LLP

Darrell P. White
Kimura London & White LLP
**NEW ADDRESS:**
**17631 Fitch, Irvine, CA 92614**
P 949.474.0940 | F 949.485.2946
E dwhite@klw-law.com | W www.klw-law.com
LinkedIn: www.linkedin.com/in/dwhitesq

**Confidentiality Notice:** This message is being sent on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or if this was sent to you in error, you are not authorized to read, print, retain, copy or disseminate this message or any part thereof. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and any attachments.

**Not Tax Advice.** Nothing construed herein shall constitute tax advice of any kind.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.