Darrell P. White (SBN: 270038)
Joshua M. Kimura (SBN: 267360)
Douglas C. Stastny (SBN: 269470)
**KIMURA LONDON & WHITE LLP**
17631 Fitch
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
jkimura@klw-law.com
dstastny@klw-law.com

Attorneys for Claimants
First 100, LLC; 1st One Hundred Holdings LLC;
and Battle Born Investments Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>APPROXIMATELY 69,379 BITCOIN (BTC), BITGOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) seized from1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>DEFENDANTS.<br><br>FIRST 100, LLC, 1ST ONE HUNDRED HOLDINGS, LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>CLAIMANTS. | Case No.: 3:20-CV-07811-RS<br><br>**[PROPOSED] ORDER GRANTING CLAIMAINTS FIRST 100, LLC, ONE HUNDRED HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON CLAIMANTS' MOTION TO STAY ENFORCEMENT OF THE JUDGMENT FROM JANUARY 9, 2025, TO FEBRUARY 7, 2025, TO ALLOW NEW COUNSEL TO TIME TO FAMILIARIZE ITSELF AND PROPERLY ADDRESS THE COURT'S ORDER DATED NOVEMBER 26, 2024** |

///

1

**[PROPOSED] ORDER**

**THIS CAUSE** came before the Court upon Claimant's Ex Parte Application to Continue Battle Born's Motion to Stay Enforcement of the Judgment, and the Court duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Claimants have established that "good cause" exists for Continuance to Battle Born's Motion to Stay Enforcement of the Judgement.

**IT IS SO ORDERED.**

Date: _____          _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING CLAIMAINTS FIRST 100, LLC, ONE HUNDRED HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON CLAIMANTS' MOTION TO STAY ENFORCEMENT OF THE JUDGMENT