United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 69,370 BITCOIN
(BTC), BITCOIN GOLD (BTG) BITCOIN
SV (BSV) AND BITCOIN CASH (BCH), et
al.,

Defendants.

Case No. 20-cv-07811-RS

**ORDER DENYING MOTION FOR CONTINUANCE**

The motion of claimants Battle Born Investments Company, LLC, First 100, LLC, and 1st One Hundred Holdings, LLC ("claimants") to stay enforcement of the judgment is presently set for hearing on January 9, 2024. Claimants and plaintiff have been instructed to consider whether it would be appropriate for them to stipulate that government may liquidate some or all of the subject property at the government's discretion, provided that the proceeds from any such liquidation remain subject to the claims asserted by claimants, until the resolution of the FOIA action and any resulting Rule 60(b) motion.

Claimants now seek to continue the hearing on the stay motion until February 7, 2025, contending that their new counsel needs additional time to "familiarize itself with an extremely complex legal matter that is over four (4) years old." Plaintiff opposes the continuance, but reports it is amenable to a stipulation to the effect described above.

Although this litigation has a lengthy history, the immediate issues are only (1) whether the

parties can reach a stipulation that preserves claimants' right to recovery, if any, while permitting plaintiff to dispose of the property in whole or in part at such time as it deems appropriate, to mitigate the risks posed by the volatility of the Bitcoin market, and (2) whether the court would have the power to enter an order to that same effect were the parties unwilling to stipulate and the court were to conclude that such relief were otherwise appropriate. Even with the intervening holidays, claimants have not shown new counsel cannot reasonably be expected to evaluate those issues and advise claimants as to a course of action without continuing the current hearing date. The request for a continuance is denied.

**IT IS SO ORDERED**.

Dated: December 9, 2024

RICHARD SEEBORG
Chief United States District Judge