UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH), et al.,<br><br>Defendants. | Case No. 20-cv-07811-RS<br><br>**ORDER DENYING MOTION TO STAY ENFORCEMENT OF JUDGMENT** |

Pursuant to Civil Local Rule 7-1(b), the motion of claimants Battle Born Investments Company, LLC, First 100, LLC, and 1st One Hundred Holdings, LLC ("claimants") for a stay of enforcement of the judgment is suitable for disposition without oral argument and the hearing set for January 9, 2025, is vacated. Claimants' motion sought a stay pending resolution of an action they brought in the United States District Court for the District of Columbia under the Freedom of Information Act ("FOIA"), seeking disclosure of the identity of "Individual X," the person who the government alleges stole the property at issue in this civil forfeiture action. *See Battle Born Investments Co., LLC v. United States Department of Justice*, No. 24-cv-0067 (BAH) (D.D.C.).

The D.C. court has now ruled against claimants in the FOIA action. See No. 24-cv-0067 (BAH) Order, Dkt. No. 21 and Memorandum Opinion, Dkt. No 22. Claimants' stay motion stated that if the D.C. court's resolution of the then-pending cross-motions for summary judgment did not result in an order for disclosure of the identity of "Individual X," the stay could be lifted.

Accordingly, the stay motion is denied as moot.

**IT IS SO ORDERED**.

Dated: December 30, 2024

RICHARD SEEBORG
Chief United States District Judge