Darrell P. White (SBN: 270038)
Joshua M. Kimura (SBN: 267360)
Douglas C. Stastny (SBN: 269470)
**KIMURA LONDON & WHITE LLP**
17631 Fitch
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
jkimura@klw-law.com
dstastny@klw-law.com

Attorneys for Claimants
First 100, LLC; 1st One Hundred Holdings LLC;
and Battle Born Investments Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>APPROXIMATELY 69,379 BITCOIN (BTC), BITGOLD (BTG), BITCOIN SV (BSV), AND BITCOIN CASH (BCH) seized from1HQ3Go3ggs8pFnXuHVHRytPCq5fGG8Hbhx<br><br>DEFENDANTS.<br><br>FIRST 100, LLC, 1ST ONE HUNDRED HOLDINGS, LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC,<br><br>CLAIMANTS. | Case No.: 3:20-CV-07811-RS<br><br>**[PROPOSED] ORDER GRANTING CLAIMAINTS FIRST 100, LLC, ONE HUNDRED HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION FOR: (1) STAY PENDING APPEAL AND (2) STAY ENFORCEMENT OF THE JUDGMENT** |

1

**[PROPOSED] ORDER**

Claimants, First 100, LLC, 1st One Hundred Holdings, LLC, and Battle Born Investments Company, LLC's (collectively, "Claimants") Ex Parte Application for Stay Pending Appeal and Stay Enforcement of the Judgment came on for hearing before this Court, and the Court duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Claimants Ex Parte Application for Stay Pending Appeal and Stay Enforcement of the Judgment is GRANTED.

2. The United States is ordered to not execute the judgment in this matter while Claimants' appeal in the matter of *Battle Born Invs. Co., LLC v. U.S. Dep't of Justice* ("FOIA Action"), No. 24-cv-0067 (BAH) (D.D.C.) is pending.

**IT IS SO ORDERED.**

Date: _____

_____
THE HON. RICHARD SEEBORG
CHIEF U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CLAIMAINTS FIRST 100, LLC, ONE HUNDRED HOLDINGS LLC, AND BATTLE BORN INVESTMENTS COMPANY, LLC'S EX PARTE APPLICATION FOR: (1) STAY PENDING APPEAL AND (2) STAY ENFORCEMENT OF THE JUDGMENT