UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 3:20-CV-07811-RS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/05/2020

Date of judgment or order you are appealing: 01/13/2025

Docket entry number of judgment or order you are appealing: 176

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

FIRST 100, LLC;
1ST ONE HUNDRED HOLDINGS, LLC; and
BATTLE BORN INVESTMENTS COMPANY, LLC

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☒ Yes   ☐ No

If yes, what is the prior appeal case number?   21-15111; 22-15513; 22-15514; 22-16085; 22-16248; 22-16348; 22-16349

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Darrell P. White          **Date** Jan 14, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

FIRST 100, LLC;
1ST ONE HUNDRED HOLDINGS, LLC; and
BATTLE BORN INVESTMENTS COMPANY, LLC

Name(s) of counsel (if any):

Darrell P. White

Address: Kimura London & White LLP, 17631 Fitch, Irvine, CA 91614

Telephone number(s): (949) 474-0940

Email(s): dwhite@klw-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

David Countryman
United States Attorney's Office, Northern District of California

Address: 450 Golden Gate Avenue, Ninth Floor, San Francisco, CA 94102

Telephone number(s): 415.436.7200

Email(s): david.countryman@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*