|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 2 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

FIRST 100 LLC; et al.,

    Claimants - Appellants,

CALEB BRADBERRY; et al.,

    Claimants,

Mr. ADESIJUOLA OGUNJOBI,

    Intervenor-Plaintiff,

 v.

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH) and ROSS WILLIAM ULBRICHT,

    Defendants.

No. 25-406

D.C. No. 3:20-cv-07811-RS
Northern District of California,
San Francisco

ORDER

The motion (Docket Entry No. 10) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT